EOD MAR 08 1999

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **GRIFFIN TRADING COMPANY,** | ) | Case No. 98 B 41742 |
| | ) | |
| Debtor. | ) | Hon. Erwin I. Katz |
| | ) | Date of Hearing: Tuesday, |
| | ) | March 9, 1999 at 10:30 a.m. |

*FILED*
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 05 1999
BY WAYNE E. NELSON, CLERK
DEPUTY CLERK

## TRUSTEE'S MOTION TO APPROVE
## AUCTIONEER'S FINAL REPORT AND AUTHORIZE PAYMENT
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Leroy G. Inskeep, as Chapter 7 interim trustee (the "Trustee") of the estate of Griffin Trading Company ("Debtor"), pursuant to Sections 327 and 328 of the Bankruptcy Code, requests that this Court enter an order approving the Final Report (the "Report") of National Auctioneers, Inc. ("NAI") and authorizing the Trustee to compensate NAI and reimburse it for expenses in accordance with the statements and requests made in the Report. In support hereof, the Trustee states:

1. By order entered January 19, 1999 (the "Retention Order"), this Court authorized the Trustee to retain Mr. Richard Stone and his firm National Auctioneers Inc. ("NAI") as the Trustee's agent to sell at auction (the "Auction") certain of the Debtor's furniture, fixtures and equipment located at its former business premises of Suites 1502, 1506, 1575 and 1580 at the Chicago Board of Trade, 141 West Jackson Boulevard, Chicago, Illinois, and at Suite 1702 of the Chicago Mercantile Exchange Building, 30 South Wacker Drive, Chicago, Illinois.

2. NAI timely conducted the Auction as scheduled on February 16, 1999 and, in accordance with NAI's preliminary Auction statement dated February 26, 1999, a true and correct

b3

copy of which is attached hereto as Exhibit A, submitted a check for the gross Auction sale proceeds of $63,713.00 (the "Gross Auction Proceeds") to the Trustee.

3. NAI's Final Report is attached as Exhibit B to this motion. The Trustee requests this Court's approval of that Report and authorization and direction to the Trustee to pay NAI the compensation and expense reimbursement set forth therein. Those amounts -- *i.e.*, compensation of (5%) of the Gross Auction Proceeds ($3,185.65) and reimbursement of actual expenses based upon certain estimates which are set forth as follows -- were previously disclosed in the Trustee's motion to employ NAI and were preliminarily approved pursuant to the Retention Order:

|  | Capped Estimate | Actual |
|---|---|---|
| Advertising and marketing | $3,800.00 | $4,977.86 |
| Preparation | 2,400.00 | 2,537.50 |
| Removal | 3,200.00 | 2,812.50 |
| Bookkeeping | 300.00 | 300.00 |
| Security | 200.00 | 200.00 |
| Elevator Use | -0- | 665.25 |
| **TOTAL** | $9,900.00 | $11,493.11 |

4. As explained in detail in Exhibit B, Tab V, NAI's expenses exceeded its capped estimate because (a) the circumstances required unanticipated additional advertising in order to maximize the success of the Auction and (b) the unforeseen charges by the Chicago Board of Trade and the Chicago Mercantile Exchange for elevator use.

**WHEREFORE**, Leroy G. Inskeep, as Trustee of the estate of Griffin Trading Company, respectfully requests the entry of the attached proposed Order (a) approving the Final Report of NAI and (b) authorizing and directing the Trustee to pay NAI compensation from the Gross Auction Proceeds of $3,185.65 and expense reimbursement of $11,493.11, or the total amount of $14,678.76, in connection with NAI's services in conducting the Auction.

**LEROY G. INSKEEP, as Trustee for the Estate of Griffin Trading Company**

By: _____
One of his attorneys

David N. Missner (ARDC #01928988)
Janice L. Duban (ARDC #06206874)
**RUDNICK & WOLFE**
203 North LaSalle Street - Suite 1800
Chicago, Illinois 60601-1293
(312) 368-4000

CHIDOCS/0071/575854.v1                                        3

## CERTIFICATE OF SERVICE

Janice L. Duban, an attorney, certifies that she served the foregoing Notice of Motion,

Trustee's Motion to Approve Auctioneer's Final Report and Authorize Payment of Compensation

and Reimbursement of Expenses and proposed Order by causing true and correct copies thereof to

be delivered by messenger to all parties on the attached Service List (except Mr. Mays, who was

served by Federal Express for Monday morning delivery, and except Griffin Trading Company, c/o

Mssrs. Griffin, who were served by first class U.S. mail)--on March 5, 1999 before 6:00 p.m..

_____
Janice L. Duban

## Griffin Trading Company Service List

Office of the U.S. Trustee
Suite 3350
227 West Monroe Street
Chicago, IL 60606

Griffin Trading Company
c/o Roger Griffin
No. 3 Woodley Road
Winnetka, IL  60093

Harris Bank
c/o James M. Breen
Dianne Rist
Chapman & Cutler
18th Floor
111 West Monroe Street
Chicago, IL 60603

Scott Alsterda
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602

Janet Henderson
Sidley & Austin
One First National Plaza
Chicago, IL 60603

Mark L. Prager
Frank W. DiCastri
Foley & Lardner
One IBM Plaza - Suite 3300
330 North Wabash Avenue
Chicago, IL 60611-3608

Thomas S. Kiriakos
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL 60603

Commodity Futures Trading Commission
Attn:  Elizabeth M. Streit
Suite 1600 N
300 South Riverside Plaza
Chicago, IL 60606

London Clearing House
c/o Michael L. Molinaro
Katten, Muchin & Zavis
Suite 1600
525 West Monroe Street
Chicago, IL 60661

Anne Polaski
Chicago Board of Trade
141 W. Jackson Blvd., Suite 600
Chicago, IL 60604

Glynn L. Mays
Senior Assistant General Counsel
Office of General Counsel
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Catherine Steege
Jenner & Block
One IBM Plaza
38th Floor
Chicago, IL 60611

CHIDOCS/0071/558004.v1

Matthias A. Lydon
Winston & Strawn
35 W. Wacker Dr.
Chicago, IL   60601

Stephen M. Szarmack
Chicago Mercantile Exchange
30 S. Wacker Drive, North Tower
7th Floor
Chicago, IL 60606

Griffin Trading Company
c/o Farrel J. Griffin
P.O. Box 608
Wayne, IL   60184