UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **GRIFFIN TRADING COMPANY,** | ) | Case No. 98 B 41742 |
| | ) | |
| Debtor. | ) | Hon. Erwin I. Katz |
| | ) | |
| | ) | |

### ORDER

THIS MATTER came before the Court on the Trustee's to Approve Auctioneer's Final Report and Authorize Payment of Compensation and Reimbursement of Expenses (the "Motion"); due notice of the Motion having been served and the Court being advised in the premises,

**IT IS HEREBY ORDERED** that the Trustee's Motion is granted. The Final Report of National Auctioneers, Inc. ("NAI") is approved, and the Trustee is authorized and directed to pay NAI the total amount of $ _3,685.63_ which amount represents the aggregate of compensation ($_3,185.63_) and expense reimbursement ($_10,500_) to NAI for conducting the auction of the Debtor's personal property.

ENTERED:

_March 9 1999_

_____
UNITED STATES BANKRUPTCY JUDGE

Prepared by:
David N. Missner (ARDC #01928988)
Janice L. Duban (ARDC #06206874)
**RUDNICK & WOLFE**
203 North LaSalle Street - Suite 1800
Chicago, Illinois 60601-1293
(312) 368-4000