UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRIFFIN TRADING COMPANY | ) | Case No. 98-41742 |
| | ) | |
| | ) | Hon. Erwin I. Katz |
| Debtor. | ) | Hearing Date: January 29, 2001 |
| | ) | Hearing Time: 2:00 p.m. |

## NOTICE OF HEARING ON AND OPPORTUNITY TO OBJECT TO FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MAYER, BROWN & PLATT AS SPECIAL U.K. COUNSEL TO THE DEBTOR AND SPECIAL INVESTIGATIVE COUNSEL AND NOTICE OF FILING OF SUCH APPLICATION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Monday, January 29, 2001, at the hour of 2.00 p.m. (Chicago time) or as soon thereafter as possible, the undersigned shall appear before the Honorable Erwin I. Katz, United States Bankruptcy Judge, Courtroom 680, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his stead, and shall then and there present the **FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MAYER, BROWN & PLATT AS SPECIAL COUNSEL TO THE DEBTOR AND SPECIAL INVESTIGATIVE COUNSEL** ("the Application"). A copy of the full Application, which was filed with the Clerk of such Court on or about December 22, 2000, is attached hereto and served upon you herewith.

PLEASE TAKE FURTHER NOTICE that on or before January 5, 2001 any objections to the Application must be filed with the Clerk of the Bankruptcy Court at 219 South Dearborn Street Chicago, Illinois and served upon Thomas S. Kiriakos, Mayer, Brown & Platt, 190 South LaSalle Street, Chicago, Illinois 60603 and those parties listed on the Official Service List.

DATED: December 22, 2000                    MAYER, BROWN & PLATT

By: _Thomas S. Kiriakos_
Thomas S. Kiriakos, Esq.

Thomas S. Kiriakos (#6184699)
MAYER, BROWN & PLATT
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 22 2000

WAYNE E. NELSON, CLERK
PS REP. - FR

1052708

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRIFFIN TRADING COMPANY | ) | Case No. 98-41742 |
| | ) | |
| | ) | Hon. Erwin I. Katz |
| Debtor. | ) | Hearing Date: January 29, 2001 |
| | ) | Hearing Time: 2:00 p.m. |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on December 22, 2000, a copy of each of the **Notice of Hearing on and Opportunity to Object to the Final Application for Allowance of Compensation and Reimbursement of Expenses of Mayer, Brown & Platt as Special UK Counsel to the Debtor and Special Investigative Counsel and Notice of Filing of such Application, Cover Sheet for Application for Professional Compensation (Appendix to Rule 607)**, and the **Final Application for Allowance of Compensation and Reimbursement of Expenses of Mayer, Brown & Platt As Special UK Counsel and Special Investigative Counsel** were served, via messenger or courier upon those parties set forth on the attached Service List whose names are accompanied by an asterisk and via first class U.S. Mail, postage prepaid, upon the balance of the parties set forth on the Service List.

Dated: December 22, 2000

By: _____
Thomas S. Kiriakos, Esq.

Thomas S. Kiriakos (#6184699)
MAYER, BROWN & PLATT
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600

1052708

# GRIFFIN TRADING COMPANY

## SERVICE LIST

Office of the U.S. Trustee
Suite 3350
227 West Monroe Street
Chicago, IL 60606

James R. Breen
Dianne E. Rist
Chapman & Cutler
18th Floor
111 West Monroe Street
Chicago, IL 60603

Bryan Krakauer*
Ann Marie Bredin
Sidley & Austin
One First National Plaza
Chicago, IL 60603

London Clearing House
c/o Michael L. Molinaro
Katten, Muchin & Zavis
Suite 1600
525 West Monroe Street
Chicago, IL 60601

Griffin Trading Company
c/o Roger Griffin
No. 3 Woodley Road
Winnetka, IL 60093

R. Scott Alsterda
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602

Mark L. Prager
Frank W. DiCastri
Foley & Larder
One IBM Plaza - Suite 3300
333 North Wabash Avenue
Chicago, IL 60611-3608

Elizabeth M. Streit
Commodity Futures Trading Commission
Suite 1600 N
300 South Riverside Plaza
Chicago, IL 60606

Anne Polaski
Chicago Board of Trade
141 W. Jackson Blvd., Suite 600
Chicago, IL 60604

Glynn L. Mays*
Office of General Counsel
U.S. Commodity Futures Trading
   Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Matthias A. Lydon
Winson & Strawn
35 W. Wacker Drive
Chicago, IL 60601

Griffin Trading Company
c/o Farrel J. Griffin
P.O. Box 608
Wayne, IL 60184

---

*Messenger or courier delivery

1056584

Gary S. Lee*
Felice Berkman Brewer
Lovells
900 Third Avenue, 16th Floor
New York, NY 10022

Jamie MacLeod, Esq.
c/o Bryant Hamilton & Co.
17 Devonshire Square
London
EC2M 4SQ
ENGLAND

Zara Ramprakash
Stephenson Harwood
One, St. Paul's Churchyard
London, EC4M 85H
ENGLAND

Catherine L. Steege*
Jenner & Block
One IBM Plaza
38th Floor
Chicago, IL 60611

Stephen M. Szarmack
Chicago Mercantile Exchange
30 S. Wacker Drive, North Tower
7th Floor
Chicago, IL 60606

Vincent Mercer Foort Mercer
Warnford Court
Throgmorton Street
London EC2N 2AT
ENGLAND

Michael J. Jervis
Grant Thornton House
Melton Street, Euston Square
London, NW1 2EP
ENGLAND

Daniel J. Roth
National Futures Association
Suite 1600
200 West Madison Street
Chicago, IL 60606

Susan C. Ervin
Dechert Price & Rhoads
1775 Eye Street, N.W.
Washington, D.C. 20006

Timothy J. Carey*
Lovells
One IBM Plaza, Suite 1900
330 N. Wabash Avenue
Chicago, IL 60611

David N. Missner*
William Campbell
Janice L. Duban
Piper, Marbury, Rudnick & Wolfe
Suite 1800
203 North LaSalle Street
Chicago, IL 60603

Gregory N. Kazarian*
Pedersen & Houpt
Suite 3100
161 North Clark Street
Chicago, IL 60601-3224

Michael A. Snyder
Michael A. Snyder & Associates, Ltd.
33 North LaSalle Street
Suite 2020
Chicago, IL 60602

1056584

2