## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| GRIFFIN TRADING COMPANY | ) | Case No.  98-41742 |
|  | ) |  |
|  | ) | Hon.  Erwin I.  Katz |
| Debtor. | ) | Hearing Date: January 29, 2001 |
|  | ) | Hearing Time: 2:00 p.m. |

**BOB   DEC 2 6 2000**

---

### FINAL APPLICATION FOR ALLOWANCE OF
### COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
### MAYER, BROWN & PLATT AS SPECIAL UK COUNSEL AND SPECIAL
### INVESTIGATIVE COUNSEL

The law firm of Mayer, Brown & Platt ("MBP") submits this Final Application for

Allowance of Compensation and Reimbursement of Expenses (the "Application") for professional

services rendered and costs incurred by MBP as Special UK Counsel and Special Investigative

Counsel.  The Application seeks allowance of $63,841.00 in total fees (the "Fees") and

reimbursement of $11,043.89 total expenses (the "Expenses") earned or incurred by MBP in

providing legal services as special counsel to the Chapter 7 trustee during the period beginning

December 30, 1998 and ending on December 22, 2000 (the "Application  Period").

### I. JURISDICTION

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2).

### II. BACKGROUND

2.      Griffin Trading Company (the "Debtor") filed a voluntary petition under Chapter 7 of

the Bankruptcy Code on December 30, 1998 (the "Petition Date").

DROP BOX
NORTHERN DIST. OF ILLINOIS
COURT

00 DEC 22 PM 5:36

RECEIVED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 2 2 2000

WAYNE E. NELSON, CLERK
PS REP. - FR

1052708

357

3.      The Debtor was a commodity broker, with its principal operations in Chicago and its foreign trading operations being conducted from its London office.

4.      Prior to the afternoon of Monday, December 21, 1998, the Debtor believed itself to be in compliance with all capital adequacy requirements of the exchanges of which it was a member applicable to it and otherwise believed itself to be solvent.

5.      One of the Debtor's customers was GLH (Derivatives) Ltd. ("GLH"), a member of the SFA. The Debtor operated sub-accounts in the names of each of the GLH traders through which trades executed by or for such traders were carried and cleared by the Debtor. One of the GLH traders in whose name the Debtor operated a sub-account was John Ho Park ("Park").

6.      On the afternoon of Monday, December 21 and the morning of Tuesday, December 22, 1998, Park executed a series of highly unprofitable trades in German Bund futures contracts on DTB (the "Park Trades") using the execution services of Tullett & Tokyo (Futures and Trades Options) Limited ("T&T") that directly led to the collapse of the Debtor, including to the cessation of the Debtor's ongoing business a commodity broker.

7.      The Debtor then commenced this Chapter 7 case on December 30, 1998. Leroy Inskeep (the "Chapter 7 Trustee") was duly appointed the interim and then the permanent Chapter 7 Trustee in this case.

8.      On January 5, 1999, this Court authorized the Chapter 7 Trustee to consent to the filing of a Winding Up Petition in England and Wales with respect to the Debtor's affairs in the United Kingdom. On January 6, 1999, an Order (the "UK Liquidation Order") was entered by The High Court of Justice in the Chancery Division of the Companies Court in the United Kingdom, commencing the provisional liquidation proceeding (the "UK Liquidation Proceeding") and appointing Finbarr Thomas O'Connell and Michael John Jervis of Grant Thornton House as joint provisional liquidators (the "UK Liquidators") of the Debtor's affairs in the United Kingdom. MBP and the London firm of Stephenson Harwood represented the Debtor, at the direction of the

1052708

2

Chapter 7 Trustee, in the commencement of the UK Liquidation Proceeding (including in the preparation of the court papers seeking the entry of the aforementioned UK liquidation order).

9.    As set forth in the Application of Chapter 7 Trustee for Nunc Pro Tunc Employment of Mayer, Brown & Platt as Special UK Counsel and Special Investigative Counsel (the "Retention Application"), the Chapter 7 Trustee sought authority to employ MBP as special counsel to represent the trustee in two limited areas: (i) the commencement of the ancillary liquidation proceeding for the Debtor in the United Kingdom (the "UK Liquidation Proceeding") and (2) the investigation of the Park Trades and incidental matters relating thereto. Retention Application, ¶ 10 at page 5. A copy of the Retention Application is attached as **Exhibit A** hereto.

10.    The Retention Application estimated MBP's fees and expenses to be incurred in connection with the commencement of UK Liquidation Proceeding to be approximately $31,000. Id., ¶ 8 at page 4.

11.    The Retention Application did not estimate the fees and expenses relating to the investigation of the Park trades, but instead (in paragraph 13 thereof) included a $100,000 cap for such investigation that was, by its terms, applicable to the investigation only and not to other services (e.g., those relating to the commencement of the UK Liquidation Proceeding) to be provided by MBP. Id., ¶ 13 at page 8. Specifically, this paragraph states in its entirety as follows:

> Subject to 11 U.S.C. §328(a), MBP shall be paid normally hourly rates plus any reasonable expenses as compensation for their services. Such compensation shall be sought upon application to (and shall be subject to final approval by) this Court pursuant to Section 330 of the Bankruptcy Code. Such applications shall include a description of all services rendered and expenses incurred by MBP in connection with the commencement of the UK Liquidation Proceeding and the investigation, whether or not the related fees and expenses (or any portion thereof) are to be paid by the UK Liquidators, and shall disclose the portion of which shall have already been or is expected to be paid by the UK Liquidators. Notwithstanding anything to the contrary set forth in this investigation, the fees and expenses incurred by MBP relating to the investigation shall not exceed $100,000 in the aggregate, and this $100,000 "cap" shall apply regardless as to whether the UK Liquidators and/or this estate pay such fees and expenses.

Id.

1052708

12.     In summary, pursuant to this paragraph 13 of the Retention Application, MBP was

to: (1) include in any fee application filed by MBP in this case a description of the services

rendered and expenses incurred by MBP in connection with the commencement of the UK

Liquidation Proceeding and the investigation of the Park Trades for which it seeks compensation,

regardless of whether any portion thereof was to be paid by the UK Liquidators, (2) disclose in any

such fee application the portion of which such fees and expenses shall have already been paid or

expected to be paid by the UK Liquidators, and (3) cap the aggregate amount of fees and expenses

it was to receive *relating to the investigation of the Park trades*, whether paid by the UK

Liquidators or this estate, at $100,000. Id.

13.     Apart from the overlap between the UK Liquidators and this estate with respect to

the commencement of the UK Liquidation Proceeding and the investigation of the Park trades and

the circumstances relating thereto, the "[t]he UK Liquidators and MBP have agreed that MBP's

representation of the UK Liquidators will cover the proper treatment of claims on UK client money

accounts, [and] the Mees Piersen purported setoff." Id., ¶ 9 at page 5. Again, these additional

services were not included within the scope of the aforementioned $100,000 "cap". As set forth

above, the Retention Application refers to such "cap" only in relation to the investigation. Id., ¶ 13

at p. 8.

14.     This Court entered an Order Pursuant to Section 327(e) of the Bankruptcy Code

Authorizing the Nunc Pro Tunc Employment of Mayer, Brown & Platt as Special UK and Special

Investigative Counsel (the "Approval Order") in this proceeding on January 15, 1999. This Court

ordered in the first decretal paragraph of the Approval Order "that the Chapter 7 trustee be, and

hereby is authorized to employ Mayer, Brown & Platt, nunc pro tunc as of December 30, 1998, its

compensation to be subject to the $100,000 cap described in the Application and further Order of

this Court." A copy of the Approval Order is attached as **Exhibit B** hereto. The only place in the

Retention Application where the $100,000 "cap" is described is in paragraph 13 thereof (at page 8)

and that description provides that "the fees and expenses incurred by MBP relating to the investigation shall not exceed $100,000 in the aggregate, and this $100,000 "cap" shall apply regardless as to whether the UK Liquidators and/or this estate pay such fees and expenses." Id. Thus, the description in the Retention Application states that the cap relates "to the investigation". The description does not provide that the "cap" is to apply to any other services rendered by MBP to the UK Liquidators or this estate. The Approval Order, in its second decretal paragraph, also directed MBP to share certain non-privileged, non-work product investigation materials with the Commodity Futures Trading Commission.

## III. SUMMARY OF FEE AND EXPENSE
## AMOUNTS FOR SERVICES RENDERED BY MBP

15.    This is MBP's first and final application for allowance of compensation and reimbursement of expenses. During the Application Period, MBP rendered legal services to the Chapter 7 Trustee with an aggregate value of $172,955.50 and incurred out-of-pocket expenses in the aggregate amount of $38,914.39. Of these amounts, $28,042.50 in fees and $1,869.40 in expenses relate to the commencement of the UK Liquidation Proceeding, and $144,913 in fees and $37,044.99 in expenses relate to the investigation of the Park Trades. However, these latter amounts aggregate well in excess of the $100,000 cap for the investigation. Moreover, as disclosed in greater detail below, MBP already has received payment of approximately $55,027.01 of this amount from the UK Liquidators. Thus, the most it can receive of this $100,000 'capped' amount from this estate is $44,972.99, which, for purposes of this Application, we allocate $35,798.50 to fees and $7,174.49 to expenses. Consequently, by and through this Application, MBP requests that the Court enter an order (i) allowing MBP compensation for legal services in the aggregate amount of $63,841.00 and expenses in the aggregate amount of $11,043.89; and (ii) authorizing the Trustee to pay to MBP, from the funds of the Estate, an aggregate of $74,884.89, representing the total allowed Fees and Expenses.

16.  All fees and expenses for which MBP seeks compensation were incurred in connection with the legal services provided as authorized pursuant to the Approval Order and were actual, reasonable, and necessary for the effective performance of such representation.

## IV.  DESCRIPTION OF SERVICES RENDERED BY MBP BY CATEGORY

18.    The services rendered by MBP professionals during the Application Period are broken down into two main categories: (a) UK Liquidation and (b) Park Trades investigation  The total fees that can be attributed to each of these categories is described in detail in the following sections.

### A.  Commencement of UK Liquidation Proceeding

19.    This category includes time directly attributable to the commencement of the UK Liquidation Proceeding and includes (i) participation in various meetings with the Provisional Liquidators regarding the factual background of the case and various legal requirements; (ii)participation in the  preparation of the Winding Up Petition; (iii) assisting in the preparation of various related court papers, including the preparation of lengthy affidavits in support thereof, which are a common feature to these proceedings; (iv) coordination, through teleconferences and draft court papers, with the Chapter 7 Trustee; (v) coordination with counsel Stephenson Harwood regarding the factual background of case and various aspects of the contemplated proceedings; and (vi) attendance at the pertinent hearings.  These services are described in greater detail in the time and expense summaries attached as **Exhibit C** hereto.

20.    A summary of he total fees incurred by individual MBP attorneys and others attributable to the commencement of the UK Liquidation Proceeding is listed in the following table:

| Professional | Total Hours | Billing Rate | Total Fees |
|---|---|---|---|
| Tyrone C. Fahner (Partner) | .20 | $500/550 | $100.00 |
| Thomas S. Kiriakos (Partner) | 3.90 | $350/365 | $1,365.00 |

1052708

| Professional | Total Hours | Billing Rate | Total Fees |
|---|---|---|---|
| Denis Petkovic (Partner) | 4.50 | $475/500[1] | $2,137.50 |
| Edward B. Black (Counsel) | 47.50 | $350/370 | $17,045.00 |
| Michael J. Pabst (Associate) | 20.00 | $350/370 | $6,180.00 |
| Timothy R. Wigglesworth (Trainee Solicitor)[2] | 9.00 | $135 | $1,215.00 |
| Totals: | 85.10 | | $28,042.50 |

21.    MBP seeks allowance of expenses in the amount of $1,869.40 which are broken down by day and by category of disbursement in the billing detail attached hereto as **Exhibit C**. It is MBP's policy to charge its clients for expense and other charges based on the costs to MBP in connection with such items. MBP represents that its rate for duplication of documents is $ .15 per page (which varies slightly with respect to UK photocopying due to currency conversion issues), its rate for outgoing facsimile transmission is $1.00 per page (plus related toll charges), and there is no charge for incoming facsimile transmissions. MBP has negotiated a discounted rate for Westlaw CALR and Westlaw databases, that is substantially less than the base market rate, which savings are passed on to the client. Computer assisted legal research is used when the researcher believes that it is a more cost effective means of performing and documenting the research than non-CALR techniques.

22. A summary of these $1,869.40 in expenses relating to the commencement of the UK Liquidation Proceeding is listed in the following table:

| DESCRIPTION | COST |
|---|---|
| AUTOMATED RESEARCH - LONDON | 53.61 |

---

[1] The London attorneys (as indicated by asterisk) billing rate increases became effective February 1, 1999.

[2] Mr. Wigglesworth was a trainee solicitor. The practice in the United Kingdom is for law school graduates to work as an assistant for two years to an admitted solicitor before formally being admitted to practice.

1052708

| DESCRIPTION | COST |
|---|---|
| DOCUMENT DELIVERY - CHICAGO MESSENGER | 16.50 |
| DOCUMENT REPRODCT - CHICAGO | 25.93 |
| DOCUMENT REPRODCT - LONDON | 421.53 |
| FACSIMILE TRANS. - CHICAGO | 78.23 |
| FACSIMILE TRANS. - LONDON | 1,273.58 |
| **Total:** | $1,869.40 |

23.     In compliance with the requirement set forth in the Retention Application to disclose whether these fees and expenses have been previously paid by the UK Liquidator or this estate, MBP hereby discloses that the foregoing fees and expenses have neither been previously submitted to nor paid by either the UK Liquidators or this estate. Should such fees and expense be paid by the UK Liquidators between now and the hearing date on this application, MBP, of course, will file an amendment to this Application withdrawing its request for allowance and payment of these fees.

## B. Investigation of Park Trades

24.     This category includes time directly attributable to the investigation of the Park Trades and matters incidental thereto and includes (i) interviews with individuals having knowledge of the events relating to the Park Trades, including an examination of John Park under oath, (ii) retention of and direction to firm of private investigators and review of results of firm's investigation, (iii) legal research regarding possible claims relating to Park Trades, (iv) retention of and direction to legal professionals regarding foreign law or supplemental issues and review of firms' opinions with respect thereto, (v) production to Commodity Futures Trading Commission of certain non-privileged, non-work product investigation materials, (vi) preparation of a written and detailed report to the Chapter 7 Trustee regarding the investigation of the Park Trades and possible claims relating thereto, and (vii) meeting with the Chapter 7 Trustee and his general counsel regarding report.

1052708

25.   A summary of the total fees incurred by individual MBP attorneys and others attributable to the investigation of Park Trades, which total $144.913 is listed in the following table:

| Professional | Total Hours | Billing Rate | Total Fees |
|---|---|---|---|
| Tyrone C. Fahner (Partner) | 13.60 | $500/550 | $6,865.00 |
| Thomas S. Kiriakos (Partner) | 72.10 | $350/365 | $25,255.00 |
| Denis Petkovic (Partner) | 48.60 | $475/500 | $24,300.00 |
| Edward B. Black (Counsel) | 109.20 | $350/370 | $40,018.00 |
| Michael J. Pabst (Associate) | 128.60 | $350/370 | $43,300.00 |
| Annika Westling (Associate) | 14.00 | $225 | $3,150.00 |
| Timothy R. Wigglesworth (Trainee Solicitor)[3/] | 15.00 | $135 | $2,025.00 |
| Totals: | $401.10 | | $144,913.00 |

26.   MBP incurred expenses in connection with the performance of these services in the total amount of $37,044.99.   A summary of these $37,044.99 in expenses relating to the investigation of the Park Trades is listed in the following table:

| DESCRIPTION | COST |
|---|---|
| PROFESSIONAL SERVICES | $27,022.84 |
| OUTSIDE COURIER | 13.12 |
| AUTOMATED RESEARCH-CHICAGO | 154.50 |
| WESTLAW-CHICAGO | 45.69 |
| DOCUMENT REPRODUCTION-CHICAGO | 1,488.90 |
| DOCUMENT REPRODUCTION-LONDON | 2,645.27 |
| DOCUMENT DELIVERY-LONDON | 437.67 |
| DOCUMENT DELIVERY-CHICAGO MESSENGER | 199.16 |
| DOCUMENT BINDING-CHICAGO | 50.38 |

---

[3/] Mr. Wigglesworth was a trainee solicitor.  The practice in the United Kingdom is for law school graduates to work as an assistant for two years to an admitted solicitor before formally being admitted to practice.

1052708

9

| DESCRIPTION | COST |
| --- | --- |
| TELEPHONE-CHICAGO | 70.73 |
| TELEPHONE-LONDON | 285.93 |
| FACSIMILE-CHICAGO | 495.80 |
| FACSIMILE-LONDON | 2,572.80 |
| LOCAL TRANSPORTATION-LONDON | 507.53 |
| BUSINESS MEALS-LONDON | 176.70 |
| AUTOMATED RESEARCH-LONDON | 17.97 |
| DOCUMENT PREPARATION-LONDON | 860.00 |
| **Total:** | $37,044.99 |

27.    Services relating to $60,940.00 of these fees are described, and the breakdown of $26,946.77 of these expenses is provided, in the time and expense summaries attached as **Exhibit D** hereto.  These have been previously submitted neither to the UK Liquidators nor to this estate, and consequently, MBP has received no payment with respect thereto.

28.    Services relating to $38,960 in these fees are described, and the breakdown of $3,912.51 of these expenses is provided, in the time and expense entries attached as **Exhibit E** hereto.  This statement was submitted to and paid by the UK Liquidators.  In U.S. dollars, it was for an aggregate amount of $63,563.50 in fees and $3,912.51 in expenses.  However, not all of the time entries on **Exhibit E** are related to the Park investigation.  We have indicated the time entries on **Exhibit E** that do relate to the Park investigation, which, as indicated, total $38,960.  We have treated all of the expenses as relating to the Park investigation.

29.    Services relating to $12,154.50 in these fees are described and the breakdown of $- 0- of these expenses is provided in the time and expense entries attached as **Exhibit F** hereto.  This statement was submitted to and paid by the UK Liquidators.

1052708

30.    Services relating to $26,393.50 in these fees are described and the breakdown of $5,101.17 of these expenses is provided in the time and expense entries attached as **Exhibit G** hereto. This statement was submitted to, but has not been paid by, the UK Liquidators.

31.    Services relating to $6,465.00 of these fees are described and the breakdown of $1,084.54 of expenses is provided in the time and expense summaries attached as **Exhibit H** hereto. This statement has been submitted to, but has not been paid by, the UK Liquidators.

32.    The exchange rate used in calculating the April, 1999 statements submitted to the UK Liquidators in U.S. dollars was $1.6175 to the pound. The exchange rate used in calculating the December, 1999 statements submitted to the UK Liquidators was $1.5904 to the pound.

33.    In summary, MBP's fees and expenses relating to the investigation of the Park Trades total $181,957.99. Because this amount is in excess of the $100,000 "cap" for the investigation, MBP may receive only that $100,000 amount. To date, MBP has received $55,027.01 of this amount from the UK Liquidators, which leaves $44,972.99 as the amount that MBP may receive from this estate with respect thereto. For purposes of this Application and consistent with the percentage breakdown of the total fees and expenses, we have allocated $35,798.50 of this amount to fees and the $9,174.49 balance to expenses. Should such $44,972.99 amount be paid by the UK Liquidators between now and the hearing date on this application, MBP, of course, will file an amendment to this Application withdrawing its request for payment of such amount.

34.    In the interests of full disclosure, MBP has submitted five other statements to the UK Liquidators relating to client moneys, the Meespierson claim, and other matters incidental thereto or unrelated to the investigation. Copies of these statements are attached hereto as **Exhibits I - M**, respectively. The UK Liquidators have paid the statements attached as **Exhibits I and J** hereto, but have not yet paid the statements attached as **Exhibits K - M** hereto. MBP expressly reserves its right to receive the payment of these statements, which total $30,962.12 (including the Value Added Tax) and which are not subject to the $100,000 "cap", from the UK Liquidators.

1052708

11

## V. PRIOR APPLICATION

35.    No previous application for the relief requested herein has been made to this Court or any other court.

## VI. NOTICE

36.    Notice of this Application has been given to the Debtor, the Office of the United States Trustee for the Northern District of Illinois, the United States Commodity Futures Trading Commission, Trade, the UK Liquidators, Harris Bank, and the other parties set forth on the general service list in this case.  MBP submits that, given the number of creditors and parties in interest in this case (in excess of 600) and that the creditors and parties in interest on the general service list constitute a representative cross-section of such creditors and parties in interest, no further notice should be required.

WHEREFORE, MBP requests that this Court enter an order substantially in the form of the order attached to this Application as **Exhibit N** (i) allowing MBP's Fees in the amount of $63,841 and Expenses in the amount of $11,043.89 and (ii) authorizing the final payment by the Chapter 7 Trustee of such fees and expenses, without further court order, and to the extent funds become available in the estate.

Dated: December 22, 2000          MAYER, BROWN & PLATT


By: _Thomas S. Kiriakos_
          Thomas S.  Kiriakos, Esq.


Thomas S.  Kiriakos (#6184699)
MAYER, BROWN & PLATT
190 South LaSalle Street
Chicago, IL 60603-3441
(312) 782-0600

1052708

# Exhibit A

FOR FILE JAN 12
UNITED STATES BANKRUPTC.
NORTHERN DISTRICT OF ILL.
JAN 11 1999
WAYNE E. NELSON, CLER.
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| GRIFFIN TRADING COMPANY, | ) | Case No. 98-41742 |
| | ) | |
| Debtor. | ) | Honorable Erwin I. Katz |
| | ) | |

**APPLICATION OF CHAPTER 7 TRUSTEE FOR <u>NUNC</u> <u>PRO</u> <u>TUNC</u>
EMPLOYMENT OF MAYER, BROWN & PLATT AS SPECIAL
<u>UK COUNSEL AND SPECIAL INVESTIGATIVE COUNSEL</u>**

Leroy Inskeep (the "Applicant"), as the duly appointed interim Chapter 7 trustee for

Griffin Trading Company (the "Debtor"), files this Application for the <u>Nunc</u> <u>Pro</u> <u>Tunc</u>

Employment of Mayer, Brown & Platt ("MBP") as Special United Kingdom Counsel and

Special Investigative Counsel pursuant to Section 327(e) of Title 11, United States Code (the

"Bankruptcy Code"), and states the following in support thereof:

<u>Background</u>

1.      On December 30, 1998, the Debtor filed a voluntary petition with this Court

under Chapter 7 of the Bankruptcy Code. The Applicant was then appointed as the interim

Chapter 7 trustee for the Debtor. Since his appointment, the Applicant has conferred with

Messrs. Farrel J. Griffin and Roger S. Griffin, the Co-Presidents, sole remaining directors, and

sole shareholders of the Debtor (collectively, the "Debtor Principals"), and with attorneys of

MBP regarding the subject matter of this Application. The statements set forth herein are

each based on the Applicant's information and belief acquired as a result of such conferences.

Specifically, with respect to the matters relating to any possible adverse interests represented

by MBP", the Applicant has relied on the affidavit of Tyrone C. Fahner, a partner in MBP, which is attached hereto as Exhibit C.

2.     The Debtor was a commodity broker, with its principal operations in Chicago and its foreign trading operations being conducted from its London office. In the United States, its trading and investment operations are regulated by the United States Commodity Futures Trading Commission. It used to own seats, was a member of, and was otherwise permitted to trade on the Chicago Mercantile Exchange and the Chicago Board of Trade. The Debtor's London office is regulated by the Securities and Futures Authority (the "SFA") in respect of its U.K. futures clearing business and is a member of the London Clearing House ("LCH") as well as the London International Financial Futures and Options Exchange ("LIFFE") and the German exchange, Eurex Deutsceland ("DTB").

3.     Prior to the afternoon of Monday, December 21, 1998, the Debtor was in compliance with all capital adequacy requirements of the exchanges of which it was a member applicable to it and was otherwise believed to be solvent.

4.     One of the Debtor's customers was GLH (Derivatives) Ltd. ("GLH"), a member of the SFA. The Debtor operated sub-accounts in the names of each of the GLH traders through which trades executed by or for such traders were carried and cleared by the Debtor. One of the GLH traders in whose name the Debtor operated a sub-account was John Ho Park ("Park").

5.     On the afternoon of Monday, December 21 and the morning of Tuesday, December 22, Park executed a series of highly unprofitable trades in German Bund futures contracts on DTB (the "Park Trades") using the execution services of Tullett & Tokyo

(Futures and Trades Options) Limited ("T&T"). The Park Trades - which totaled in excess of 11,000 "buys" and 11,000 "sells" - vastly exceeded both Park's permitted trading limits and, by approximately tenfold, the number of lots usually purchased or sold by Park on any given day. When closed out during the course of the late morning of December 22nd, the Park Trades incurred a loss of approximately £6.2 million. The Park Trades were presented ("given up") by T&T to MeesPiersen N.V. ("MeesPiersen") (the Debtor's DTB clearing broker) for clearing and, after MeesPiersen purportedly set off the prior credit balance in the Debtor's client transaction account against this liability, created a deficit in the Debtor's client transaction account with MeesPiersen of approximately £4.9 million.

6.    This deficit directly led to the collapse of the Debtor, including to the cessation of the Debtor's ongoing business as a commodity broker. In light of its effect on the Debtor and the unusual (and seemingly suspicious) underlying circumstances, the Applicant believes the Park Trades and the circumstances relating thereto should be investigated. The Applicant further believes that such investigation should commence immediately in order to minimize the risk that it will be irreparably compromised by the possibility of any other evidence in the form of records, tapes, accessibility of witnesses, etc. being lost or inadvertently or intentionally destroyed. By way of example, many of the trades were placed telephonically and there may be recordings of them which, if not preserved, may be recorded over in the near future.

7.    On January 5, 1999, this Court authorized the Applicant to consent to the filing of a Winding Up Petition in England and Wales with respect to the Debtor's affairs in the United Kingdom. On January 6, 1999, an Order (the "UK Liquidation Order") was entered

by The High Court of Justice in the Chancery Division of the Companies Court in the United

Kingdom, commencing the provisional liquidation proceeding (the "UK Liquidation

Proceeding") and appointing Finbarr Thomas O'Connell and Michael John Jervis of Grant

Thornton House as joint provisional liquidators (the "UK Liquidators") of the Debtor's affairs

in the United Kingdom. That Order, a copy of which is attached as Exhibit A hereto, grants

various enumerated powers to such provisional liquidators in carrying out such duties,

including the investigation of possible causes of action belonging to the Debtor and the

commencement of lawsuits in the United Kingdom based thereon. However, that Order also

expressly provides in ¶4 thereof that "[i]n carrying out the aforementioned functions and the

aforesaid powers, the Provisional Liquidators shall have regard to the ancillary nature of any

eventual winding up of the [Debtor] in this jurisdiction to the conduct of the [Debtor's]

bankruptcy in the United States of America under Chapter 7 of the United States Bankruptcy

Code" (emphasis added).

8.     MBP and the London firm of Stephenson Harwood represented the Debtor, at

the direction of the Applicant, in the commencement of the UK Liquidation Proceeding

(including in the preparation of the court papers seeking the entry of the aforementioned UK

liquidation order). The Applicant has been advised by the UK Liquidators that the fees and

expenses incurred by such firms in preparation and submission of the application (but not

otherwise) on behalf of the Debtor's estate prior to the actual commencement of the UK

Liquidation Proceeding can be treated as a proper expense of the UK Liquidation Proceeding.

The estimated amount of MBP's portion of said fees and expenses is approximately

$31,000.00. Even though such fees and expenses are expected to be paid by the UK

Liquidators, the Applicant believes that the Applicant's retention of MBP for this purpose should be disclosed and retroactively approved. In light of the emergency nature of the situation, the Applicant states that the Applicant's contemporaneous application for approval by this Court of the retention of MBP for such services was not practically possible and that, consequently, the retroactive employment of MBP for such purposes is appropriate.

9.     The UK Liquidators have retained Stephenson Harwood and MBP to assist them in their duties. The UK Liquidators and MBP have agreed that MBP's representation of the UK Liquidators will cover the proper treatment of claims on UK client money accounts, the MeesPiersen purported setoff, and the investigation of the Park Trades and the circumstances relating thereto. Stephenson Harwood is to advise the UK Liquidators as to all other matters, including those on which MBP has a conflict.

### Relief Requested

10.     Applicant seeks to employ Mayer, Brown & Platt (including Tyrone C. Fahner, Marshall E. Hanbury, and Thomas S. Kiriakos, partners resident in its Chicago office, and Denis Petkovic, a partner, and Edward B. Black, a counsel, each resident in its London office) pursuant to Section 327(e) of the Bankruptcy Code for the limited purposes of the commencement of the UK Liquidation Proceeding, conducting such initial investigation, and incidental matters relating thereto. MBP is a Chicago-based international law firm with substantial experience, among other things, with matters relating to commodity trading, and the firm has foreign offices, including in London, England (where Park is a resident and the Debtor's European operations are based) and in Germany (where some of the other events may have taken place). Specifically, Tyrone C. Fahner will be the lead attorney in the

representation. Mr. Fahner is the former Attorney General of the State of Illinois and a former Assistant United States Attorney with substantial experience in the investigation and prosecution of white collar criminal and civil matters, including specifically matters relating to commodity futures trading. He has previously served as special counsel, along with Mr. Hanbury, to Chicago Board of Trade Committees and, in such capacity, successfully prosecuted Ferruzzi Finanziaria, S.p.A. in its attempt to manipulate the price of July, 1989 soybeans futures contract. In addition to the foregoing, Mr. Hanbury, prior to joining the firm, was General Counsel to the United States Commodity Futures Trading Commission and thus has substantial experience and expertise in matters relating to commodity futures trading. Thomas S. Kiriakos, also a partner at MBP, has substantial experience and expertise in bankruptcy and other insolvency-related matters. Mr. Petkovic, a partner in MBP's London office, also has substantial experience and expertise in insolvency-related matters, financial market transactions and derivatives. Mr. Black, who is a counsel in such office, has substantial experience and expertise in commodity trading matters and financial market transactions, particularly in relation to on-exchange trading in futures and options. Consequently, the Applicant believes that MBP was well qualified to represent the Debtor's estate in the commencement of the UK Liquidation Proceeding and that MBP, under the direction of Mr. Fahner, is well qualified to conduct the investigation. Moreover, as regards the proposed investigation, because MBP has been involved since the Park Trades came to light and because of the Applicant's belief that the investigation should be commenced immediately, the Applicant believes that it would be inefficient and otherwise inadvisable to attempt to educate another law firm as to matters with which MBP has substantial existing knowledge. Also, because MBP is to represent the UK Liquidators with respect to the subject

matter of the investigation and because the UK Liquidation Proceeding is to be expressly

ancillary to this case, MBP's joint representation of the Applicant and the UK Liquidators will

avoid duplication of effort and is otherwise likely to produce a more efficient investigation.

Finally, because of such joint representation, a portion of such fees and expenses may be

borne by (and thus appropriately shared with) the UK Liquidators from the Debtor's assets in

such jurisdiction.  As a result, the Applicant thus believes that the retention and employment

of MBP (including such individual attorneys) will be beneficial to, and in the best interests of,

the estate.

11.    As stated, Mr. Fahner will supervise, and will regularly consult with the

Applicant about, the investigation.  In conducting the proposed investigation, Mayer, Brown

& Platt would expect not only to contact and interview persons with information relating to

the subject matter of the investigation, as well as persons connected with the pertinent

exchanges and regulatory authorities, and to review pertinent documents and other materials,

but also to retain a non-lawyer investigation firm to assist it with certain fact-gathering aspects

of the proposed investigation of the Park Trades and the circumstances relating thereto.  The

fees and expenses of such investigation firm would be set forth on Mayer, Brown & Platt's

statements as an expense for which it is to be reimbursed by the estate (and thus, such fees

and expenses are expected to be passed directly on to the estate).

12.    MBP will provide the findings of its investigation and its recommendations, if

any, regarding any causes of action that the Applicant may wish, either in his sole capacity or

in conjunction with and/or through the UK Liquidators, to commence in light of such findings

in whatever form, oral or written, to which the Applicant and MBP may reasonably agree.

The employment sought herein, upon the specific direction of Applicant, may include the

preparation of draft court papers relating to such potential causes of action, but shall not

include the actual commencement and continuation of any such causes of action, whether by

MBP or any other law firm, without a subsequent retention application for that purpose filed

and presented by the Applicant and authorized by this Court pursuant to the entry of a

subsequent Order upon such prior notice as this Court may find appropriate.

13.     Subject to 11 U.S.C. §328(a), MBP shall be paid normally hourly rates plus

any reasonable expenses as compensation for their services.  Such compensation shall be

sought upon application to (and shall be subject to final approval by) this Court pursuant to

Section 330 of the Bankruptcy Code.  Such applications shall include a description of all

services rendered and expenses incurred by MBP in connection with the commencement of

the UK Liquidation Proceeding and the investigation, whether or not the related fees and

expenses (or any portion thereof) are to be paid by the UK Liquidators, and shall disclose the

portion of which shall have already been or is expected to be paid by the UK Liquidators.

Notwithstanding anything to the contrary set forth in this investigation, the fees and expenses

incurred by MBP relating to the investigation shall not exceed $100,000 in the aggregate, and

this $100,000 "cap" shall apply regardless as to whether the UK Liquidators and/or this estate

pay such fees and expenses.

14.     Because the Applicant found it necessary to consult with MBP prior to filing

this Application (including particularly with respect to the commencement of the UK

Liquidation Proceeding and related matters), the Applicant seeks to employ MBP nunc pro

tunc as of December 30, 1998.

15.     As set forth in Mr. Fahner's affidavit annexed as Exhibit C, MBP does not

hold or represent any interest adverse to the estate with respect to the matter on which MBP

is to be employed. Specifically, the Applicant does not believe that the proposed joint representation by MBP of the Debtor's U.S. bankruptcy estate and the UK Liquidators in connection with the investigation constitutes such a material adverse interest for several reasons. First, the UK Liquidation Proceeding is to be ancillary to this case. Second, such an investigation is in the interests of both this estate and the UK Liquidation Proceeding, and both are expected to benefit from any causes of action successfully asserted as a result of such investigation. Third, the scope of such representation is narrowly tailored to encompass, for present purposes, only the investigation. Specifically, although no conflict is expected between the Applicant and the UK Liquidators in light of the ancillary nature of the UK Liquidation Proceeding, each of the Applicant (by Rudnick & Wolfe) and the UK Liquidators (by Stephenson Harwood) will be represented by separate and independent counsel in connection with the coordination of any lawsuits arising from such investigation, including any possible disputes between the Applicant and the UK Liquidators relating thereto.

16.     No previous application for the relief requested herein has been made to this Court or any other court.

**Notice**

17.     Notice of this Application has been given to the Debtor, the Office of the United States Trustee for the Northern District of Illinois, the United States Commodity Futures Trading Commission, the London Clearing House, the Chicago Board of Trade, the UK Liquidators, and Harris Bank. The Applicant submits that, given the nature of the relief requested, no further notice is necessary.

WHEREFORE, Applicants requests that this Court enter an Order (a) authorizing, pursuant to Section 327(e) of the Bankruptcy Code, the Chapter 7 Trustee's retention of MBP

on the terms and conditions set forth in this Application and (b) granting such other and

further relief as is just and proper.

Dated: January 8, 1999

                              Respectfully submitted,

                              LEROY G. INSKEEP, TRUSTEE

                              By: _____
                                   One of his attorneys

David N. Missner (ARDC #01928988)
Philip V. Martino (ARDC #06183648)
Scott A. Semenek (ARDC #6209999)
RUDNICK & WOLFE
203 North LaSalle Street
Suite 1800
Chicago, Illinois 60601-1293
(312) 368-4000

<u>EXHIBIT A</u>

No. 0035 of 1999

IN THE HIGH COURT OF JUSTICE

CHANCERY DIVISION

COMPANIES COURT



Wednesday 6 January 1999

The Honourable Mr Justice Hart

IN THE MATTER OF GRIFFIN TRADING COMPANY

AND IN THE MATTER OF THE INSOLVENCY ACT 1986




~~MINUTE OF~~ ORDER

. UPON THE APPLICATION OF Griffin Trading Company of 141 West Jackson Boulevard, Suite 1580, Chicago, Illinois, 60604, USA ("the Company") being the Petitioner named in a Petition presented to the Court herein

AND UPON HEARING Counsel for the Applicants

AND UPON THE UNDERTAKING of Counsel for the Applicants to issue the application in respect of this hearing as soon as possible

AND UPON READING the Petition to wind up the company and the evidence recorded on the Court file as having been read.

IT IS ORDERED THAT:

1   The time for hearing of this application pursuant to Rule 7.4(5) of the Insolvency Rules 1986 be abridged and the application be heard forthwith.

2     Finbarr Thomas O'Connell and Michael John Jervis of Grant Thornton House, Melton Street, Euston Square, London, NW1 2EP be appointed as Joint Provisional Liquidators ("the Provisional Liquidators") of the Company.

3     The Provisional Liquidators shall have the following functions and powers in relation to the affairs of the Company.

     3.1     To locate, protect, secure, collect and take into their possession the assets of the Company within England and Wales.

     3.2     To locate, protect, secure, collect and take into their possession the books, papers and records of the London branch of the Company including the accounting and statutory records.

     3.3     To deal with and administer the funds held in the Company's client transaction accounts and client money bank accounts, including the client transaction accounts held with the London Clearing House, Credit Lyonnais Rouse Derivatives Limited and with Royal Bank of Canada ("the Funds"), save that no distribution of the Funds be made without the further leave of the Court.

     3.4     To conduct such investigations and obtain such information as may be required to further the fulfillment by the Provisional Liquidators and their staff of the functions and powers (or any of them) conferred upon the Provisional Liquidators by this Order.

     3.5     To be at liberty to engage and retain solicitors and Counsel and such other lawyers, agents, professional advisers, consultants and specialists, as may be necessary or desirable to assist them, whether within or without the jurisdiction, in the carrying out of their duties and functions and the exercise of their powers under this Order.

2

3.6 To be at liberty to continue to pay such of the employees of the London branch of the Company as are required to continue the administration of the London branch of the Company and insofar as they are not required to dispense with their services.

3.7 To be at liberty to carry on the business of the London branch of the Company (including liberty to process claims against the Company) in accordance with the Intervention Order of the Securities and Futures Authority dated 29 December 1998.

3.8 To be at liberty to pay as agents for the Company rent in respect of the Company's lease obligations for the premises from which the London branch of the Company operates.

3.9 To be at liberty to grant or accept a surrender of a lease or tenancy of any of the property of the Company within England and Wales and/or to take a lease or tenancy of any property required or convenient for the business of the London branch of the Company.

3.10 To be at liberty to terminate, complete or perfect as advised any contracts or transactions relating to the business of the London branch of the Company.

3.11 To be at liberty to effect such insurance in connection with the management and maintenance of the business, property and assets of the London branch of the Company, as they may be advised.

3.12 To be at liberty to institute defend continue or intervene in any proceedings in the name and on behalf of the Company if so advised, whether within the jurisdiction or without, including, for the avoidance of doubt, (1) proceedings relating to the administration and distribution of the Funds referred to at paragraph 3.3 above and (2) the giving of any indemnity or cross undertaking in damages as may be necessary or required.

3

3.13  To be at liberty to incur and pay normal administrative expenses of the London branch of the Company.

3.14  To be at liberty to sell or otherwise dispose of the property of the Company in England and Wales by public auction, private contract or as otherwise advised by reputable professional agents.

3.15  To be at liberty for the purpose of carrying out their duties and functions and the exercise of their powers under this Order to do all acts and to execute in the name and on behalf of the Company all deeds receipts or other documents.

3.16  To retain and operate the existing bank accounts of the London branch of the Company and to open and operate new accounts in the name of the Company (whether within or without the jurisdiction) with liberty to pay therefrom any necessary outgoings or expenses incurred in the carrying out of their duties and functions and the exercise of their powers under this Order.

3.17  To rank and claim in the bankruptcy, insolvency, sequestration or liquidation of any person indebted to the Company and to receive dividends and to accede to trust deeds for the creditors of any such person.

3.18  To be at liberty to change the registered address of the principal place of business of the London branch of the Company.

3.19  To be at liberty to do all other things incidental to the exercise of the foregoing powers.

4  In carrying out the aforesaid functions and in exercising the aforesaid powers the Provisional Liquidators shall have regard to the ancillary nature of any eventual winding up of the Company in this jurisdiction to the conduct of the Company's bankruptcy in the United States of America under Chapter 7 of the US Bankruptcy Code.

4

5     Any acts required or authorised to be done by the Provisional Liquidators may be done by any one or more of the Provisional Liquidators.

6     The Provisional Liquidators may have liberty to apply for leave to defray their costs and expenses of dealing with and administering the Funds referred to at paragraph 3.3 of this Order from out of the said Funds.

7     The costs of this application be taxed on the standard basis if not agreed with the Provisional Liquidators and paid as an expense of the Provisional Liquidation.

8     The remuneration of the Provisional Liquidators shall be fixed by the Court from time to time on their application.

9     There be liberty to apply to the Registrar.

AND IT IS ORDERED THAT service of the Petition and of this Order on the Company be dispensed with.

NOTICE TO OFFICERS OF THE COMPANY

You are required by Section 235 of the Insolvency Act 1986 to give the Provisional Liquidators all the information as they may reasonably require relating to the Company's property and affairs and to attend upon them at such times as they may reasonably require.




5

No. 0035 of 1999

IN THE HIGH COURT OF JUSTICE

CHANCERY DIVISION

COMPANIES COURT

Wednesday 6 January 1999

The Honourable Mr Justice Hart

IN THE MATTER OF GRIFFIN TRADING COMPANY

AND IN THE MATTER OF THE INSOLVENCY ACT 1986



MINUTE OF ORDER

Stephenson Harwood
One St Paul's Churchyard
London
EC4M 8SH

Tel : 0171 329 4422
Ref : 588/121

Solicitors for the Applicants

**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| GRIFFIN TRADING COMPANY, | ) | Case No. 98-41742 |
| | ) | |
| Debtor. | ) | Honorable Erwin I. Katz |
| | ) | |

### ORDER PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AUTHORIZING THE NUNC PRO TUNC EMPLOYMENT OF MAYER, BROWN & PLATT AS SPECIAL UK AND SPECIAL INVESTIGATIVE COUNSEL

Upon the application of the Chapter 7 Trustee for an order authorizing the nunc pro tunc employment of Mayer, Brown & Platt as special United Kingdom counsel and special investigative counsel pursuant to Section 327(e) of Title 11, United States Code (the "Bankruptcy Code") (the "Application"), including the annexed affidavit of Tyrone C. Fahner; and the Court being satisfied that Mayer, Brown & Platt represents no interest adverse to the estate with respect to the matter upon which it is to be engaged and that employment of Mayer, Brown & Platt is necessary and would be in the best interests of the estate; appropriate notice and opportunity f ⁀ hearing having been given; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, that the Chapter 7 Trustee be, and hereby is, authorized to employ Mayer, Brown & Platt, nunc pro tunc as of December 30, 1998, upon the terms and conditions set forth in the Application filed by the Chapter 7 Trustee.

Dated: January ___, 1999

_____

Honorable Erwin I. Katz
U. S. BANKRUPTCY JUDGE

3310590.4 10899 1436C 98511207

## EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| GRIFFIN TRADING COMPANY, | ) | Case No. 98-41742 |
| | ) | |
| Debtor. | ) | Honorable Erwin I. Katz |
| | ) | |

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | ss. |
| COUNTY OF COOK | ) | |

## AFFIDAVIT OF ATTORNEY
## TYRONE C. FAHNER

TYRONE C. FAHNER, being first duly sworn upon his oath, deposes and states as follows:

1.      I am an attorney admitted to practice law in the State of Illinois.

2.      I am a partner in the law partnership of Mayer, Brown & Platt. Mayer, Brown & Platt has approximately 750 attorneys practicing in its domestic offices in Chicago, New York, Washington, D.C., Houston, Charlotte, and Los Angeles and in its other offices (including London) maintained throughout the world.

3.      While I was an Assistant United States Attorney for the Northern District of Illinois, I served with Farrel J. Griffin, one of the Co-Presidents, directors and shareholders of the Debtor. Since that time, I have maintained a close personal relationship with Mr. Griffin.

3310590.4 10899 1436C 98511207

4.      When the events described in the Trustee's Application came to light relating

to the Park Trades, Mr. Griffin contacted me and retained Mayer, Brown & Platt on behalf

of the Debtor to represent it in connection with such matters, other matters coming to the

attention of the Debtor since that time, and related insolvency issues.  Specifically, Mayer,

Brown & Platt represented the Debtor in connection with the preparation and filing of the

Debtor's Chapter 7 petition and the commencement of the UK Liquidation Proceeding and in

the Debtor's consultations with the Trustee since the filing of the Chapter 7 petition,

including with respect to the commencement, at the direction of the Chapter 7 trustee (as

authorized by an Order of this Court), of the UK Liquidation Proceeding.  Mayer, Brown &

Platt had not represented Griffin Trading Company or its principals, Farrel J. Griffin or

Roger S. Griffin, prior to such time.  In connection with such representation, Mayer, Brown

& Platt received a retainer in the amount of $25,000 which was provided by the Debtor.  It

is not clear whether such retainer will completely cover the fees and expenses of Mayer,

Brown & Platt relating to the pre-petition period or whether instead, Mayer, Brown & Platt

is presently or will become a creditor of the Debtor with respect thereto.

5.      Together with my partner, Marshall Hanbury, I have served as special counsel

to Chicago Board of Trade Committees and, in such capacity, successfully prosecuted

Ferruzzi Finanziaria, S.p.A. in its attempt to manipulate the price of the July, 1989 soybeans

future contract.  Mayer, Brown & Platt has represented and may continue to represent the

Board of Trade Clearing Corporation ("BOTCC") in various matters.  BOTCC may hold or

otherwise assert control over certain assets of the Debtor, and BOTCC and/or CBOT or

other regulatory authorities may assert the authority to sanction commodity brokers such as

the Debtor under various circumstances. Mayer, Brown & Platt will not represent any of such CBOT Committees or the BOTCC in connection with this case.

6.  Mayer, Brown & Platt maintains a sophisticated computer database of all matters in which the firm is involved for the specific purpose of ensuring that it does not engage in activities prohibited by applicable rules of professional responsibility and to assist it in avoiding conflicts of interest. In addition, Mayer, Brown & Platt regularly communicates selected new matters accepted by the firm to its attorneys to further assist it in avoiding conflicts of interest.

7.  Based on a search of such database, Mayer, Brown & Platt does not represent Mr. Inskeep personally or in his capacity as the Trustee. Based on such a search, Mayer, Brown & Platt also does not presently represent the law firm of Rudnick & Wolfe in any matter. That law firm further does not presently represent Mayer, Brown & Platt in any matter.

8.  In addition to the proposed concurrent representation of Grant Thornton House described in the Application, Mayer, Brown & Platt has represented and represents in various matters that entity and various of its affiliates (including Grant Thornton LLP, which also audits Mayer, Brown & Platt). Mayer, Brown & Platt's representation of Grant Thornton House representatives as the UK Liquidators shall be limited as set forth in the Application, and Mayer, Brown & Platt will not represent any other Grant Thornton entities in connection with the case.

9.  Time has not permitted a complete search of Mayer, Brown & Platt's conflicts system with respect to all of the known customers, creditors and other parties in interest of

the Debtor. However, a search of Mayer, Brown & Platt's conflicts system with respect to GLH (Derivatives) Ltd., John Park, Tullet & Tokyo (Futures & Traded Options) Limited, and Tullet & Tokyo Forex International Group, who are believed to be the persons and entities primarily and directly involved in the events relating to the Park Trades, indicates that Mayer, Brown & Platt has no connection to any such persons or entities.

10.   Even though time has not permitted a complete search of Mayer, Brown & Platt's conflicts system, a preliminary review of the creditors and other interested person matrix filed by the Debtor with its petition discloses at least the following connections between Mayer, Brown & Platt and certain of the creditors and other parties in interest of the Debtor:

(a)   Mayer, Brown & Platt has represented and represents in various matters ABN Amro Bank, N.V. and various of its affiliates (such as SAGE), which may have had prior business dealings with the Debtor. Mayer, Brown & Platt has not represented any of said entities in connection with this case, and such entities are not presently believed to have been directly involved in Park Trades and the circumstances relating thereto.

(b)   Mayer, Brown & Platt has represented and represents in various matters The Bank of Montreal and its subsidiary, Harris Bank, which may be both secured and unsecured creditors of the Debtor and/or depository institutions used by the Debtor. Mayer, Brown & Platt has not represented any such entities in connection with this case, and such entities are not presently believed to have been directly involved in the Park Trades and the circumstances relating thereto.

(c)     One of the creditors set forth on the list of the Debtor's 20 largest unsecured creditors provided by the Debtor to Mayer, Brown & Platt is ExtraClearing. Prior to the commencement of the UK Liquidation Proceeding and at the request of the Applicant, Mayer, Brown & Platt was involved in the transfer of a customer position involving ExtraClearing that was undertaken at the request of the London Clearing House. Based on information received to date, we believe ExtraClearing to be an affiliate of ING. Although Mayer, Brown & Platt has represented and represents in various matters ING (and various of its other affiliates), it has never represented ExtraClearing. Mayer, Brown & Platt will not represent ExtraClearing, ING, or any other ING affiliate in connection with this case.

(d)     One of the other creditors set forth on such list is the U.S. government with respect to various tax claims. Mayer, Brown & Platt has represented and may represent various branches or agencies of the federal government (but not the Internal Revenue Service) in various matters, although it will not do so in connection with this case.

(e)     Mayer, Brown & Platt has represented and represents in various matters GE Capital (and/or various of is affiliates), and GE Capital's name appears on the aforementioned matrix, but Mayer, Brown & Platt has not represented any of such entities in connection with this case, and such entities are not presently believed to have been involved in the Park Trades and the circumstances relating thereto.

(f)     Mayer, Brown & Platt has represented and represents in various matters Ameritech, whose name appears on the aforementioned matrix, but Mayer, Brown &

Platt has not represented Ameritech in connection with this case, and Ameritech is not presently believed to have been involved in the Park Trades and the circumstances relating thereto.

(g)     Mayer, Brown & Platt has represented and represents in various matters Arthur Andersen LLP, whose name appears on the aforementioned matrix, but Mayer, Brown & Platt has not represented Arthur Andersen LLP in connection with this case, and it is not presently believed to have been involved in the Park Trades and the circumstances relating thereto.

(h)     Mayer, Brown & Platt has represented and represents in various matters Refco, Inc., whose name appears on the aforementioned matrix, but Mayer, Brown & Platt has not represented Refco, Inc. in connection with this matter, and it is not presently believed to have been involved in the Park Trades and the circumstances relating thereto.

(i)     Mayer, Brown & Platt has represented in at least one matter Standard & Poor's Corporation, whose name appears on the aforementioned matrix, but Mayer, Brown & Platt has not represented Standard & Poor's Corporation in connection with this case, and it is not presently to have been involved in the Park Trades and the circumstances relating thereto.

(j)     Mayer, Brown & Platt has also reviewed its records with regard to each of the 20 largest creditors of the Debtor as represented to it by the Debtor and as disclosed on Exhibit I hereto.  Other than SAGE (which is discussed above in paragraph 10(a)), Harris Bank (which is discussed above in paragraph 10(b)) and the

federal government (which is discussed above in paragraph 10(d)), Mayer, Brown &
Platt has not represented any of such creditors.

(k)    N. Neville Reid, a Mayer, Brown & Platt partner, is a member of the
panel of trustees maintained by the Office of the United States Trustee for the
Northern District of Illinois. Mr. Reid, of course, has not been appointed as Chapter
7 trustee for the Debtor, and thus, his status as both a panel trustee and a partner of
Mayer, Brown & Platt does not constitute an interest that is adverse to the Debtor's
bankruptcy estate.

11.    Other than the aforementioned matrix and the list of the Debtor's twenty largest
unsecured creditors, Mayer, Brown & Platt does not have a list of the Debtor's unsecured
creditors. In light of the large number of creditors in this case and the large number of
lawyers at Mayer, Brown & Platt, it is possible that Mayer, Brown & Platt has represented,
currently represents or is likely to represent in the future, certain creditors of the Debtor's
estate in matters that are unrelated to the Debtor or this bankruptcy case and which do not
directly involve the Park Trades and the circumstances relating thereto. To the extent that an
adverse interest may exist, Mayer, Brown & Platt will not represent such interest and will
inform the Trustee accordingly.

12.    Certain other clients of Mayer, Brown & Platt may be customers of the Debtor
or its creditors. If such connections exist and, as presently believed, are unrelated to the Park
Trades (and the circumstances directly relating thereto), Mayer, Brown & Platt does not
believe they would constitute adverse interests to the Debtor or its estate with respect to the
matter on which Mayer, Brown & Platt is to be employed.

13.     The law partnership firm of Mayer, & Platt has not agreed to share the

compensation that the firm may be awarded in this case with any other person, attorney, or

entity except as is customary in a law partnership such as Mayer, Brown & Platt and

permitted by the Rules of Professional Conduct.  As set forth in the Application, in

conducting the proposed investigation, Mayer, Brown & Platt would expect to retain a non-

lawyer investigation firm to assert it with certain fact gathering aspects of the proposed

investigation of the Park Trades and the circumstances relating thereto.  The fees and

expenses of such investigation firm would be set forth on Mayer, Brown & Platt's statements

as an expense for which it is to be reimbursed by the estate (and thus, such fees and expenses

are expected to be passed directly on to the estate).  As such, we do not believe that any such

arrangement constitutes or will constitute an agreement regarding the sharing of compensation.

14.     Based on the foregoing, neither I nor Mayer, Brown & Platt represents or holds

any interest adverse to the Debtor or its estate with respect to the matter on which Mayer,

Brown & Platt is to be employed.  Specifically, Mayer, Brown & Platt does not believe that

the proposed joint representation by Mayer, Brown & Platt of the Debtor's U.S. bankruptcy

estate and the UK Liquidators in connection with the investigation constitutes such a material

adverse interest for several reasons.  First, the UK Liquidation Proceeding is to be ancillary to

this case.  Second, such an investigation is in the interests of both this estate and the UK

Liquidation Proceeding, and both are expected to benefit from any causes of action

successfully asserted as a result of such investigation.  Third, the scope of such representation

of the Debtor is narrowly tailored to encompass, for present purposes, only the investigation.

Specifically, although no conflict is expected between the Applicant and the UK Liquidators

in light of the ancillary nature of the UK Liquidation Proceeding, each of the Applicant (by Rudnick & Wolfe) and the UK Liquidators (by Stephenson Harwood) will be represented by separate and independent counsel in connection with both the coordination of any lawsuits arising from such investigation, including any possible disputes between the Applicant and the UK Liquidators relating thereto and any other matter on which a dispute between the Applicant and the UK Liquidations may arise.

15.    Mayer, Brown & Platt will undertake to update the aforementioned conflicts search as events unfold and will inform the Trustee, and I (or one of my partners) will supplement this Affidavit, accordingly.

Tyrone C. Fahner

SUBSCRIBED AND SWORN TO
before me this 8th day of
January, 1999

Notary Public

"OFFICIAL SEAL"
Gail A. Favoriti
Notary Public, State of Illinois
My Commission Exp. 11/23/2002

Commission Expires: 11-23-2002

## Exhibit I

### List of the Debtor's Twenty Largest Unsecured Creditors as Provided by the Debtor*

| | |
|---|---:|
| MEESPIERSON N.V. | $ 5,255,620 |
| EXTRACLEARING | 3,792,698 |
| MARK WALSH | 3,253,576 |
| HARRIS BANK | 1,050,000 |
| JAMIE MACLEOD | 507,694 |
| BRENT COAN | 431,017 |
| GBG ELECTRONICS | 342,094 |
| FT TRADING | 342,094 |
| MDNH (SAGE) | 198,199 |
| STEADY STATE | 184,318 |
| GERARD MARKHAM | 158,776 |
| ENGMANN OPTIONS (SAGE) | 145,802 |
| MILES BLACKSTEIN | 121,057 |
| U.S. FEDERAL GOVERNMENT (FICA/FUTA/SUTA) | 106,457 |
| KAREN KALAWAY | 104,262 |
| KOTTKE ASSOC. | 87,121 |
| J & B ASSOC. | 84,328 |
| ALLSIDE INVESTMENTS | 72,053 |
| JOHN PAETSCH | 70,503 |
| STEPHEN HUMPHRIES | 67,900 |
| | 16,375,569 |

*Consequently, Mayer, Brown & Platt expresses no view as to the amount or validity of any such claims, and Mayer, Brown & Platt understands that, by attaching this Affidavit to the Application, the Chapter 7 trustee similarly does not confirm or otherwise concede the amount or validity of any of these listed claims.

# Exhibit B

E O D JAN 15 1999

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| GRIFFIN TRADING COMPANY, | ) | Case No. 98-41742 |
| | ) | |
| Debtor. | ) | Honorable Erwin I. Katz |
| | ) | |

## ORDER PURSUANT TO SECTION 327(e) OF THE
## BANKRUPTCY CODE AUTHORIZING THE NUNC PRO TUNC
## EMPLOYMENT OF MAYER, BROWN & PLATT AS
## SPECIAL UK AND SPECIAL INVESTIGATIVE COUNSEL

Upon the application of the Chapter 7 Trustee for an order authorizing the nunc pro

tunc employment of Mayer, Brown & Platt as special United Kingdom counsel and special

investigative counsel pursuant to Section 327(e) of Title 11, United States Code (the

"Bankruptcy Code") (the "Application"), including the annexed affidavit of Tyrone C. Fahner;

and the Court being satisfied that Mayer, Brown & Platt represents no interest adverse to the

estate with respect to the matter upon which it is to be engaged and that employment of

Mayer, Brown & Platt is necessary and would be in the best interests of the estate;

appropriate notice and opportunity for a hearing having been given; and sufficient cause

appearing therefor;

IT IS HEREBY ORDERED, that the Chapter 7 Trustee be, and hereby is, authorized

to employ Mayer, Brown & Platt, nunc pro tunc as of December 30, 1998, its compensation

to be subject to the $100,000 cap described in the Application and further Order of this Court.

IT IS HEREBY ORDERED that Mayer, Brown & Platt shall preserve all information,

documents, tape recordings, computer disks, data compilations, witness statements, factual

3311632.3 11299 1831C 98511207

summaries and transcripts of interviews and all other factual and investigative work product

collected, recorded or created by MBP and the investigative personnel employed or retained

by it in its capacity as Special Counsel and after 60 days from the date of the entry of this

Order, on a regular and on-going basis but no later than the completion of the investigation,

and subject to any and all privilege and work product claims and objections of the Chapter 7

Trustee and/or MBP, MBP shall cooperate in making such material available, without

representation or warranty as to its completeness or accuracy, to the Commodity Futures

Trading Commission, with any disputes relating to the production of such materials to be

resolved by the appropriate administrative or judicial authority.

Dated: January _13_, 1999

Honorable Erwin I. Katz
U. S. BANKRUPTCY JUDGE

2

# Exhibit C

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

00698757
INSKEEP, LEROY, AS CHAPTER 7 TRUSTEE FOR GRIFFIN TRADING COMPANY
UK PROCEEDING

PAGE:1
TYRONE C. FAHNER

## DESCRIPTION OF LEGAL SERVICES
===============================

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| 12/30/98 | PETKOVIC, DENIS<br>CONVERSATION WITH GRANT THORNTON AND OTHERS INCLUDING STEPHENSON HARWOOD. | 4.50 |
| 12/30/98 | BLACK, EDWARD B.<br>MEETINGS WITH REGULATORS, INTERNAL CONFERENCES, PREPARATION OF AFFIDAVIT OF ROSE AND TELECONS, FAXES, ETC. | 16.00 |
| 12/31/98 | PABST, MICHAEL J.<br>VARIOUS MEETINGS WITH GT AND GTC; DRAFTING AFFIDAVIT IN SUPPORT OF APPLICATION FOR PL. | 8.00 |
| 12/31/98 | BLACK, EDWARD B.<br>INTERNAL CONFERENCES AND DRAFT AND REDRAFT AFFIDAVIT OF ROSE, VARIOUS CONFERENCE CALLS. | 10.50 |
| 01/03/99 | BLACK, EDWARD B.<br>TELECONS ASSOCIATE COUNSEL AND REVIEW DRAFT AFFIDAVIT - RE: PREPARATION OF APPLICATION FOR APPOINTMENT OF PROVISIONAL LIQUIDATOR. | 3.00 |
| 01/04/99 | KIRIAKOS, THOMAS S.<br>CONFERENCE CALL WITH TRUSTEE AND COUNSEL (MISSNER), BLACK, GRANT THORNTON LIQUIDATION (FINBARR O'CONNELL), AND BARRISTER RE: POSSIBLE COMMENCEMENT OF U.K. LIQUIDATION PROCEEDING. | 1.50 |
| 01/04/99 | PABST, MICHAEL J.<br>FOLLOW UP PARK'S SOLICITORS.   MEET GRANT THORNTON. TELECONFERENCE WITH TRUSTEE.   ASSIST WITH PREPARATION OF COURT APPLICATION. | 6.00 |
| 01/04/99 | BLACK, EDWARD B.<br>MEET GRANT THORNTON.   CONFERENCE CALLS WITH ASSOCIATE COUNSEL.   MEETINGS AND CONFERENCE CALLS WITH CLIENT, CO-COUNSEL AND TRUSTEE GENERALLY RE: PREP OF APPLICATION FOR APPOINTMENT OF PROVISIONAL LIQUIDATOR. | 6.00 |
| 01/05/99 | KIRIAKOS, THOMAS S.<br>ADDITIONAL MATTERS RELATING TO POSSIBLE U.K. LIQUIDATION PROCEEDING (1.50); ATTENDED HEARING ON TRUSTEE'S EMERGENCY MOTION RE: SAME (.20). | 1.70 |
| 01/05/99 | PABST, MICHAEL J. | 6.00 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

PAGE:2
00698757                                                    TYRONE C. FAHNER
INSKEEP, LEROY, AS CHAPTER 7 TRUSTEE FOR GRIFFIN TRADING COMPANY
UK PROCEEDING

DESCRIPTION OF LEGAL SERVICES
================================

| DATE | TIMEKEEPER | HOURS |
|------|------------|-------|

ATTENDING TO VARIOUS MATTERS RE; PL APPLICATION AND
ASSISTING SM GENERALLY.

01/05/99   WIGGLESWORTH, TIMOTHY R.                              3.00
ATTENDANCE AT MEETINGS TO REVISE AFFIDAVIT WITH EDWARD
BLACK; DISCUSSION OF AFFIDAVIT AND SKELETON AGREEMENT
WITH ZARA RAMPRAKASH OF STEPHENSON HARWOOD AND EDWARD
BLACK AT STEPHENSON HARWOOD OFFICES.

01/05/99   BLACK, EDWARD B.                                      6.00
COMPLETE PREPARATION OF PROVISIONAL LIQUIDATION
APPLICATION, MEETINGS AND CONFERENCE CALLS WITH TRUSTEE,
GRANT THORNTON AND CLIENT; MEETING AT STEPHENSON HARWOOD.

01/06/99   KIRIAKOS, THOMAS S.                                   0.70
MATTERS RELATING TO UK LIQUIDATION PROCEEDING (.70).

01/06/99   WIGGLESWORTH, TIMOTHY R.                              6.00
VARIOUS TASKS TO PREPARE FOR COURT HEARING; ATTENDING
COURT WITH EDWARD BLACK AND OTHERS; VARIOUS MEETINGS WITH
PROVISIONAL LIQUIDATORS, STEPHENSON HARWOOD AND SFA.

01/06/99   FAHNER, TYRONE C.                                     0.20
CALL AND CONFER WITH T. KIRIAKOS REGARDING BANKRUPTCY
STATUS / APPOINTMENT PETITION ISSUES; CALLS FROM E.
BLACK; CALL TO M. HANBURY.

01/06/99   BLACK, EDWARD B.                                      6.00
MEETING WITH FSA (FOLGER, THOMAS, WILLEM) & F. O'CONNELL
RE: APPLICATION, FINALISE AFFIDAVIT AND FINALISE VARIOUS
MATTERS FOR APPLICATION.  ATTEND COURT HEARING.

TOTAL     85.10

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

00698757
TYRONE C. FAHNER
INSKEEP, LEROY, AS CHAPTER 7 TRUSTEE FOR GRIFFIN TRADING COMPANY
UK PROCEEDING

## OTHER CHARGES
==============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| DEC 30/98 | DOCUMENT REPRODUCTION - CHICAGO | 11.40 |
| DEC 30/98 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 011441713294465 | 66.50 |
| DEC 30/98 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 011441713294 | 11.73 |
| DEC 30/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  004969746539 | 77.65 |
| DEC 30/98 | DOCUMENT REPRODUCTION - LONDON | 3.69 |
| DEC 30/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  004969746539 | 77.65 |
| DEC 30/98 | DOCUMENT REPRODUCTION - LONDON | 3.69 |
| DEC 30/98 | DOCUMENT DELIVERY - CHICAGO MESSENGER<br>CHICAGO MESSENGER-DOCUMENTS DELIVERED<br>TO CHICAGO | 5.50 |
| DEC 30/98 | AUTOMATED RESEARCH - LONDON<br>INV#: 33252   VENDOR:THE COMPANY<br>LIMITED | 53.61 |
| DEC 31/98 | DOCUMENT REPRODUCTION - CHICAGO | 11.85 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 6.26 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 18.64 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01819304203 | 16.08 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 5.90 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01722412978 | 51.93 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01722412978 | 51.93 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

PAGE:4
00698757                                                    TYRONE C. FAHNER
INSKEEP, LEROY, AS CHAPTER 7 TRUSTEE FOR GRIFFIN TRADING COMPANY
UK PROCEEDING

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 2.21 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  4109217 | 21.78 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  4109217 | 3.69 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 5.53 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  9196900 | 3.69 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127068232 | 18.64 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127068232 | 18.64 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127069102 | 18.64 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 1.11 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 59.70 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 13.27 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 1.47 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 0.74 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127068232 | 12.43 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127069102 | 12.43 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 1.11 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 30.59 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 5.73 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

00698757                                                                    PAGE:5
                                                        TYRONE C. FAHNER
INSKEEP, LEROY, AS CHAPTER 7 TRUSTEE FOR GRIFFIN TRADING COMPANY
UK PROCEEDING

## OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127068283 | 15.29 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 5.73 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127069102 | 15.29 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 5.73 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 15.29 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 6.26 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 18.64 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   01819304203 | 16.08 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 5.90 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   01722412978 | 51.93 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   01722412978 | 51.93 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 2.21 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   4109217 | 21.78 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   4109217 | 3.69 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 5.53 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   9196900 | 3.69 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

00698757                                                                    PAGE:6
                                                           TYRONE C. FAHNER
INSKEEP, LEROY, AS CHAPTER 7 TRUSTEE FOR GRIFFIN TRADING COMPANY
UK PROCEEDING

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127068232 | 18.64 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127068232 | 18.64 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127069102 | 18.64 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 1.11 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 59.70 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 13.27 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 1.47 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 0.74 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127068232 | 12.43 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127069102 | 12.43 |
| DEC 31/98 | DOCUMENT REPRODUCTION - LONDON | 1.11 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 30.59 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 5.73 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127068283 | 15.29 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 5.73 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127069102 | 15.29 |
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 5.73 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

00698757
TYRONE C. FAHNER
INSKEEP, LEROY, AS CHAPTER 7 TRUSTEE FOR GRIFFIN TRADING COMPANY
UK PROCEEDING

## OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| DEC 31/98 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 15.29 |
| DEC 31/98 | DOCUMENT DELIVERY - CHICAGO MESSENGER<br>CHICAGO MESSENGER-DOCUMENTS DELIVERED<br>TO CHICAGO | 5.50 |
| JAN 04/99 | DOCUMENT REPRODUCTION - CHICAGO | 2.10 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 41.76 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 7.83 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 2.61 |
| JAN 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 67.43 |
| JAN 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127068232 | 5.80 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 0.75 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 2.98 |
| JAN 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 21.27 |
| JAN 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127068622 | 12.58 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 4.47 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 44.75 |
| JAN 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 28.05 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 13.80 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 5.59 |
| JAN 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013126307399 | 35.54 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

00698757                                                                    PAGE:8
                                                          TYRONE C. FAHNER
INSKEEP, LEROY, AS CHAPTER 7 TRUSTEE FOR GRIFFIN TRADING COMPANY
UK PROCEEDING

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 2.98 |
| JAN 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013126307399 | 14.27 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 9.32 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 3.73 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 2.98 |
| JAN 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127068232 | 17.17 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 2.98 |
| JAN 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013126636034 | 18.37 |
| JAN 04/99 | DOCUMENT REPRODUCTION - LONDON | 3.73 |
| JAN 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013126307399 | 24.17 |
| JAN 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0031206242486 | 2.43 |
| JAN 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   01716677351 | 1.83 |
| JAN 05/99 | DOCUMENT REPRODUCTION - LONDON | 5.87 |
| JAN 05/99 | DOCUMENT REPRODUCTION - LONDON<br>98511199 | 5.50 |
| JAN 05/99 | DOCUMENT REPRODUCTION - LONDON | 0.73 |
| JAN 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   6060822 | 5.34 |
| JAN 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   6060822 | 8.84 |
| JAN 05/99 | DOCUMENT REPRODUCTION - LONDON | 1.47 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

00698757                                                      TYRONE C. FAHNER
INSKEEP, LEROY, AS CHAPTER 7 TRUSTEE FOR GRIFFIN TRADING COMPANY
UK PROCEEDING

## OTHER CHARGES
==============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JAN 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   3834077 | 41.02 |
| JAN 05/99 | DOCUMENT REPRODUCTION - LONDON | 0.37 |
| JAN 05/99 | DOCUMENT REPRODUCTION - LONDON | 0.37 |
| JAN 05/99 | DOCUMENT REPRODUCTION - LONDON | 0.37 |
| JAN 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   6761099 | 3.67 |
| JAN 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 27.81 |
| JAN 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   6060822 | 7.00 |
| JAN 05/99 | DOCUMENT REPRODUCTION - LONDON<br>TIW | 7.34 |
| JAN 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   6060822 | 12.51 |
| JAN 05/99 | DOCUMENT REPRODUCTION - LONDON<br>TIW | 6.60 |
| JAN 05/99 | DOCUMENT REPRODUCTION - LONDON<br>TIW | 2.57 |
| JAN 05/99 | DOCUMENT REPRODUCTION - LONDON<br>TIW | 0.37 |
| JAN 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013126307399 | 9.04 |
| JAN 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127069102 | 10.22 |
| JAN 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127068232 | 9.04 |
| JAN 05/99 | DOCUMENT REPRODUCTION - CHICAGO | 0.60 |
| JAN 05/99 | DOCUMENT DELIVERY - CHICAGO MESSENGER | 5.50 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

00698757
INSKEEP, LEROY, AS CHAPTER 7 TRUSTEE FOR GRIFFIN TRADING COMPANY
UK PROCEEDING

PAGE:10
TYRONE C. FAHNER

## OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | CHICAGO MESSENGER-DOCUMENTS DELIVERED TO CHICAGO | |
| JAN 06/99 | DOCUMENT REPRODUCTION - LONDON | 0.73 |
| JAN 06/99 | DOCUMENT REPRODUCTION - LONDON | 14.65 |
| JAN 06/99 | DOCUMENT REPRODUCTION - LONDON | 0.73 |
| JAN 06/99 | DOCUMENT REPRODUCTION - LONDON TIW | 1.10 |
| JAN 06/99 | DOCUMENT REPRODUCTION - LONDON TIW | 13.19 |
| JAN 06/99 | DOCUMENT REPRODUCTION - LONDON TIW | 0.37 |
| JAN 06/99 | DOCUMENT REPRODUCTION - LONDON | 2.20 |
| JAN 06/99 | DOCUMENT REPRODUCTION - LONDON | 0.73 |
| JAN 06/99 | DOCUMENT REPRODUCTION - LONDON | 0.73 |
| JAN 06/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO   0013127068232 | 7.36 |
| JAN 06/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO   0013127017711 | 5.69 |
| JAN 06/99 | DOCUMENT REPRODUCTION - LONDON | 2.20 |
| JAN 06/99 | DOCUMENT REPRODUCTION - LONDON | 1.10 |
| JAN 06/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO   0013127017711 | 15.20 |
| JAN 06/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO   0013126307399 | 22.29 |

TOTAL OTHER CHARGES   $1,869.40

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

TYRONE C. FAHNER

00698757
INSKEEP, LEROY, AS CHAPTER 7 TRUSTEE FOR GRIFFIN TRADING COMPANY
UK PROCEEDING

| TIMEKEEPER & COST SUMMARY | HOURS | AMOUNT | OTHER CHARGES |
|---|---|---|---|
| BLACK, EDWARD B. | 47.50 | 17,045.00 | |
| PETKOVIC, DENIS | 4.50 | 2,137.50 | |
| FAHNER, TYRONE C. | 0.20 | 100.00 | |
| WIGGLESWORTH, TIMOTHY R | 9.00 | 1,215.00 | |
| PABST, MICHAEL J. | 20.00 | 6,180.00 | |
| KIRIAKOS, THOMAS S. | 3.90 | 1,365.00 | |
| TOTAL TIME | 85.10 | 28,042.50 | |
| AUTOMATED RESEARCH - LONDON | | | 53.61 |
| DOCUMENT REPRDCT - CHICAGO | | | 25.95 |
| DOCUMENT REPRDCT - LONDON | | | 421.53 |
| DOCUMENT DELIVERY-CHICAGO MESS | | | 16.50 |
| FACSIMILE TRANS.-CHICAGO | | | 78.23 |
| FACSIMILE TRANS.-LONDON | | | 1,273.58 |
| ITEMIZED DETAIL | | | 1,869.40 |
| NET COMBINED TIME & OTHER CHARGES | | | 29,911.90 |



# Exhibit D

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

PAGE:1
98511207                                                    TYRONE C. FAHNER
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

                    DESCRIPTION OF LEGAL SERVICES
                    ===============================

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|

01/14/99   FAHNER, TYRONE C.                                      0.80
           MEET AND CONFER WITH T. KIRIAKOS REGARDING INVESTIGATION
           / TRUSTEE; CALL AND CONFER WITH D. PETKOVIC AND E. BLACK
           REGARDING LIQUIDATION / INTERVIEW OF JOHN PARK AND
           RELATED ISSUES; INVESTIGATION A STATUS.

01/14/99   KIRIAKOS, THOMAS S.                                    0.60
           MEETING WITH FAHNER REGARDING ISSUES RELATING TO
           INVESTIGATION.

01/18/99   PABST, MICHAEL J.                                      0.30
           MEMO TO TF AND TK RE; PARK INTERVIEW.

01/19/99   FAHNER, TYRONE C.                                      1.00
           CALLTO E. BLACK; REVIEW MATERIALS REGARDING JOHN PARK;
           MEET AND CONFER WITH T. KIRIAKOS REGARDING SAME.

01/19/99   KIRIAKOS, THOMAS S.                                    1.50
           MATTERS RELATING TO SPECIAL INVESTIGATION COORDINATION.

01/21/99   FAHNER, TYRONE C.                                      0.70
           CONFER WITH E. BLACK REGARDING NEXT STEPS AND REGARDING
           INVESTIGATION OF PARKE / OPPOSITE TRADE ISSUES; CALL TO
           T. KIRIAKOS REGARDING SAME; CONFERENCE CALL WITH E.
           BETTELHEIM AND E. BLACK REGARDING BETTELHEIM'S CLIENTS
           AND SFA ISSUES.

01/21/99   KIRIAKOS, THOMAS S.                                    0.20
           VOICE MAIL FROM MISSNER AND TELEPHONE CALL WITH BETH
           DURBIN OF CFTC AND MICHAEL PABST OF MBP/LONDON REGARDING
           TRADING RECORDS.

01/22/99   FAHNER, TYRONE C.                                      0.50
           REVIEW MATERIALS; J. PARK TRANSCRIPT.

01/25/99   FAHNER, TYRONE C.                                      1.20
           CONFER WITH D. PETKOVIC, T. KIRIAKOS AND E. BLACK
           REGARDING CUSTOMER / LIQUIDATION ISSUES; CONFER REGARDING
           JOHN PARK INTERVIEW; RELATED MATTERS; CALL AND CONFER
           WITH T. BURKE REGARDING PARK / TULLETTS & TOKYO
           INVESTIGATION; REVIEW MATERIALS REGARDING SAME; CONFER
           REGARDING M. MCDONALD.

01/27/99   KIRIAKOS, THOMAS S.                                    0.60
           TELEPHONE CALL WITH MCDONNELL REGARDING GERMAN EXCHANGE

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

DESCRIPTION OF LEGAL SERVICES
==============================

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| | AND INVESTIGATION (.20); TELEPHONE CALL WITH MEESPERSON LAWYER (KRAKAUER) REGARDING SAME (.20); FOLLOW-UP MATTERS REGARDING SAME (.20). | |
| 01/28/99 | KIRIAKOS, THOMAS S. FOLLOW-UP TELEPHONE CALL WITH MCDONNELL REGARDING GERMAN EXCHANGE AND INVESTIGATION (.20); MATTERS RELATING TO SCHEDULES (.80). | 1.00 |
| 02/01/99 | FAHNER, TYRONE C. CALL TO T. KIRIAKOS; MEET AND CONFER WITH T. KIRIAKOS REGARDING MEIS PIERSON; CALL TO PETKOVICH AND BLACK (VM); CALL TO J. GILMORE. | 1.10 |
| 02/02/99 | KIRIAKOS, THOMAS S. TELEPHONE CALL WITH B. STREET REGARDING DOCUMENTS REQUESTED BY CFTC FROM MAYER, BROWN & PLATT IN LONDON. | 0.30 |
| 02/05/99 | KIRIAKOS, THOMAS S. OFFICE CONFERENCE WITH R. PETERSON (COUNSEL FOR MARK WALSH) RE: VARIOUS MATTERS CONCERNING INVESTIGATION. | 0.40 |
| 02/07/99 | FAHNER, TYRONE C. REVIEW MATERIALS AND CORRESPONDENCE FROM E. BLACK; REVIEW DRAFT LIQUIDATION REPORT. | 3.00 |
| 02/09/99 | KIRIAKOS, THOMAS S. PREPARED FOR AND PARTICIPATED IN MEETING WITH LIQUIDATOR AND STEPHENSEN HARWOOD COUNSEL REGARDING STATUS OF UK LIQUIDATION PROCEEDING AS IT MAY AFFECT INVESTIGATION. | 1.80 |
| 02/09/99 | BLACK, EDWARD B. RE: CFTC DISCOVERY REQUEST. | 1.00 |
| 02/10/99 | WIGGLESWORTH, TIMOTHY R. REVIEWING TRANSCRIPT OF PARK INTERVIEW TO IDENTIFY DOCUMENTS REFERRED TO THEREIN, COPIES OF WHICH ARE REQUIRED BY CFTC. | 1.50 |
| 02/10/99 | KIRIAKOS, THOMAS S. REVIEWED DRAFT LETTER TO LIQUIDATOR REGARDING PARK MATTERS (.30); TELEPHONE CALL WITH M. PABST REGARDING SAME (.10). | 0.40 |
| 02/11/99 | PABST, MICHAEL J. | 0.30 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

PAGE:3
TYRONE C. FAHNER

98511207
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

DESCRIPTION OF LEGAL SERVICES
=============================

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| | REVIEWING FURTHER REQUEST FROM CFTC FOR INFORMATION AND CONSIDERING SAME (.1); INSTRUCTING JUNIOR LAWYER TO ATTEND TO REQUEST BY CFTC FOR INVENTORY OF MATERIALS IN POSSESSION OF MBP (.2). | |
| 02/11/99 | BLACK, EDWARD B. RE CFTC DISCOVERY REQUEST. | 1.50 |
| 02/12/99 | BLACK, EDWARD B. CFTC DISCOVERY ISSUES RE WILLIAMSON & HORROCKS. | 1.00 |
| 02/16/99 | PABST, MICHAEL J. INTERNAL MEETING TO INSTRUCT JUNIOR LAWYERS RE; CFTC REQUEST FOR INFORMATION (.3). | 0.30 |
| 02/16/99 | WIGGLESWORTH, TIMOTHY R. MEETING WITH MICHAEL PABST/ROMANIE HOLLINGWORTH IN CONNECTION WITH CFTC REQUEST. | 0.50 |
| 02/18/99 | WIGGLESWORTH, TIMOTHY R. DISCUSSING REQUEST FOR DISCOVERY WITH ROMANIE HOLLINGWORTH & EDWARD BLACK; PREPARING DOCUMENTS AND INVENTORY. | 3.00 |
| 02/19/99 | WIGGLESWORTH, TIMOTHY R. PREPARATION OF DOCUMENTS TO BE SENT AT REQUEST OF CFTC; MEETINGS WITH EDWARD BLACK, ROMANIE HOLLINGWORTH AND MICHAEL PABST; PREPARATION OF INVENTORY OF DOCUMENTS. | 6.00 |
| 02/23/99 | BLACK, EDWARD B. RE: CFTC DISCLOSURE; TELEPHONE CONVERSATION WITH T. KIRIAKOS; CONFERENCE WITH M. PABST. | 0.50 |
| 03/03/99 | FAHNER, TYRONE C. CALL AND CONFER WITH T. BURKE REGARDING ORGANIZATION, INVESTIGATION AND NEXT STEPS REGARDING PARK; ADDITIONAL ACCOUNTS; TULLETT & TOKYO RELATED ISSUES. | 0.50 |
| 03/07/99 | FAHNER, TYRONE C. CALL TO T. BURKE (LONDON) REGARDING STATUS OF J. PARK, ET AL INVESTIGATION; REVIEW MATERIALS WITH T. BURKE. | 0.80 |
| 03/08/99 | PETKOVIC, DENIS MEET WITH INVESTIGATOR. | 0.50 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

## DESCRIPTION OF LEGAL SERVICES
================================

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| 03/09/99 | FAHNER, TYRONE C.<br>CALL AND CONFER WITH T. BURKE REGARDING STATUS OF INVESTIGATION OF J. PARK, ET AL. | 0.50 |
| 03/16/99 | FAHNER, TYRONE C.<br>CALL FROM AND CONFER WITH T. BURKE REGARDING INVESTIGATION REPORT / STATUS. | 0.30 |
| 03/24/99 | PABST, MICHAEL J.<br>TELECON WITH KIRIAKOS RE PROPOSED COMPROMISE WITH GLH (.3); FOLLOWING UP RESEARCH ON ENGLISH INSOLVENCY LAW (.7). | 1.00 |
| 03/28/99 | FAHNER, TYRONE C.<br>REVIEW CORRESONDENCE AND MATERIALS M. MCDONNELL TO MISSNER / O'CONNEL REGARDING ARBITRATION AGAINST TULLET & TOKYO. | 0.30 |
| 03/29/99 | PABST, MICHAEL J.<br>MEMO TO GERMAN COUNSEL RE: CLAIM AGAINST TNT AND DISPUTE RESOLUTION UNDER EUREX RULES (.3). | 0.30 |
| 03/30/99 | PABST, MICHAEL J.<br>CONFERENCE CALL WITH FINBARR O'CONNELL AND STEPHENSON HARWOOD RE REPORTS TO US TRUSTEE (.5). | 0.50 |
| 03/31/99 | PABST, MICHAEL J.<br>PREPARING REPORT. | 4.00 |
| 04/06/99 | PABST, MICHAEL J.<br>COMPLETED REPORT TO TRUSTEE. | 3.00 |
| 04/07/99 | WESTLING, ANNIKA<br>PHONE CALL WITH SFO RE: REQUIREMENTS OF REPORT TO BE FILED BY LIQUIDATORS; RESEARCH ON PARTNERSHIP QUESTIONS. EUROPEAN CASE AND DICEY & MORRIS SECTION ON PREFERENCE PAYMENTS. | 6.00 |
| 04/07/99 | PABST, MICHAEL J.<br>AMEND REPORT. | 2.00 |
| 04/07/99 | KIRIAKOS, THOMAS S.<br>EXTENDED OFFICE CONFERENCES WITH PABST AND THEN WITH PABST AND PETKOVIC RE: DRAFT OF REPORT ON INVESTIGATION. | 2.40 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207                                                        PAGE:5
GRIFFIN TRADING COMPANY                               TYRONE C. FAHNER
BANKRUPTCY MATTER

DESCRIPTION OF LEGAL SERVICES
==============================

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| 04/07/99 | PETKOVIC, DENIS<br>DRAFT REPORT. | 4.00 |
| 04/08/99 | WESTLING, ANNIKA<br>RESEARCH ON THEFT ACT.   INTERFERENCE WITH CONTRACT AND<br>INTENTIONAL TORTS. | 8.00 |
| 04/08/99 | PABST, MICHAEL J.<br>DRAFTING REPORT AND MEET WITH T KIRIAKOS/CLIENT. | 8.00 |
| 04/08/99 | KIRIAKOS, THOMAS S.<br>FOLLOW-UP OFFICE CONFERENCES WITH PABST AND PETKOVIC RE:<br>REPORT ON INVESTIGATION. | 1.10 |
| 04/08/99 | PETKOVIC, DENIS<br>DRAFT REPORT. | 11.00 |
| 04/09/99 | KIRIAKOS, THOMAS S.<br>REVIEWED REVISED DRAFT OF REPORT ON INVESTIGATION; BEGAN<br>REVISING SAME. | 2.10 |
| 04/12/99 | KIRIAKOS, THOMAS S.<br>ADDITIONAL REVISIONS TO DRAFT INVESTIGATIVE REPORT. | 1.40 |
| 04/13/99 | KIRIAKOS, THOMAS S.<br>ADDITIONAL REVISIONS TO DRAFT INVESTIGATIVE REPORT. | 1.20 |
| 04/14/99 | KIRIAKOS, THOMAS S.<br>ADDITIONAL REVISIONS TO DRAFT OF REPORT ON INVESTIGATION. | 1.30 |
| 04/14/99 | FAHNER, TYRONE C.<br>E:MAILS FROM KIRIAKOS REGARDING BANKRUPTCY COURT HEARING,<br>MEIS PEERSON ISSUES; CALL FROM T. BURKE REGARDING REPORT<br>OF INVESTIGATION AND UPDATE. | 0.20 |
| 05/13/99 | PETKOVIC, DENIS<br>CONFERENCE WITH T.KIRIAKOS AND M.PABST; REVIEW REPORT<br>STATUS. | 1.00 |
| 05/13/99 | KIRIAKOS, THOMAS S.<br>REVISIONS TO DRAFT REPORT TO TRUSTEE ON PARK TRADES;<br>FOLLOW-UP TELEPHONE CALLS RE SAME. | 8.20 |
| 05/14/99 | KIRIAKOS, THOMAS S. | 0.10 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207
GRIFFIN TRADING COMPANY                                    TYRONE C. FAHNER
BANKRUPTCY MATTER

DESCRIPTION OF LEGAL SERVICES
==============================

| DATE | TIMEKEEPER | HOURS |
|---|---|---|
| | TELEPHONE CALL WITH BETH DURBIN OF CFTC RE: STATUS OF REPORT. | |
| 05/14/99 | KIRIAKOS, THOMAS S.<br>ADDITIONAL REVISIONS TO DRAFT REPORT TO TRUSTEE ON PARK TRADES. | 6.20 |
| 05/15/99 | KIRIAKOS, THOMAS S.<br>REVISIONS TO DRAFT REPORT TO TRUSTEE ON PARK TRADES. | 5.40 |
| 05/17/99 | KIRIAKOS, THOMAS S.<br>TELEPHONE CALL WITH JANICE DUBON OF RUDNICK & WOLFE RE: STATUS OF REPORT. | 0.10 |
| 05/17/99 | KIRIAKOS, THOMAS S.<br>REVISIONS TO DRAFT REPORT TO TRUSTEE ON PARK TRADES. | 7.60 |
| 05/18/99 | BLACK, EDWARD B.<br>REVIEW AND COMMENT ON REPORT TO TRUSTEE AND CONFER WITH MP. | 1.50 |
| 05/18/99 | PABST, MICHAEL J.<br>REVIEW TRUSTEE'S REPORT AND COMMENTS OF TK. | 1.00 |
| 05/18/99 | PETKOVIC, DENIS<br>CONFERENCE WITH T.KIRIAKOS AND M.PASBT AND REVIEW REPORT. | 3.50 |
| 05/19/99 | PETKOVIC, DENIS<br>REVIEW DRAFT. | 1.00 |
| 05/20/99 | PABST, MICHAEL J.<br>LENGHTY TELECON WITH KIRIAKOS RE REPORT.  AMEND REPORT. | 3.00 |
| 05/20/99 | KIRIAKOS, THOMAS S.<br>PREPARED FOR AND PARTICIPATED IN CONFERENCE CALL WITH PABST/PETKOVIC RE: REVISED DRAFT OF TRUSTEE'S REPORT. | 2.50 |
| 05/23/99 | KIRIAKOS, THOMAS S.<br>CONTINUED REVISING DRAFTOF TRUSTEE'S REPORT ON PARK TRADES. | 6.60 |
| 05/24/99 | FAHNER, TYRONE C.<br>MEET AND CONFER WITH T. KIRIAKOS; REVIEW DRAFT REPORT. | 0.30 |
| 05/24/99 | KIRIAKOS, THOMAS S. | 3.40 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

TYRONE C. FAHNER

DESCRIPTION OF LEGAL SERVICES
=============================

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| | WORK ON REPORT TO TRUSTEE ON PARK TRADES. | |
| 05/24/99 | PABST, MICHAEL J.<br>REVIEW FURTHER DRAFT OF REPORT AND COMMENT ON SAME. | 1.50 |
| 05/25/99 | PETKOVIC, DENIS<br>REVIEW REPORT AND DELIVER SAME TO PABST. | 2.00 |
| 05/26/99 | KIRIAKOS, THOMAS S.<br>MATTERS RELATING TO TRUSTEE'S REPORT. | 2.80 |
| 05/27/99 | KIRIAKOS, THOMAS S.<br>ADDITIONAL WORK ON DRAFT REPORT, INCLUDING REVISIONS TO SAME AND TELEPHONE CALLS (E.G., PABST, FAHNER, ETC.) RE: SAME OR MATTERS RELATING TO SAME. | 4.70 |
| 05/28/99 | KIRIAKOS, THOMAS S.<br>COMPLETED FIRST DRAFT OF REPORT TO TRUSTEE ON PARK TRADES. | 4.80 |
| 05/28/99 | KIRIAKOS, THOMAS S.<br>TELEPHONE CONFERENCE WITH MEESPIERSON COUNSEL (KRAKAUER) RE: STATUS OF SETTLEMENT (.20) TELEPHONE CONFERENCE WITH TRUSTEE'S COUNSEL (DUBAN) RE STATUS OF REPORT. | 0.30 |
| 06/01/99 | KIRIAKOS, THOMAS S.<br>TELEPHONE CALL WITH MEESPIERSON LAWYER RE: HIS KNOWLEDGE OF PRESENT T&T SITUATION (.10); TELEPHONE CALL WITH JANICE DUBAN CONFIRMING RECEIPT OF DRAFT REPORT (.10). | 0.20 |
| 06/04/99 | KIRIAKOS, THOMAS S.<br>TELEPHONE CONFERENCE WITH MISSNER RE: UK LIQUIDATORS' REVIEW OF DRAFT REPORT TO TRUSTEE ON PARK TRADES; TELEPHONE CONFERENCE WITH PABST RE: SAME. | 0.20 |
| 06/08/99 | KIRIAKOS, THOMAS S.<br>TELEPHONE CALL WITH PABST RE: ACTIONS TO BE TAKEN NOW INVESTIGATION HAS BEEN COMPLETED. | 0.20 |
| 06/09/99 | PABST, MICHAEL J.<br>MEMO TO TF AND TK RE NEW INFORMATION ON GILBERT AFFIDAVITS. | 1.00 |
| 06/10/99 | FAHNER, TYRONE C.<br>CALL TO M. PABST (VM); T. KIRIAKOS (VM); REVIEW MATERIALS | 0.30 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207                                                    PAGE:8
GRIFFIN TRADING COMPANY                           TYRONE C. FAHNER
BANKRUPTCY MATTER

DESCRIPTION OF LEGAL SERVICES
==============================

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| | FROM KIRIAKOS. | |
| 06/11/99 | PABST, MICHAEL J.<br>DRAFT S.236 NOTICE TO T&T TO PROVIDE DOCUMENTS. | 0.50 |
| 06/17/99 | FAHNER, TYRONE C.<br>MEET AND CONFER WITH PABST AND PETKOV REGARDING STATUS<br>AND STRATEGY. | 0.80 |
| 06/17/99 | PETKOVIC, DENIS<br>CONFERENCE WITH T.FAHNER. | 0.80 |
| 06/17/99 | PABST, MICHAEL J.<br>MEET TY FAHNER TO DISCUSS PROGRESS. | 0.80 |
| 07/15/99 | PABST, MICHAEL J.<br>MEMO TO TF AND TK UPDATING. | 1.50 |
| 08/03/99 | KIRIAKOS, THOMAS S.<br>MATTERS RELATING TO COMPILING AND FINALIZING TRUSTEE'S<br>REPORT. | 0.20 |
| 08/05/99 | KIRIAKOS, THOMAS S.<br>WORK ON COMPILING FINAL VERSION OF REPORT; DRAFT<br>TRANSMITTAL LETTER RE: SAME. | 0.30 |
| 08/06/99 | KIRIAKOS, THOMAS S.<br>TRANSMITTAL LETTER TO INSKEEP RE: FINAL VERSION OF FINAL<br>REPORT. | 0.30 |
| 09/13/99 | KIRIAKOS, THOMAS S.<br>LETTERS TO IGI AND DUBAN RE: NOTES FOR UNDERLYING<br>INTERVIEWS. | 0.20 |
| 09/24/99 | KIRIAKOS, THOMAS S.<br>OFFICE CONFERENCE WITH T. FAHNER RE: STATUS OF MATTER. | 0.20 |
| 09/28/99 | KIRIAKOS, THOMAS S.<br>LETTER TO JANICE DUBAN TRANSMITTING IGI INTERVIEW NOTES. | 0.10 |
| 09/30/99 | KIRIAKOS, THOMAS S.<br>MEETING WITH TRUSTEE, MESSNER AND FAHNER REGARDING STATUS<br>OF CLAIM AGAINST T&T AND OVERALL CASE. | 1.00 |
| 09/30/99 | FAHNER, TYRONE C. | 1.30 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207                                                          PAGE:9
GRIFFIN TRADING COMPANY                              TYRONE C. FAHNER
BANKRUPTCY MATTER

DESCRIPTION OF LEGAL SERVICES
==============================

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| | MEET AND CONFER WITH MISSNER, LEROY AND KIRIAKOS REGARDING STATUS AND STRATEGY OF WIND UP; SAGE AND MEIS PIERSON ISSUES. | |
| 10/08/99 | KIRIAKOS, THOMAS S. REVIEW OF LETTER FROM MISSNER; TELEPHONE CALL WITH MISSNER RE: SAME; SENT SAME TO PABST AND TELEPHONE CALL WITH PABST RE: SAME. | 0.20 |

TOTAL     169.00

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207                                                                    PAGE:10
GRIFFIN TRADING COMPANY                                        TYRONE C. FAHNER
BANKRUPTCY MATTER

## OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JAN 11/99 | DOCUMENT REPRODUCTION - CHICAGO | 2.40 |
| JAN 13/99 | TELEPHONE - CHICAGO COUNTRY:44  (441)712-4662   UNITED KIN | 19.58 |
| JAN 13/99 | DOCUMENT REPRODUCTION - CHICAGO | 1.95 |
| JAN 14/99 | DOCUMENT REPRODUCTION - CHICAGO | 34.65 |
| JAN 14/99 | DOCUMENT REPRODUCTION - CHICAGO | 15.00 |
| JAN 14/99 | FACSIMILE TRANSMISSION - CHICAGO CALL PLACED TO 011441713294 | 7.86 |
| JAN 14/99 | FACSIMILE TRANSMISSION - CHICAGO CALL PLACED TO 011441713294 | 7.86 |
| JAN 15/99 | DOCUMENT REPRODUCTION - CHICAGO | 4.05 |
| JAN 15/99 | DOCUMENT REPRODUCTION - CHICAGO | 52.65 |
| JAN 15/99 | AUTOMATED RESEARCH - CHICAGO LEXIS RESEARCH PERFORMED BY A   CONNOR | 154.50 |
| JAN 15/99 | TELEPHONE - CHICAGO (202)778-8738   WASHINGTON   DC | 3.43 |
| JAN 19/99 | DOCUMENT REPRODUCTION - CHICAGO | 8.55 |
| JAN 19/99 | DOCUMENT REPRODUCTION - CHICAGO | 0.45 |
| JAN 19/99 | DOCUMENT REPRODUCTION - CHICAGO | 11.40 |
| JAN 20/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 7.35 |
| JAN 20/99 | DOCUMENT REPRODUCTION - CHICAGO | 12.75 |
| JAN 21/99 | DOCUMENT REPRODUCTION - CHICAGO | 26.40 |
| JAN 27/99 | TELEPHONE - LONDON 20.1.99 | 2.81 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207                                                      PAGE:11
GRIFFIN TRADING COMPANY                              TYRONE C. FAHNER
BANKRUPTCY MATTER

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JAN 29/99 | DOCUMENT REPRODUCTION - LONDON | 2.56 |
| JAN 29/99 | DOCUMENT REPRODUCTION - CHICAGO | 0.60 |
| JAN 29/99 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 2367516 | 5.00 |
| JAN 30/99 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 011441713737841 | 8.00 |
| FEB 02/99 | TELEPHONE - LONDON<br>21.1.99 | 51.80 |
| FEB 02/99 | TELEPHONE - LONDON<br>25.1.99 | 30.66 |
| FEB 02/99 | DOCUMENT REPRODUCTION - CHICAGO | 16.35 |
| FEB 04/99 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 011441713294 | 6.74 |
| FEB 15/99 | TELEPHONE - LONDON<br>11.2.99 | 2.04 |
| FEB 15/99 | TELEPHONE - LONDON<br>26.1.99 | 27.29 |
| FEB 15/99 | TELEPHONE - LONDON<br>9.2.99 | 21.57 |
| FEB 15/99 | TELEPHONE - LONDON<br>5.2.99 | 0.86 |
| FEB 18/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 4.47 |
| FEB 19/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 13.41 |
| FEB 19/99 | DOCUMENT REPRODUCTION - LONDON | 82.40 |
| FEB 19/99 | DOCUMENT REPRODUCTION - LONDON | 11.25 |
| FEB 19/99 | DOCUMENT REPRODUCTION - LONDON | 332.15 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

PAGE:12
TYRONE C. FAHNER

## OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| FEB 22/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 4.43 |
| FEB 24/99 | DOCUMENT DELIVERY - CHICAGO MESSENGER CHICAGO MESSENGER-DOCUMENTS DELIVERED TO CHICAGO | 5.50 |
| FEB 24/99 | DOCUMENT DELIVERY-LONDON INV#: 2012178   VENDOR:MPC LOGISTICS TO CHICAGO | 84.08 |
| FEB 24/99 | DOCUMENT REPRODUCTION - CHICAGO | 35.25 |
| FEB 26/99 | TELEPHONE - CHICAGO (303)838-7632   BAILEY         CO | 6.00 |
| FEB 26/99 | DOCUMENT REPRODUCTION - CHICAGO FAHNER | 83.55 |
| FEB 26/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 23.43 |
| FEB 26/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 74.43 |
| FEB 26/99 | DOCUMENT REPRODUCTION - LONDON AP | 13.81 |
| FEB 28/99 | PROFESSIONAL SERVICES INV#: MBP04117-002 VENDOR:INVESTIGATIVE GROUP INTERNATIO -  FEE FOR SERVICES RENDERED | 6379.58 |
| MAR 01/99 | DOCUMENT REPRODUCTION - CHICAGO | 13.20 |
| MAR 03/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 8.82 |
| MAR 04/99 | DOCUMENT DELIVERY - CHICAGO MESSENGER CHICAGO MESSENGER-DOCUMENTS DELIVERED TO CHICAGO | 15.00 |
| MAR 04/99 | DOCUMENT REPRODUCTION - CHICAGO | 0.75 |
| MAR 04/99 | FACSIMILE TRANSMISSION - CHICAGO | 6.74 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207                                                              PAGE:13
GRIFFIN TRADING COMPANY                                     TYRONE C. FAHNER
BANKRUPTCY MATTER

OTHER CHARGES
=============

DATE                    DESCRIPTION                          AMOUNT

         CALL PLACED TO 011441713294

MAR 05/99 TELEPHONE - LONDON                                   1.88
          4.3.99

MAR 05/99 DOCUMENT REPRODUCTION - CHICAGO                      1.50

MAR 05/99 DOCUMENT REPRODUCTION - CHICAGO                      3.00

MAR 07/99 OUTSIDE COURIER                                      5.25
          INV#: 0307990863   VENDOR:COMET
          MESSENGER -  DOCUMENTS DELIVERED TO
          CHICAGO,IL

MAR 11/99 DOCUMENT REPRODUCTION - CHICAGO                      0.15

MAR 15/99 DOCUMENT DELIVERY - CHICAGO MESSENGER               5.50
          CHICAGO MESSENGER-DOCUMENTS DELIVERED
          TO CHICAGO

MAR 15/99 DOCUMENT REPRODUCTION - CHICAGO                      1.35

MAR 25/99 FACSIMILE TRANSMISSION - LONDON                      5.64
          CALL PLACED TO  0013127068232

MAR 25/99 FACSIMILE TRANSMISSION - LONDON                      8.94
          CALL PLACED TO  0013127017711

MAR 30/99 DOCUMENT REPRODUCTION - LONDON                      77.82

MAR 30/99 FACSIMILE TRANSMISSION - LONDON                     12.09
          CALL PLACED TO  0013127017711

MAR 30/99 DOCUMENT REPRODUCTION - LONDON                       1.79

APR 05/99 DOCUMENT REPRODUCTION - CHICAGO                      0.15

APR 05/99 FACSIMILE TRANSMISSION - LONDON                     56.83
          CALL PLACED TO  0013127017711

APR 05/99 DOCUMENT REPRODUCTION - LONDON                       9.34
          AP

APR 05/99 DOCUMENT REPRODUCTION - LONDON                       1.44
          AP

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207                                                    PAGE:14
GRIFFIN TRADING COMPANY                          TYRONE C. FAHNER
BANKRUPTCY MATTER

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| APR 05/99 | DOCUMENT REPRODUCTION - LONDON AP | 30.17 |
| APR 05/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 84.79 |
| APR 06/99 | DOCUMENT REPRODUCTION - LONDON | 9.22 |
| APR 06/99 | DOCUMENT REPRODUCTION - CHICAGO | 0.30 |
| APR 06/99 | DOCUMENT REPRODUCTION - CHICAGO | 0.30 |
| APR 06/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013129171707 | 2.76 |
| APR 06/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013129171707 | 10.35 |
| APR 06/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013129171707 | 2.76 |
| APR 06/99 | DOCUMENT REPRODUCTION - LONDON | 47.18 |
| APR 06/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 56.13 |
| APR 07/99 | DOCUMENT REPRODUCTION - CHICAGO | 3.90 |
| APR 07/99 | DOCUMENT REPRODUCTION - CHICAGO | 3.60 |
| APR 07/99 | DOCUMENT REPRODUCTION - CHICAGO | 3.60 |
| APR 07/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 10.29 |
| APR 07/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0019056775073 | 57.39 |
| APR 07/99 | FACSIMILE TRANSMISSION - LONDON CALL PLACED TO  0013127017711 | 7.08 |
| APR 07/99 | DOCUMENT REPRODUCTION - CHICAGO | 0.45 |
| APR 07/99 | DOCUMENT REPRODUCTION - CHICAGO | 0.45 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207                                                         PAGE:15
GRIFFIN TRADING COMPANY                              TYRONE C. FAHNER
BANKRUPTCY MATTER

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| APR 07/99 | DOCUMENT REPRODUCTION - LONDON<br>ALW | 2.12 |
| APR 07/99 | TELEPHONE - LONDON<br>06.04.99 | 1.81 |
| APR 07/99 | TELEPHONE - LONDON<br>06.04.99 | 5.32 |
| APR 08/99 | DOCUMENT REPRODUCTION - CHICAGO | 2.10 |
| APR 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 8.77 |
| APR 08/99 | DOCUMENT REPRODUCTION - CHICAGO | 4.95 |
| APR 08/99 | DOCUMENT REPRODUCTION - LONDON | 17.08 |
| APR 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 15.45 |
| APR 08/99 | TELEPHONE - LONDON<br>07.04.99 | 1.05 |
| APR 08/99 | DOCUMENT REPRODUCTION - CHICAGO | 5.55 |
| APR 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 5.53 |
| APR 08/99 | DOCUMENT REPRODUCTION - CHICAGO | 5.10 |
| APR 08/99 | DOCUMENT REPRODUCTION - LONDON | 3.91 |
| APR 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 10.38 |
| APR 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 89.97 |
| APR 08/99 | TELEPHONE - CHICAGO<br>COUNTRY:44   (441)716-3068   UNITED KIN | 14.77 |
| APR 08/99 | TELEPHONE - CHICAGO | 1.74 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207                                                    TYRONE C. FAHNER
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

## OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | COUNTRY:44   (441)717-1031   UNITED KIN | |
| APR 08/99 | TELEPHONE - CHICAGO | 16.51 |
| | COUNTRY:44   (441)712-4662   UNITED KIN | |
| APR 09/99 | DOCUMENT REPRODUCTION - LONDON | 54.09 |
| APR 09/99 | TELEPHONE - LONDON | 1.83 |
| | 08.04.99 | |
| APR 09/99 | FACSIMILE TRANSMISSION - CHICAGO | 5.00 |
| | CALL PLACED TO 011441713294465 | |
| APR 09/99 | FACSIMILE TRANSMISSION - LONDON | 26.30 |
| | CALL PLACED TO  0013129171707 | |
| APR 12/99 | DOCUMENT REPRODUCTION - CHICAGO | 1.50 |
| | DOCUMENT REPRDCT - CHICAGO | |
| APR 13/99 | DOCUMENT REPRODUCTION - CHICAGO | 1.20 |
| | DOCUMENT REPRDCT - CHICAGO | |
| APR 13/99 | DOCUMENT REPRODUCTION - CHICAGO | 1.50 |
| | DOCUMENT REPRDCT - CHICAGO | |
| APR 13/99 | FACSIMILE TRANSMISSION - CHICAGO | 15.40 |
| | FAX TO 011441715887219 - FACSIMILE | |
| | TRANS.-CHICAGO | |
| APR 13/99 | FACSIMILE TRANSMISSION - CHICAGO | 16.00 |
| | FAX TO 011441715887219 - FACSIMILE | |
| | TRANS.-CHICAGO | |
| APR 16/99 | FACSIMILE TRANSMISSION - LONDON | 24.02 |
| | CALL PLACED TO  0013127017711 | |
| APR 16/99 | FACSIMILE TRANSMISSION - LONDON | 24.02 |
| | CALL PLACED TO  0013127017711 | |
| APR 20/99 | DOCUMENT REPRODUCTION - LONDON | 10.01 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

PAGE:17
TYRONE C. FAHNER

98511207
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| APR 20/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 30.62 |
| APR 26/99 | PROFESSIONAL SERVICES<br>INV#: 002A   VENDOR:INVESTIGATIVE GROUP<br>INTERNATIO -            FEE FOR SERVICES<br>RENDERED | 14940.53 |
| APR 26/99 | TELEPHONE - LONDON<br>INV#: CHIT 31   VENDOR:AMERICAN EXPRESS<br>(TELEPHONE CALLS) | 59.57 |
| MAY 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127069105 | 70.68 |
| MAY 11/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 0.75 |
| MAY 11/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 1.50 |
| MAY 11/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 6.00 |
| MAY 11/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 0.30 |
| MAY 13/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 16.95 |
| MAY 13/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 9.60 |
| MAY 14/99 | TELEPHONE - LONDON<br>13.05.99 | 7.19 |
| MAY 14/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 6.30 |
| MAY 17/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 0.30 |
| MAY 17/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 1.05 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

PAGE:18
98511207                                                    TYRONE C. FAHNER
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAY 17/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 2.85 |
| MAY 17/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 0.60 |
| MAY 18/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 9.00 |
| MAY 18/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 3.15 |
| MAY 18/99 | FACSIMILE TRANSMISSION - CHICAGO<br>FAX TO 011441713294 - FACSIMILE<br>TRANS.-CHICAGO | 12.20 |
| MAY 18/99 | FACSIMILE TRANSMISSION - CHICAGO<br>FAX TO 417132940465 - FACSIMILE<br>TRANS.-CHICAGO | 45.50 |
| MAY 18/99 | FACSIMILE TRANSMISSION - CHICAGO<br>FAX TO 417132940465 - FACSIMILE<br>TRANS.-CHICAGO | 9.00 |
| MAY 18/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 7.23 |
| MAY 19/99 | FACSIMILE TRANSMISSION - CHICAGO<br>FAX TO 011441713294 - FACSIMILE<br>TRANS.-CHICAGO | 5.60 |
| MAY 20/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 0.45 |
| MAY 20/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 149.32 |
| MAY 20/99 | DOCUMENT REPRODUCTION - LONDON | 30.08 |
| MAY 20/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 25.31 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

PAGE:19
TYRONE C. FAHNER

## OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAY 20/99 | DOCUMENT REPRODUCTION - LONDON | 11.46 |
| MAY 21/99 | DOCUMENT REPRODUCTION - LONDON | 12.47 |
| MAY 21/99 | TELEPHONE - LONDON<br>20.05.99 | 2.11 |
| MAY 22/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711000 | 79.83 |
| MAY 24/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 0.30 |
| MAY 24/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 0.15 |
| MAY 24/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 17.70 |
| MAY 24/99 | FACSIMILE TRANSMISSION - CHICAGO<br>FAX TO 101144171329 - FACSIMILE<br>TRANS.-CHICAGO | 49.00 |
| MAY 24/99 | FACSIMILE TRANSMISSION - CHICAGO<br>FAX TO 101144171329 - FACSIMILE<br>TRANS.-CHICAGO | 49.00 |
| MAY 24/99 | FACSIMILE TRANSMISSION - CHICAGO<br>FAX TO 101144171329 - FACSIMILE<br>TRANS.-CHICAGO | 49.00 |
| MAY 24/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 25.07 |
| MAY 24/99 | DOCUMENT REPRODUCTION - LONDON | 3.19 |
| MAY 24/99 | DOCUMENT REPRODUCTION - LONDON | 23.06 |
| MAY 24/99 | DOCUMENT DELIVERY - CHICAGO MESSENGER<br>CHICAGO MESSENGER-DOCUMENTS DELIVERED<br>TO CHICAGO | 120.66 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207                                                          PAGE:20
GRIFFIN TRADING COMPANY                                  TYRONE C. FAHNER
BANKRUPTCY MATTER

## OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAY 25/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 8.25 |
| MAY 25/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 48.20 |
| MAY 25/99 | DOCUMENT REPRODUCTION - LONDON | 7.08 |
| MAY 25/99 | DOCUMENT REPRODUCTION - LONDON | 46.40 |
| MAY 25/99 | DOCUMENT REPRODUCTION - LONDON | 33.65 |
| MAY 25/99 | DOCUMENT REPRODUCTION - LONDON | 44.28 |
| MAY 26/99 | DOCUMENT REPRODUCTION - LONDON | 18.83 |
| MAY 26/99 | DOCUMENT REPRODUCTION - LONDON | 27.36 |
| MAY 27/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 4.35 |
| MAY 27/99 | FACSIMILE TRANSMISSION - CHICAGO<br>FAX TO 011441713294 - FACSIMILE<br>TRANS.-CHICAGO | 8.20 |
| MAY 27/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 0.45 |
| MAY 27/99 | FACSIMILE TRANSMISSION - CHICAGO<br>FAX TO 011441713294465 - FACSIMILE<br>TRANS.-CHICAGO | 59.10 |
| MAY 27/99 | DOCUMENT DELIVERY-OUTSIDE<br>INV#: 05169900863   VENDOR:COMET<br>MESSENGER - DOCUMENTS SHIPPED ON<br>5/11/99 | 5.25 |
| MAY 27/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 8.69 |
| MAY 27/99 | AUTOMATED RESEARCH - CHICAGO<br>WESTLAW RESEARCH PERFORMED BY | 45.69 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207                                                          PAGE:21
GRIFFIN TRADING COMPANY                                  TYRONE C. FAHNER
BANKRUPTCY MATTER

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | CONNOR,ANDREW A | |
| MAY 28/99 | TELEPHONE - CHICAGO<br>COUNTRY:44  (441)712-4662    UNITED KIN | 1.74 |
| MAY 28/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 1.05 |
| MAY 28/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 0.90 |
| MAY 28/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 0.75 |
| MAY 28/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 77.55 |
| MAY 28/99 | FACSIMILE TRANSMISSION - CHICAGO<br>FAX TO 011441713294 - FACSIMILE<br>TRANS.-CHICAGO | 9.20 |
| MAY 28/99 | FACSIMILE TRANSMISSION - CHICAGO<br>FAX TO 41713294465 - FACSIMILE<br>TRANS.-CHICAGO | 46.00 |
| MAY 28/99 | DOCUMENT DELIVERY - CHICAGO MESSENGER<br>CHICAGO MESSENGER-DOCUMENTS DELIVERED<br>TO CHICAGO | 22.50 |
| MAY 28/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 53.40 |
| MAY 28/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 0.15 |
| MAY 28/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 7.11 |
| MAY 28/99 | TELEPHONE - CHICAGO<br>COUNTRY:44  (441)712-4662 | 4.35 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

PAGE:22
TYRONE C. FAHNER

98511207
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAY 28/99 | DOCUMENT REPRODUCTION - LONDON | 0.71 |
| MAY 28/99 | TELEPHONE - CHICAGO<br>COUNTRY:44   (441)712-4662 | 2.61 |
| JUN 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 4.38 |
| JUN 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013122367516 | 5.52 |
| JUN 07/99 | DOCUMENT REPRODUCTION - CHICAGO<br>DOCUMENT REPRDCT - CHICAGO | 0.60 |
| JUN 21/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 35.78 |
| JUN 21/99 | PROFESSIONAL SERVICES<br>INV#: 003A   VENDOR:INVESTIGATIVE GROUP<br>INTERNATIO - FEE FOR SERVICES RENDERED | 561.41 |
| JUN 29/99 | TELEPHONE - LONDON<br>24.3.99 | 12.11 |
| AUG 03/99 | DOCUMENT REPRODUCTION - CHICAGO | 12.75 |
| AUG 03/99 | DOCUMENT REPRODUCTION - CHICAGO | 177.45 |
| AUG 03/99 | DOCUMENT REPRODUCTION - CHICAGO | 14.85 |
| AUG 03/99 | DOCUMENT REPRODUCTION - CHICAGO | 223.80 |
| AUG 04/99 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 13038386513 | 8.00 |
| AUG 05/99 | DOCUMENT REPRODUCTION - CHICAGO | 82.50 |
| AUG 05/99 | DOCUMENT REPRODUCTION - CHICAGO | 9.30 |
| AUG 06/99 | DOCUMENT BINDING-CHICAGO<br>BINDING CHARGES<br>KIRIAKOS | 2.50 |
| AUG 06/99 | DOCUMENT BINDING-CHICAGO | 32.50 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

PAGE:24
TYRONE C. FAHNER

98511207
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| AUG 11/99 | DOCUMENT REPRODUCTION - CHICAGO | 30.45 |
| AUG 11/99 | DOCUMENT BINDING-CHICAGO<br>BINDING CHARGES<br>KIRIAKOS | 2.88 |
| AUG 11/99 | DOCUMENT BINDING-CHICAGO<br>BINDING CHARGES<br>CONNOR | 10.00 |
| SEP 08/99 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 011441713294 | 4.00 |
| SEP 08/99 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 2367516 | 3.00 |
| SEP 13/99 | DOCUMENT REPRODUCTION - CHICAGO | 0.60 |
| SEP 13/99 | DOCUMENT REPRODUCTION - CHICAGO | 0.30 |
| SEP 16/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 50.22 |
| OCT 03/99 | DOCUMENT DELIVERY-OUTSIDE<br>INV#: 10039900863  VENDOR:COMET<br>MESSENGER -  DOCUMENTS SHIPPED ON<br>09/29/99 TO CHICAGO IL | 2.62 |
| OCT 08/99 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 011441713294 | 2.60 |
| OCT 27/99 | DOCUMENT REPRODUCTION - LONDON | 0.37 |
| OCT 27/99 | DOCUMENT DELIVERY-LONDON<br>NW1 INV#: 38594  VENDOR:C.F.P.<br>COURIERS LTD | 9.81 |
| NOV 03/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 9.01 |
| NOV 03/99 | DOCUMENT REPRODUCTION - LONDON | 1.10 |
| NOV 11/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834077 | 11.97 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

PAGE:25
TYRONE C. FAHNER

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| NOV 11/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  4109217 | 12.14 |
| NOV 11/99 | DOCUMENT REPRODUCTION - LONDON | 2.16 |
| NOV 11/99 | DOCUMENT REPRODUCTION - LONDON | 0.72 |
| NOV 12/99 | DOCUMENT REPRODUCTION - LONDON | 0.72 |
| NOV 17/99 | DOCUMENT REPRODUCTION - CHICAGO | 1.80 |
| NOV 17/99 | DOCUMENT REPRODUCTION - CHICAGO | 111.15 |
| NOV 17/99 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 011441713294465 | 30.00 |
| NOV 17/99 | DOCUMENT REPRODUCTION - CHICAGO | 4.35 |
| NOV 17/99 | DOCUMENT REPRODUCTION - CHICAGO | 0.90 |
| NOV 17/99 | DOCUMENT BINDING-CHICAGO<br>BINDING CHARGES | 2.50 |
| DEC 01/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 7.14 |
| DEC 02/99 | DOCUMENT REPRODUCTION - LONDON | 2.13 |
| DEC 03/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  004969746539 | 4.72 |
| JAN 11/00 | DOCUMENT REPRODUCTION - CHICAGO | 1.80 |
| JAN 28/00 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 011441713294 | 5.20 |
| FEB 28/00 | DOCUMENT REPRODUCTION - CHICAGO | 7.80 |
| FEB 28/00 | DOCUMENT REPRODUCTION - CHICAGO | 31.35 |
| MAY 01/00 | DOCUMENT REPRODUCTION - CHICAGO | 2.85 |
| MAY 11/00 | DOCUMENT REPRODUCTION - CHICAGO | 10.05 |
| MAY 16/00 | FACSIMILE TRANSMISSION - LONDON | 3.20 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

PAGE:26
TYRONE C. FAHNER

98511207
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | CALL PLACED TO 0013127017711 | |
| JUN 27/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.45 |
| JUN 27/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.15 |
| JUL 28/00 | FACSIMILE TRANSMISSION - CHICAGO CALL PLACED TO 2367516 | 2.00 |
| JUL 31/00 | DOCUMENT REPRODUCTION - CHICAGO | 2.10 |
| JUL 31/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.15 |
| JUL 31/00 | DOCUMENT REPRODUCTION - CHICAGO | 1.80 |
| AUG 02/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.15 |
| AUG 02/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.15 |
| AUG 02/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.15 |
| AUG 02/00 | DOCUMENT REPRODUCTION - CHICAGO | 3.30 |
| AUG 02/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.15 |
| AUG 02/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.30 |
| AUG 02/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.60 |
| AUG 02/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.15 |
| AUG 07/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.60 |
| AUG 07/00 | FACSIMILE TRANSMISSION - CHICAGO CALL PLACED TO 2367516 | 2.00 |
| AUG 08/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.15 |
| AUG 09/00 | DOCUMENT REPRODUCTION - CHICAGO | 1.35 |
| AUG 09/00 | DOCUMENT REPRODUCTION - CHICAGO | 1.80 |
| AUG 11/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.60 |
| AUG 11/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.45 |

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

98511207                                                        TYRONE C. FAHNER
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

OTHER CHARGES
=============

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| AUG 11/00 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 2367516 | 4.00 |
| AUG 11/00 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 011442073294 | 5.20 |
| AUG 12/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.45 |
| AUG 12/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.60 |
| AUG 12/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.45 |
| AUG 14/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.15 |
| AUG 14/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.30 |
| AUG 14/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.15 |
| OCT 11/00 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 6307399 | 2.00 |
| OCT 11/00 | FACSIMILE TRANSMISSION - CHICAGO<br>CALL PLACED TO 011441713294 | 7.40 |
| NOV 17/00 | DOCUMENT REPRODUCTION - CHICAGO | 3.30 |
| NOV 17/00 | DOCUMENT REPRODUCTION - CHICAGO | 2.55 |
| NOV 21/00 | DOCUMENT REPRODUCTION - CHICAGO | 17.25 |
| NOV 29/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.15 |
| NOV 29/00 | DOCUMENT REPRODUCTION - CHICAGO | 3.30 |
| NOV 30/00 | DOCUMENT REPRODUCTION - CHICAGO | 0.15 |

TOTAL OTHER CHARGES   $26,946.77

MAYER, BROWN & PLATT
NOVEMBER 30, 2000

PAGE:28
TYRONE C. FAHNER

98511207
GRIFFIN TRADING COMPANY
BANKRUPTCY MATTER

| TIMEKEEPER & COST SUMMARY | HOURS | AMOUNT | OTHER CHARGES |
|---|---|---|---|
| WESTLING, ANNIKA | 14.00 | 3,150.00 | |
| BLACK, EDWARD B. | 5.50 | 2,035.00 | |
| PETKOVIC, DENIS | 23.80 | 12,050.00 | |
| FAHNER, TYRONE C. | 13.60 | 6,865.00 | |
| WIGGLESWORTH, TIMOTHY R | 11.00 | 1,485.00 | |
| PABST, MICHAEL J. | 29.00 | 10,100.00 | |
| KIRIAKOS, THOMAS S. | 72.10 | 25,255.00 | |
| TOTAL TIME | 169.00 | 60,940.00 | |
| PROFESSIONAL SERVICES | | | 21,881.52 |
| OUTSIDE COURIER | | | 5.25 |
| AUTOMATED RESEARCH - CHICAGO | | | 154.50 |
| WESTLAW - CHICAGO | | | 45.69 |
| DOCUMENT REPRDCT - CHICAGO | | | 1,488.00 |
| DOCUMENT REPRDCT - LONDON | | | 972.11 |
| DOCUMENT DELIVERY-OUTSIDE | | | 7.87 |
| DOCUMENT DELIVERY-LONDON | | | 93.89 |
| DOCUMENT DELIVERY-CHICAGO MESS | | | 199.16 |
| DOCUMENT BINDING-CHICAGO | | | 50.38 |
| TELEPHONE - CHICAGO | | | 70.73 |
| TELEPHONE - LONDON | | | 229.90 |
| FACSIMILE TRANS.-CHICAGO | | | 495.80 |
| FACSIMILE TRANS.-LONDON | | | 1,251.97 |
| ITEMIZED DETAIL | | | 26,946.77 |

NET COMBINED TIME & OTHER CHARGES                    87,886.77

Exhibit

E

# MAYER, BROWN & PLATT

BUCKLERSBURY HOUSE

3, QUEEN VICTORIA STREET

LONDON, EC4N 8EL, ENGLAND

**DENIS PETKOVIC**
DIRECT DIAL 0171-246-6207
dpetkovic@mayerbrown.com

MAIN TELEPHONE
0171-246-6200
MAIN FAX
0171-329-4465

## INVOICE

Our Ref: 9925848
VAT Registration No: 24407053070
File No: 99512261

Accounting Date: April 9, 1999
Bill Date: June 2, 1999

Finbarr O'Connell
Joint Liquidator, Griffin Trading Company
c/o Grant Thornton
Grant Thornton House
Melton Street
Euston Square
London NW1 2EP

Re: <u>General Advice</u>

FOR PROFESSIONAL SERVICES
RENDERED in connection with the above referenced
matter for the period ending 17 February, 1999 including:

*Re: Park/GLH (Derivatives) Limited -*

attending meetings with the SFA, LIFFE and, Stephenson
Harwood relating to claims against third parties (12
January), meetings with Grant Thornton and internal
meetings (12 January, 4, 8 February); telephone
conversations with Stephenson Harwood (22 January and
17 February) and Grant Thornton (17 February) and with
the SFA (26 January and 2 February), teleconferences
with Mary McDonnell and Finbarr O'Connell to discuss
investigation issues and obtaining materials from third
parties (26 January); preparation for and examination of

45158684.1 60299 16560 99512261

CHICAGO BERLIN CHARLOTTE COLOGNE HOUSTON LONDON LOS ANGELES NEW YORK WASHINGTON
REPRESENTATIVE OFFICES: ALMATY, ASHGABAT, BISHKEK, MOSCOW, TASHKENT
INDEPENDENT MEXICO CITY CORRESPONDENT: JAUREGUI, NAVARRETE, NADER Y ROJAS
INDEPENDENT PARIS CORRESPONDENT: LAMBERT ARMENIADES & LEE

A PARTNERSHIP OF ENGLISH SOLICITORS AND REGISTERED FOREIGN LAWYERS
LIST OF PARTNERS' NAMES OPEN TO INSPECTION AT THE OFFICE STATED ABOVE

21

MAYER, BROWN & PLATT
June 2, 1999
Page 2

John Park, including discussions with John Park's
solicitors (14 January) and Grant Thornton relating to
John Park's attendance at the interview (13, 14 January),
meeting with Grant Thornton to prepare for the interview
of John Park (14 January), interviewing John Park at the
offices of MBP (14 January); reviewing and amending
transcript of John Park interview (19 and 20 January);
research into issues and potential claims against John Park
(15, 18, 22 January), drafting and reviewing detailed
advice in connection thereto (15, 18, 25, 26, 27 and 28
January, 1, 4, 5, 8 and 9 February); legal research into
obtaining material from third parties (26 January) and
drafting and reviewing correspondence to and from GTC
(15 February), Grant Thornton (8 February).

*Re: Mishcon de Reya proposal -*

attending meetings with representatives of GLH
(Derivatives ) Limited, Grant Thornton, Stephenson
Harwood and Eric Bettelheim (11 January); telephone
conversations with Eric Bettelheim relating to the
settlement proposal (19, 20 and 21 January, 2 and 15
February) and with Grant Thornton (19 January); and
internal telephone conversations relating to the proposal
(20, 21 January).

*Re: Regulatory issues -*

attending meetings with the SFA (7 and 12 January),
LIFFE (12 January); telephone conversations with the
SFA (12, 18 and 26 January) and LIFFE (12 January);
legal research into CFTC regulation (3 February); drafting
and reviewing correspondence to Grant Thornton (18
January).

*Re: Goldman/Norville Claim -*

telephone conversations with Slaughter & May (20, 22
January) and with Mr. Norville (22, 26 and 28 January, 3
February); and drafting and reviewing correspondence to
Grant Thornton (29 January, 8 February).

45158684.1 60299 1656G 99512261

22

Received Jun 02 ... Case 08-13742 ... Doc 472-1 [3] Filed 12/22/00 ... Entered 12/26/00 00:00:00 ... Desc • Pg 23/50
02/06 '99 17:59 FAX 0171 328 ... Pleading MAYER BROWN PLATT ... Page 87 of 184 ... ☑023

**MAYER, BROWN & PLATT**
June 2, 1999
Page 3

*Re: General Advice*

attending meetings with Grant Thornton (6 and 7
January), and internal meetings relating to the conduct of
claims and the administration of assets (7 and 8 January);
legal research into the conduct of claims and the
administration of assets (8 January); attending at court (17
February), attending meetings with Grant Thornton and S.
Rose at GTC (20 January); telephone conversations with
Grant Thornton relating to general issues (19, 20, 21, 26,
28 and 29 January, 3 February).

| | | £39,297.37 |
|---|---|---|
| **Disbursements:** | | |
| Local Transportation | 295.86 | |
| Business Meals | 43.43 | |
| Automated Research | 11.12 | |
| Document Preparation | 451.31 | |
| Document Reproduction | 737.33 | |
| Document Delivery | 212.54 | |
| Telephone | 21.03 | |
| Facsimile Transmissions | 646.24 | |
| | | £2,418.86 |
| VAT @ 17.5% | | £7,300.34 |
| **TOTAL** | | **£49,016.57** |

45158684.1 60299 16560 99512261

BILL# 9926563

MASEY BROWN & PLATT
FEBRUARY 17, 1999

PAGE:1

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

## DESCRIPTION OF LEGAL SERVICES

| DATE | TIMEKEEPER | HOURS |
|------|------------|-------|
| JAN 06/99 | PETKOVIC, DENIS<br>MEETING WITH LIQUIDATOR TO PROCESS WORK. | 2.50 |
| JAN 07/99 | PABST, MICHAEL J.<br>MEET PL TO DISCUSS ISSUES. | 1.00 |
| JAN 07/99 | BLACK, EDWARD B.<br>MEETING AT SFA AND MEETINGS AT MBP WITH<br>ASSOCIATE COUNSEL AND GRANT THORNTON. | 9.00 |
| JAN 08/99 | BLACK, EDWARD B.<br>MEETINGS AND RESEARCH AT MBP AND CLIENT RE:<br>CONDUCT OF CLAIMS AND ADMINISTRATION OF<br>ASSETS. | 4.00 |
| JAN 11/99 | PABST, MICHAEL J.<br>REVIEWING CONTRACTS.  MEET GLH. | 6.50 |
| JAN 11/99 | PETKOVIC, DENIS<br>MEETING WITH GLH AND SH; CONFERENCE WITH E.<br>BETTLEHEIM. | 6.00 |
| JAN 11/99 | WIGGLESWORTH, TIMOTHY R.<br>MISCELLANEOUS FILING; DISCUSSING WITH EDWARD<br>BLACK; RESEARCH IN CONNECTION WITH PAYMENTS<br>INTO COURT & AGENCY. | 4.00 |
| JAN 11/99 | BLACK, EDWARD B.<br>MEETING GRANT THORNTON AND GLH, MEETING<br>STEPHENSON HARWOOD AND GRANT THORNTON,<br>MEETING BETTELHEIM, GRANT THORNTON. | 6.00 |
| JAN 12/99 | PABST, MICHAEL J.<br>DRAFTING QUESTIONS FOR JOHN PARK. | 4.00 |
| JAN 12/99 | PETKOVIC, DENIS<br>CONFERENCE WITH PABST RE: ADVICE ON PARK. | 0.50 |
| JAN 12/99 | COOK, ROGER<br>NEWS STORIES RE: GRIFFIN TRADING FOR EBL. | 0.75 |
| JAN 12/99 | ALLEN, JANE<br>ORGANISING CUSTOMER CONTRACTS PRIOR TO<br>CHECKING CONTENTS THEREOF. | 4.00 |

BILL# 9926563             MAYER, BROWN & PLATT
                          FEBRUARY 17, 1999

CLIENT:108080   O'CONNELL, FINBARR                          PAGE:2
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

                                                    DENIS PETKOVIC
                  DESCRIPTION OF LEGAL SERVICES

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| JAN 12/99 | WIGGLESWORTH, TIMOTHY R. <br> MEETING WITH SFA; REVIEWING CUSTOMER AGREEMENTS; DISCUSSING WITH JANE ALLEN. | 4.00 |
| JAN 12/99 | BLACK, EDWARD B. <br> MEETINGS AND TELECONS SFA, LIFFE AND ASSOCIATE COUNSEL RE: CLAIMS AGAINST THIRD PARTIES, INTERNAL MEETINGS AND TELECONS MBP LONDON AND CHICAGO OFFICES. | 4.50 |
| JAN 13/99 | PABST, MICHAEL J. <br> DRAFTING QUESTIONS FOR PARK INTERVIEW, INCLUDING REVIEW OF UNDERLYING MATERIALS (3.5), VARIOUS TELECONS WITH PL (.5). | 4.00 |
| JAN 13/99 | BLACK, EDWARD B. <br> PREPARE FOR EXAMINATION OF PARK (2.0); WORK ON ISSUES RELATING TO GRIFFIN CONTRACTUAL RELATIONSHIPS (1.0); REVIEW MATERIAL RE: TULLETTS & DTB ISSUES (1.0). | 4.00 |
| JAN 14/99 | BLACK, EDWARD B. <br> MEETING WITH GRANT THORNTON ET AL TO PREPARE FOR EXAMINATION OF PARKE (1.0). EXAMINATION OF PARKE (5.5). TELECONS AND RESEARCH DTB ISSUES (.80). REVIEW ISSUES WITH GRANT THORNTON (1.0). | 6.50 |
| JAN 14/99 | BLACK, EDWARD B. <br> PREPARE QUESTIONS FOR PARKE. (1.70). | 1.50 |
| JAN 14/99 | PABST, MICHAEL J. <br> ARRANGING INTEREVIEW OF PARK, INCLUDING TAPING EQUIPMENT (.2). 2 X TELEPHONE CONVERSATIONS WITH PARK'S SOLICITORS RE PARK'S ATTENDANCE AT INTERVIEW (.3). TELEPHONE CALL WITH PL RE PARK'S ATTENDANCE AT INTREVIEW (.2). PREPARE FOR INTERVIEW OF PARK (2). INTERVIEW OF PARK (6). | 8.75 |
| JAN 14/99 | PETKOVIC, DENIS <br> CONFERENCE WITH LIQUIDATOR AND JAHN PARK AND OTHERS. | 5.50 |

BILL#   9926563

PAGE:3

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

## DESCRIPTION OF LEGAL SERVICES

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|

JAN 15/99 PABST, MICHAEL J.
RESEARCH ADVICE TO PL RE; CLAIMS AGAINST
PARK (6) DRAFT ADVICE RE; CLAIMS AGAINST
PARK (2).                                          8.00

JAN 15/99 BLACK, EDWARD B.
MEETING WITH ROSE AND CUNDY OF GRANT
THORNTON RE: CLAIMS AGAINST THIRD PARTIES
(2.5); INTERNAL CONFERENCES WITH D.
PETKOVIC, M. PABST, T. FAHNER (.80);
TELECONS RE: EXPERT WITNESSES (.50); REVIEW
MATERIAL REGARDING PARKE EXAMINATION (.50).         4.30

JAN 18/99 PABST, MICHAEL J.
RESEARCH RE; CLAIMS AGAINST PARK (4), MEMO
RE; SAME (2).                                       6.00

JAN 18/99 BLACK, EDWARD B.
LIAISING WITH SFA RE: GRIFFIN (0.3); TELECON
WITH LINDSAY THOMAS RE: INVESTIGATION ISSUES
(0.3); CONFERENCE INTERNALLY WITH M. PABST
RE: TNT AND PARK INVESTIGATION (0.5); LETTER
TO LIQUIDATOR AND COUNSEL (0.2); PREP FOR
PARK EXAMINATION AND TELECONS WITH T.F. AND
M.H. (0.7)                                          2.80

JAN 19/99 PABST, MICHAEL J.
REVIEW TRANSCRIPT OF PARK INTERVIEW (2);
MEMO TO TF AND TK RE: SME (.1).                     2.10

JAN 19/99 BLACK, EDWARD B.
RE: GOLDMAN/NORVILLE CLAIM AND TELECON WITH
F. O'CONNELL RE: GENERAL ISSUES; TELECON
WITH F. O'CONNELL AND E. BETTELHEIM RE:
SETTLEMENT PROPOSAL.                                2.00

JAN 19/99 BLACK, EDWARD B.
REVIEW AND AMEND PARK TRANSCRIPT AND
TELEPHONE CONVERSATION WITH M. HANBURY RE:
SAME.                                               2.00

JAN 20/99 WIGGLESWORTH, TIMOTHY R.
EXAMINATION OF CUSTOMER AGREEMENT
DOCUMENTATION.                                      6.00

BILL#   9926563

MAYER BROWN & PLATT
FEBRUARY 17, 1999

PAGE:4

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

DESCRIPTION OF LEGAL SERVICES

| DATE | TIMEKEEPER | HOURS |
|------|------------|-------|
| JAN 20/99 | PABST, MICHAEL J.<br>REVIEWING EDITS TO TRANSCRIPT (.2) LETTER TO PARK'S LAWYERS ENCLOSING TRANSCRIPT AND COMMENTS RE: SAME (.1). | 0.30 |
| JAN 20/99 | BLACK, EDWARD B.<br>RE:  TELEPHONE CONVERSATIONS FROM SLAUGHTER AND MAY RE: GS/NORVILLE CLAIM. | 0.50 |
| JAN 20/99 | BLACK, EDWARD B.<br>FURTHER TELECONS AND FAXES IN AND OUT RE: GOLDMAN/NORVILLE ISSUE (1.0); MEETINGS WITH R. CUNDY AND S. ROSE AT GRIFFIN RE: GENERAL MATTERS (0.5); TELEPHONE CONVERSATIONS WITH TF/TK AND E. BETTELHEIM RE: SETTLEMENT PROPOSAL (0.5). | 2.00 |
| JAN 21/99 | WIGGLESWORTH, TIMOTHY R.<br>CONTINUED EXAMINATION OF CUSTOMER AGREEMENT. | 3.00 |
| JAN 21/99 | BLACK, EDWARD B.<br>TELEPHONE CONVERSATIONS RE: GOLDMAN SACHS/NORVILLE CLAIM (.50); TELEPHONE CONVERSATIONS WITH TFS AND E. BETTELHEIM RE: SETTLEMENT PROPOSAL. | 1.00 |
| JAN 22/99 | WIGGLESWORTH, TIMOTHY R.<br>CONTINUED REVIEW OF CUSTOMER AGREEMENTS. | 2.00 |
| JAN 22/99 | BLACK, EDWARD B.<br>TELEPHONE CONVERSATIONS WITH SLAUGHTER & MAY AND NORVEL RE: GS/NORVILLE ISSUE. | 0.75 |
| JAN 22/99 | BLACK, EDWARD B.<br>CONFERENCE WITH M. PABST AND FURTHER RESEARCH RE: CLAIMS AGAINST PARK. | 1.00 |
| JAN 22/99 | BLACK, EDWARD B.<br>TELEPHONE CONVERSATIONS WITH PATERSON AND NORVAL RE: PAYMENTS AND ISSUES. | 0.50 |
| JAN 25/99 | PETKOVIC, DENIS<br>GRIFFIN INVESTIGATION : INTERNAL MEETING TO DISCUSS PROGRESS AND CONFERENCE WITH T. | 0.80 |

BILL# 9926563                    MAYER, BROWN & PLATT
                                    FEBRUARY 17, 1999

                                                            PAGE:5
CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

                                              DENIS PETKOVIC
                    DESCRIPTION OF LEGAL SERVICES
                    ═══════════════════════════════

   DATE        TIMEKEEPER                              HOURS

            FAYNER & T. KIRIAKOS.

JAN 25/99 BLACK, EDWARD B.                              1.50
            MEETING WITH D. PETKOVIC, M. PABST AND T.
            WIGGLESWORTH RE: CONDUCT OF MATTER.

JAN 26/99 BLACK, EDWARD B.                              1.00
            TELEPHONE CONVERSATION WITH NORVILLE RE:
            CLAIM AND TELEPHONE CONVERSATIONS WITH F.
            O'CONNELL RE: MISCELLANEOUS ISSUES.

JAN 26/99 BLACK, EDWARD B.                              4.00
            PARK INVESTIGATION, REVIEW PABST MEMO (0.5);
            TELEPHONE CONVERSATIONS WITH SFA AND S.H.
            RE: INVESTIGATION ISSUES (0.5);
            CORRESPONDENCE TULLETT RE: INVESTIGATION AND
            RESEARCH RE: S. 236 (0.5); TELECONS WITH T.
            FAHNER, M. MCDONNELL AND GRIFFIN AND
            RESEARCH RE: OBTAINING MATERIAL FROM THIRD
            PARTIES (1.0); TELEPHONE CONVERSATIONS WITH
            M. MCDONELL AND F. O'CONNELL RE:
            INVESTIGATION (1.5).

JAN 27/99 BLACK, EDWARD B.                              0.25
            INVESTIGATION:  TELEPHONE CONVERSATION WITH
            TULLETTS COUNSEL (0.3); CONFERENCE WITH M.
            PABST RE: PARK ISSUES (0.2).

JAN 27/99 PABST, MICHAEL J.                             1.10
            INTERNAL CONVERSATION WITH TF RE: BRIEF TO
            PRIVATE INVESTIGATOR (.1); MEMO TO PRIVATE
            INVESTIGATOR ENCLOSING BACKGROUND
            INFORMATION ON PARK (1).

JAN 27/99 PETKOVIC, DENIS                               1.00
            GRIFFIN INVESTIGATION : REVIEW PABST ADVICE.

JAN 27/99 BLACK, EDWARD B.                              1.00
            GENERAL REPRESENTATION:  CONFERENCE WITH D.
            PETKOVIC AND TELEPHONE CONVERSATIONS WITH
            GRANT THORNTON RE: VARIOUS ISSUES.

JAN 28/99 PETKOVIC, DENIS                               1.00
            GRIFFIN INVESTIGATION: REVIEW PABST LETTER
            OF ADVICE AND CONSIDER SAME FURTHER.

BILL# 9926563

MAYER, BROWN & PLATT
FEBRUARY 17, 1999

PAGE:6

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

## DESCRIPTION OF LEGAL SERVICES

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| JAN 28/99 | BLACK, EDWARD B.<br>TELEPHONE CONVERSATIONS WITH GRANT THORNTON<br>AND NORVILLE RE: GS/NORVILLE CLAIMS. | 0.75 |
| JAN 29/99 | BLACK, EDWARD B.<br>GENERAL REPRESENTATION:  DRAFT LETTER AND<br>TELEPHONE CONVERSATIONS WITH GRANT THORNTON<br>RE: NORVILLE CLAIM AND LETTER IN GRANT<br>THORNTON AND FAX OUT RE: GENERAL<br>REPRESENTATION ISSUES. | 2.00 |
| FEB 01/99 | PETKOVIC, DENIS<br>CONFERENCE WITH PABST. | 0.50 |
| FEB 01/99 | BLACK, EDWARD B.<br>INSTRUCT T. WIGGLESWORTH RE: CUSTOMER<br>AGREEMENTS; REVIEW OF REPORT AND TELEPHONE<br>CONVERSATION WITH TAPPIN RE: SAME; TELEPHONE<br>CALL FROM SFA RE: PARK. | 1.50 |
| FEB 02/99 | BLACK, EDWARD B.<br>TELEPHONE CONVERSATION WITH SFA RE TULLETT &<br>PARK INVESTIGATION (0.3) AND TELECON WITH<br>CUNDY OF GRANT THORNTON RE PARK<br>INVESTIGATION (0.5). | 0.50 |
| FEB 02/99 | BLACK, EDWARD B.<br>TELEPHONE CONVERSATIONS RE: BETTELHEIM<br>SETTLEMENT PROPOSAL. | 0.50 |
| FEB 03/99 | BLACK, EDWARD B.<br>TELEPHONE CONVERSATIONS WITH SLAUGHTER & MAY<br>RE: NORVILLE CLAIMS; TELEPHONE CONVERSATION<br>WITH FINBARR O'CONNELL AND R.C. ON<br>MISCELLANEOUS ISSUES (1.0); RESEARCH CFTC<br>REGULATION (0.5). | 1.50 |
| FEB 04/99 | BLACK, EDWARD B.<br>CONFERENCE WITH M. PABST (0.2); TELEPHONE<br>CONVERSATIONS WITH TRUSTEE'S LAWYERS (0.5)<br>AND REVIEW MATERIAL RE TULLETT CLAIMS AND<br>PARK CLAIMS (2.3). | 0.70 |
| FEB 04/99 | PABST, MICHAEL J. | 4.20 |

BILL#  9926563

MAYER, BROWN & PLATT
FEBRUARY 17, 1999

PAGE:7

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

## DESCRIPTION OF LEGAL SERVICES

| DATE | TIMEKEEPER | HOURS |
|---|---|---|
| | INTERNAL DISCUSSION RE; CLAIMS AGAINST PARK, GLH AND TNT (1.2). DRAFT LETTER OF ADVICE (3). | |
| FEB 04/99 PETKOVIC, DENIS | CONFERENCE WITH PABST AND BLACK RE DRAFT ADVICE. | 3.00 |
| FEB 04/99 BLACK, EDWARD B. | CONFER WITH D. PETKOVIC AND M. PABST RE: GENERAL CLAIM ISSUES. | 1.50 |
| FEB 05/99 BLACK, EDWARD B. | MEET ZARA RAMPRAKASH RE: VARIOUS ISSUES; TELEPHONE CONVERSATIONS WITH MEESPIERSON (KRAKAUER & MAGNIN); TELEPHONE CONVERSATION WITH T. KIRIAKOS & DUBAN. | 1.50 |
| FEB 05/99 PETKOVIC, DENIS | REVISE AND RESEARCH ADVICE RE PARK AND GLH AND PREPARE SAME. | 9.50 |
| FEB 08/99 PABST, MICHAEL J. | MEETING DIP AND EBB TO DISCUSS PARK (.5). | 0.50 |
| FEB 08/99 PETKOVIC, DENIS | SETTLE LETTER OF ADVICE AND MEETING WITH E. BLACK AND M. PABST. | 4.00 |
| FEB 08/99 BLACK, EDWARD B. | REVIEW DRAFT ADVICE RE: PARK CLAIM; AMEND SAME AND CONFER WITH D. PETKOVIC AND M. PABST RE: SAME. | 2.00 |
| FEB 08/99 BLACK, EDWARD B. | STATUS LETTER TO GRANT THORNTON AND PROVIDE MATERIAL TO TRUSTEE; TELEPHONE CONVERSATION WITH MIKE TAPPIN RE FINBAR O'CONNELL'S VISIT TO CHICAGO; LETTER IN FROM TULLETT'S COUNSEL AND AMEND LETTER TO GRANT THORNTON. | 3.00 |
| FEB 09/99 PETKOVIC, DENIS | CONFERENCE WITH E. BLACK. | 0.50 |
| FEB 09/99 PABST, MICHAEL J. | | 1.40 |

BILL#  9926563                    MAYER, BROWN & PLATT
                                  FEBRUARY 17, 1999

                                                              PAGE:8
CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)
                                              DENIS PETKOVIC
                  DESCRIPTION OF LEGAL SERVICES
                  =============================

   DATE      TIMEKEEPER                                        HOURS

              REVIEWING REQUEST FOR INFORMATION FROM CFTC
              AND CONSIDERING SAME (.8); DRAFTING RESPONSE
              TO CFTC (.5); INSTRUCTING JUNIOR LAWYER TO
              IDENTIFY DOCUMENTS REFERRED TO IN PARK
              INTERVIEW, COPIES OF WHICH HAVE BEEN
              REQUESTED BY CFTC (.1).

FEB 09/99 BLACK, EDWARD B.                                      0.30
              LETTER TO WILSON RE: CONSENT TO DISCLOSURE
              OF PARK INTERVIEW TRANSCRIPT.

FEB 15/99 BLACK, EDWARD B.                                      1.00
              RE: DISCOVERY RESPONSES TO CFRS RE: NORVILLE
              AND TELEPHONE CONVERSATIONS WITH STEPHENSON
              HARWOOD RE: VARIOUS ISSUES.

FEB 15/99 BLACK, EDWARD B.                                      1.00
              TELEPHONE CONVERSATION WITH M. TAPPIN RE
              VARIOUS ISSUES; TELEPHONE CONVERSATION WITH
              ERIC BETTELHEIM RE SETTLEMENT; FAX OUT TO
              GRIFFIN TRADING RE: CLIENT MONEY; TELEPHONE
              CONVERSATION WITH GRANT THORNTON RE: W & H.

FEB 17/99 BLACK, EDWARD B.                                      1.75
              TO AND AT COURT; TELEPHONE CONVERSATIONS
              WITH STEPHENSON HARWOOD AND FINBARR
              O'CONNELL RE: OUTSTANDING ISSUES.

                                          TOTAL     186.00

BILL#   9926563

MAYER, BROWN & PLATT
FEBRUARY 17, 1999

PAGE:9

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

## OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JAN 11/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834715 | 10.40 |
| JAN 11/99 | BUSINESS MEALS - LONDON<br>DINNERS X 3 (CHIT 44) | 30.69 |
| JAN 11/99 | BUSINESS MEALS - LONDON<br>EVENING MEAL | 19.80 |
| JAN 12/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01722412978 | 5.58 |
| JAN 12/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834077 | 5.25 |
| JAN 12/99 | AUTOMATED RESEARCH - LONDON<br>VENDOR:AMERICAN EXPRESS | 17.97 |
| JAN 13/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01722412978 | 105.76 |
| JAN 13/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834077 | 13.72 |
| JAN 13/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 810589  VENDOR:COMPUTER CAB TO SW1 | 32.18 |
| JAN 14/99 | DOCUMENT REPRODUCTION - LONDON | 3.66 |
| JAN 14/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834077 | 3.49 |
| JAN 14/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01722412978 | 13.80 |
| JAN 14/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01722412978 | 3.99 |
| JAN 14/99 | DOCUMENT REPRODUCTION - LONDON | 77.54 |
| JAN 14/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 810589  VENDOR:COMPUTER CAB TO NW11 | 68.49 |
| JAN 15/99 | DOCUMENT REPRODUCTION - LONDON | 2.93 |

Case 98-41742   Doc 472-1   Filed 12/22/00   Entered 12/26/00 00:00:00   Desc
Pleading   Page 97 of 184
MAYER, BROWN & PLATT
FEBRUARY 17, 1999

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

## OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JAN 15/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  6265929 | 3.50 |
| JAN 15/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  4267001 | 3.50 |
| JAN 15/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0081355125769 | 5.37 |
| JAN 15/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0081352232450 | 5.37 |
| JAN 18/99 | DOCUMENT REPRODUCTION - LONDON | 24.14 |
| JAN 18/99 | DOCUMENT REPRODUCTION - LONDON | 3.66 |
| JAN 19/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY LATHAM, DONNA D. FOR PABST,<br>MICHAEL J. | 10.00 |
| JAN 19/99 | TELEPHONE - LONDON<br>14.1.99 | 12.29 |
| JAN 19/99 | DOCUMENT REPRODUCTION - LONDON | 2.57 |
| JAN 19/99 | DOCUMENT REPRODUCTION - LONDON | 94.65 |
| JAN 19/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY BOAKES, JOANNA FOR PABST,<br>MICHAEL J. | 40.00 |
| JAN 20/99 | TELEPHONE - LONDON<br>15.1.99 | 3.99 |
| JAN 20/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01722412978 | 3.99 |
| JAN 20/99 | DOCUMENT REPRODUCTION - LONDON | 69.86 |
| JAN 20/99 | DOCUMENT REPRODUCTION - LONDON | 62.91 |
| JAN 20/99 | DOCUMENT REPRODUCTION - LONDON | 1.46 |
| JAN 20/99 | DOCUMENT REPRODUCTION - LONDON | 1.83 |

BILL#   9926563

MAYERY BROWN & PLATT

FEBRUARY 17, 1999

CLIENT:108080   O'CONNELL, FINBARR                                    PAGE:11
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

## OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JAN 20/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 810589   VENDOR:COMPUTER CAB TO NW11 | 60.52 |
| JAN 21/99 | DOCUMENT REPRODUCTION - LONDON | 2.92 |
| JAN 21/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 810589   VENDOR:COMPUTER CAB TO W1 | 33.18 |
| JAN 22/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   6060822 | 5.34 |
| JAN 22/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   3834077 | 5.34 |
| JAN 22/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   3834077 | 12.01 |
| JAN 22/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   6060822 | 12.17 |
| JAN 22/99 | TELEPHONE - LONDON<br>15.1.99 | 2.23 |
| JAN 24/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 38515   VENDOR:BARBICAN CAR HIRE TO<br>HARROW | 50.07 |
| JAN 24/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 38515   VENDOR:BARBICAN CAR HIRE TO<br>EC1 | 22.83 |
| JAN 24/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY LATHAM, DONNA D. FOR PABST,<br>MICHAEL J. | 360.00 |
| JAN 25/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   6060822 | 7.00 |
| JAN 25/99 | TELEPHONE - LONDON<br>24.1.99 | 4.10 |
| JAN 26/99 | DOCUMENT REPRODUCTION - LONDON | 1.84 |
| JAN 26/99 | DOCUMENT REPRODUCTION - LONDON | 2.21 |

Case 98-41742   Doc 472-1   Filed 12/22/00   Entered 12/26/00 00:00:00   Desc
BILL#   9926563                Hearing Brown 99 client
                              FEBRUARY 17, 1999

                                                          PAGE:12

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)
                                        DENIS PETKOVIC

## OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JAN 26/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  7601111 | 7.04 |
| JAN 26/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834077 | 7.04 |
| JAN 26/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127068622 | 15.29 |
| JAN 26/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  7601111 | 5.36 |
| JAN 26/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834077 | 5.36 |
| JAN 27/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY SMITH, DEBBIE FOR<br>WIGGLESWORTH, TIMOTHY R. | 10.00 |
| JAN 27/99 | DOCUMENT REPRODUCTION - LONDON | 3.31 |
| JAN 27/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 8.57 |
| JAN 27/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 41.22 |
| JAN 27/99 | DOCUMENT REPRODUCTION - LONDON | 9.19 |
| JAN 27/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01713834077 | 7.01 |
| JAN 27/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY BROOME, SARA M. FOR PABST,<br>MICHAEL J. | 30.00 |
| JAN 28/99 | TELEPHONE - LONDON<br>26.1.99 | 2.56 |
| JAN 29/99 | DOCUMENT REPRODUCTION - LONDON | 2.92 |
| JAN 29/99 | DOCUMENT REPRODUCTION - LONDON | 2.19 |
| JAN 29/99 | FACSIMILE TRANSMISSION - LONDON | 5.31 |

BILL#  9926563

MAHER, BRENNAN DEAN
FEBRUARY 17, 1999

CLIENT:108080  O'CONNELL, FINBARR
MATTER:99512261  PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

## OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | CALL PLACED TO  3834077 | |
| JAN 29/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01716000289 | 5.31 |
| JAN 29/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01713834077 | 5.31 |
| JAN 29/99 | DOCUMENT REPRODUCTION - LONDON | 3.29 |
| JAN 29/99 | DOCUMENT REPRODUCTION - LONDON<br>EB | 60.62 |
| JAN 29/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013126636034 | 12.32 |
| JAN 29/99 | DOCUMENT REPRODUCTION - LONDON | 5.48 |
| JAN 29/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 13.50 |
| JAN 29/99 | DOCUMENT REPRODUCTION - CHICAGO | 0.90 |
| JAN 29/99 | DOCUMENT DELIVERY-LONDON<br>INV#: 2011771  VENDOR:MPC LOGISTICS TO<br>BERMUDA | 39.32 |
| FEB 01/99 | DOCUMENT REPRODUCTION - LONDON | 31.72 |
| FEB 01/99 | DOCUMENT REPRODUCTION - LONDON | 1.82 |
| FEB 01/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 61.49 |
| FEB 01/99 | DOCUMENT DELIVERY-LONDON<br>INV#: 30523  VENDOR:BONDS PLC TO<br>EC4/NW1/E14 | 24.63 |
| FEB 02/99 | DOCUMENT REPRODUCTION - LONDON<br>KB | 22.61 |
| FEB 02/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 4.49 |
| FEB 02/99 | DOCUMENT REPRODUCTION - LONDON | 1.82 |

BILL# 9926563

PAGE:14

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

## OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| FEB 02/99 | DOCUMENT REPRODUCTION - LONDON | 27.71 |
| FEB 03/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO 0014412966101 | 8.93 |
| FEB 03/99 | DOCUMENT REPRODUCTION - LONDON | 1.09 |
| FEB 04/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY BROOME, SARA M. FOR PABST,<br>MICHAEL J. | 100.00 |
| FEB 04/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY WANTLING, KIM TRACY FOR PABST,<br>MICHAEL J. | 100.00 |
| FEB 05/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 4870   VENDOR:CITY CAR SERVICES TO<br>CAMBRIDGE | 120.90 |
| FEB 05/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 818442   VENDOR:COMPUTER CAB<br>TO SW1 | 26.73 |
| FEB 05/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY RICHARDS, WENDY M FOR<br>PETKOVIC, DENIS | 60.00 |
| FEB 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO 3834077 | 5.30 |
| FEB 05/99 | DOCUMENT REPRODUCTION - LONDON | 0.36 |
| FEB 08/99 | DOCUMENT REPRODUCTION - LONDON | 7.24 |
| FEB 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO 0013122367516 | 32.85 |
| FEB 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO 0013127017711 | 10.56 |
| FEB 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO 3834077 | 3.45 |
| FEB 08/99 | FACSIMILE TRANSMISSION - LONDON | 17.27 |

BILL#   9926563

MAYER, BROWN & PLATT
FEBRUARY 17, 1999

PAGE:15

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

## OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | CALL PLACED TO   3834077 | |
| FEB 08/99 | DOCUMENT REPRODUCTION - LONDON | 0.72 |
| FEB 08/99 | DOCUMENT REPRODUCTION - LONDON | 2.17 |
| FEB 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   3834077 | 5.26 |
| FEB 08/99 | DOCUMENT REPRODUCTION - LONDON | 1.45 |
| FEB 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 23.46 |
| FEB 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   3834077 | 15.63 |
| FEB 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 20.64 |
| FEB 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   3834077 | 5.26 |
| FEB 09/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 818442   VENDOR:COMPUTER CAB<br>TO NW11 | 58.37 |
| FEB 09/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY WRIGHT, AMANDA J. FOR BLACK,<br>EDWARD B. | 20.00 |
| FEB 09/99 | DOCUMENT REPRODUCTION - LONDON | 3.64 |
| FEB 09/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   01722412978 | 6.94 |
| FEB 09/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   3834077 | 6.94 |
| FEB 09/99 | DOCUMENT REPRODUCTION - LONDON | 4.36 |
| FEB 10/99 | TELEPHONE - LONDON<br>9.2.99 | 4.53 |
| FEB 10/99 | DOCUMENT REPRODUCTION - LONDON | 0.72 |

BILL# 9926563

MAYER, BROWN & PLATT
FEBRUARY 17, 1999

PAGE:16

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

## OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| FEB 10/99 | DOCUMENT REPRODUCTION - LONDON | 14.14 |
| FEB 10/99 | DOCUMENT DELIVERY-LONDON<br>INV#: CHIT 46   VENDOR:EDWARD BLACK<br>(TELEPHONE CALLS) | 246.71 |
| FEB 10/99 | DOCUMENT DELIVERY-LONDON<br>INV#: 30523   VENDOR:BONDS PLC TO EC4 | 6.57 |
| FEB 10/99 | BUSINESS MEALS - LONDON<br>EVENING MEAL | 19.77 |
| FEB 11/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127017711 | 7.24 |
| FEB 11/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013126636034 | 7.24 |
| FEB 11/99 | DOCUMENT REPRODUCTION - LONDON<br>TIW | 12.61 |
| FEB 11/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0014412966101 | 32.01 |
| FEB 11/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0014412966101 | 33.18 |
| FEB 11/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   3834077 | 3.44 |
| FEB 11/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   6769721 | 3.60 |
| FEB 11/99 | DOCUMENT REPRODUCTION - LONDON | 0.36 |
| FEB 11/99 | DOCUMENT REPRODUCTION - LONDON | 4.68 |
| FEB 11/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   3834077 | 5.08 |
| FEB 11/99 | DOCUMENT REPRODUCTION - LONDON | 0.36 |
| FEB 11/99 | DOCUMENT DELIVERY-LONDON<br>INV#: 30523   VENDOR:BONDS PLC TO EC4 | 6.57 |

BILL#  9926563
MAYER, BROWN & PLATT
FEBRUARY 17, 1999

PAGE:17

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

### OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| FEB 12/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0014412966101 | 147.43 |
| FEB 12/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0014412966101 | 7.23 |
| FEB 12/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0014412966101 | 142.52 |
| FEB 12/99 | DOCUMENT REPRODUCTION - LONDON | 29.14 |
| FEB 12/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0014412966101 | 5.59 |
| FEB 12/99 | DOCUMENT REPRODUCTION - LONDON | 325.17 |
| FEB 12/99 | DOCUMENT REPRODUCTION - LONDON | 30.93 |
| FEB 12/99 | DOCUMENT REPRODUCTION - LONDON | 174.81 |
| FEB 12/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834077 | 3.43 |
| FEB 12/99 | DOCUMENT REPRODUCTION - LONDON | 5.04 |
| FEB 12/99 | LOCAL TRANSPORTATION - LONDON<br>VENDOR:CASH (TAXI) | 5.28 |
| FEB 15/99 | DOCUMENT DELIVERY-LONDON<br>INV#: 30900   VENDOR:BONDS PLC TO EC2 | 6.66 |
| FEB 15/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  6060822 | 5.26 |
| FEB 15/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834077 | 5.26 |
| FEB 15/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834077 | 5.26 |
| FEB 15/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834077 | 5.43 |
| FEB 15/99 | DOCUMENT REPRODUCTION - LONDON | 0.36 |

BILL#  9926563                    MAYER, BROWN & PLATT
FEBRUARY 17, 1999

PAGE:18

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

## OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| FEB 15/99 | DOCUMENT REPRODUCTION - LONDON | 0.72 |
| FEB 15/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  6489001 | 3.62 |
| FEB 15/99 | TELEPHONE - LONDON<br>12.2.99 | 4.33 |
| FEB 15/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01716000289 | 3.45 |
| FEB 15/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01717601111 | 3.62 |
| FEB 15/99 | DOCUMENT REPRODUCTION - LONDON | 1.09 |
| FEB 16/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834715 | 3.45 |
| FEB 16/99 | DOCUMENT REPRODUCTION - LONDON<br>RMH | 1.08 |
| FEB 16/99 | DOCUMENT REPRODUCTION - LONDON | 2.17 |
| FEB 16/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  6556501 | 5.26 |
| FEB 16/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01716060822 | 5.26 |
| FEB 16/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01713834077 | 5.26 |
| FEB 17/99 | DOCUMENT DELIVERY-LONDON<br>INV#: 30900   VENDOR:BONDS PLC TO EC4 | 6.66 |
| FEB 17/99 | DOCUMENT DELIVERY-LONDON<br>INV#: 30900   VENDOR:BONDS PLC TO NW1 | 6.66 |
| FEB 17/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  4109217 | 3.47 |
| FEB 17/99 | DOCUMENT REPRODUCTION - LONDON | 9.80 |

BILL# 9926563

MAYER, BROWN & PLATT
FEBRUARY 17, 1999

PAGE:19

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

DENIS PETKOVIC

### OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| FEB 17/99 | DOCUMENT REPRODUCTION - LONDON | 32.67 |
| | VAT TAX - LONDON | 11808.30 |
| | O'CONNELL FINBARR RE: PROVISIONAL | |
| | LIQUIDATOR (GENERAL ADVICE) (VAT - DEP) | |

TOTAL OTHER CHARGES        $15,720.81

# Exhibit F

# MAYER, BROWN & PLATT

BUCKLERSBURY HOUSE

3, QUEEN VICTORIA STREET

LONDON, EC4N 8EL, ENGLAND

DENIS PETKOVIC
DIRECT DIAL 0171-246-6207
dpetkovic@mayerbrown.com

MAIN TELEPHONE
0171-246-6200
MAIN FAX
0171-329-4465

## <u>I N V O I C E</u>

Our Ref: 9924855
VAT Registration No: 24407053070
File No: 99526428

Accounting Date: April 9, 1999
Bill Date: June 2, 1999

Finbarr O'Connell
Joint Liquidator, Griffin Trading Company
c/o Grant Thornton
Grant Thornton House
Melton Street
Euston Square
London NW1 2EP

Re:   <u>Tullett and Tokyo (Options) Limited</u>

**FOR PROFESSIONAL SERVICES RENDERED** in connection with the above referenced matter for the period ending 17 February, 1999 including attending meetings with S. Rose and Grant Thornton regarding DTB issues (14 January), with counsel to Tullett & Tokyo (22 January), with Mary McDonnell and Grant Thornton (16 February), with Tullett & Tokyo (11 February) together with internal meetings (11 February); telephone conversations with Mary McDonnell and Griffin (28 January), with the SFA and Grant Thornton (1 February), with Sidley & Austin and Mary McDonnell (3 February), with counsel to MeesPierson (4 February), with counsel to Tullett & Tokyo regarding the disclosure of documents (5 February), with the CFTC (8 February), with the SFA regarding correspondence with the same (11 February), with Mary McDonnell (12 February), and with

45158679.1 60299 1653G 99526428

CHICAGO  BERLIN  CHARLOTTE  COLOGNE  HOUSTON  LONDON  LOS ANGELES  NEW YORK  WASHINGTON
REPRESENTATIVE OFFICES:  ALMATY, ASHGABAT, BISHKEK, MOSCOW, TASHKENT
INDEPENDENT MEXICO CITY CORRESPONDENT:  JAUREGUI, NAVARRETE, NADER Y ROJAS
INDEPENDENT PARIS CORRESPONDENT:  LAMBERT ARMENIADES & LEE

A PARTNERSHIP OF ENGLISH SOLICITORS AND REGISTERED FOREIGN LAWYERS
LIST OF PARTNERS' NAMES OPEN TO INSPECTION AT THE OFFICE STATED ABOVE

MAYER, BROWN & PLATT

June 2, 1999
Page 2

counsel to MeesPierson (15 February); legal research into possible claims against Tullett & Tokyo and investigations into documentation required from the liquidator (29 January and 17 February); drafting letters to counsel to Tullett & Tokyo (21 and 22 January) and reviewing correspondence received from counsel to Tullett & Tokyo (12 and 16 February); reviewing Tullett & Tokyo audio cassette tapes and other material received from counsel to Tullett & Tokyo (9 and 16 February)                £7,514.37

VAT @ 17.5%                                                                        £1,315.01
                                                                                  ------------
**TOTAL**                                                                         **£8,829.38**

PAGE: 1

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99526428   TULLETT AND TOKYO (OPTIONS) LIMITED
OPERATOR:
PREBILL #      0.00                              DENIS PETKOVIC

## DESCRIPTION OF LEGAL SERVICES
==============================

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | JOB-SEQ |
|------|-----------|-------|------|--------|---------|

JAN 14/99 BLACK, EDWARD B.          1.80 X 370.00 =  666.00 2829132-    7
          MEETING WITH GRANT THORNTON ET AL TO PREPARE FOR
          EXAMINATION OF PARKE (1.0).  EXAMINATION OF PARKE (5.5).
          TELECONS AND RESEARCH DTB ISSUES (.80).  REVIEW ISSUES
          WITH GRANT THORNTON (1.0).

JAN 14/99 BLACK, EDWARD B.          3.50 X 370.00 = 1295.00 2829132-    9
          MEET WITH ROSE AND GRANT THORNTON REGARDING DTB ISSUES
          RE: EXAMINATION OF PARKE AND RE: TULLETTS (3:30)

JAN 21/99 BLACK, EDWARD B.          0.50 X 370.00 =  185.00 2842462-    6
          DRAFT LETTER TO LAWYERS FOR TNT (0.5).

JAN 22/99 BLACK, EDWARD B.          0.30 X 370.00 =  111.00 2842463-    2
          RE:  TULLETS - DRAFT LETTER AND CONFERENCE WITH ASSOCIATE
          COUNSEL.

JAN 22/99 BLACK, EDWARD B.          0.70 X 370.00 =  259.00 2842463-   10
          DRAFT LETTER TO BERWIN LEIGHTON (TULLETS COUNSEL) (0.70).

JAN 27/99 BLACK, EDWARD B.          0.25 X 370.00 =   92.50 2842511-    8
          INVESTIGATION:  TELEPHONE CONVERSATION WITH TULLETTS
          COUNSEL (0.3); CONFERENCE WITH M. PABST RE: PARK ISSUES
          (0.2).

JAN 28/99 BLACK, EDWARD B.          0.50 X 370.00 =  185.00 2842518-    7
          TELEPHONE CONVERSATION WITH MCDONNELL AND GRIFFIN RE:
          TULLETTS AND OTHER CLAIMS.

JAN 29/99 BLACK, EDWARD B.          1.00 X 370.00 =  370.00 2842512-    2
          INVESTIGATION:  RE DTB/EUREX DOCUMENTS AND RE: REQUIRED
          MATERIAL FROM LIQUIDATOR (1.0).

FEB 01/99 BLACK, EDWARD B.          1.00 X 370.00 =  370.00 2874200-    5
          TELEPHONE CONVERSATIONS WITH SFA AND GRANT THORNTON RE:
          TULLETT'S INVESTIGATION.

FEB 02/99 BLACK, EDWARD B.          0.30 X 370.00 =  111.00 2874201-    9
          TELEPHONE CONVERSATION WITH SFA RE TULLETT & PARK
          INVESTIGATION (0.3) AND TELECON WITH CUNDY OF GRANT
          THORNTON RE PARK INVESTIGATION (0.5).

FEB 03/99 BLACK, EDWARD B.          1.00 X 370.00 =  370.00 2874202-    2
          TELEPHONE CONVERSATIONS WITH SIDLEY & AUSTIN AND MBP

MAYER, BROWN & PLATT
FEBRUARY 17, 1999

CLIENT:108080   O'CONNELL, FINBARR                                    PAGE:2
MATTER:99526428   TULLETT AND TOKYO (OPTIONS) LIMITED
OPERATOR:
PREBILL #     0.00                                    DENIS PETKOVIC

DESCRIPTION OF LEGAL SERVICES
==============================

DATE      TIMEKEEPER
                              HOURS     RATE      AMOUNT    JOB-SEQ

          CHICAGO AND M. MCDONNELL ON TULLETT CLAIM.

FEB 04/99 BLACK, EDWARD B.              2.30 X 370.00 =   851.00 2874203-    9
          CONFERENCE WITH M. PABST (0.2); TELEPHONE CONVERSATIONS
          WITH TRUSTEE'S LAWYERS (0.5) AND REVIEW MATERIAL RE
          TULLETT CLAIMS AND PARK CLAIMS (2.3).

FEB 04/99 BLACK, EDWARD B.              0.50 X 370.00 =   185.00 2874203-    3
          TELEPHONE CONVERSATION WITH MEES COUNSEL RE TULLETT
          CLAIM.

FEB 05/99 BLACK, EDWARD B.              0.50 X 370.00 =   185.00 2872311-    3
          TELEPHONE CONVERSATION WITH TULLETS COUNSEL AND RE
          TULLETTS DISCLOSURE OF DOCUMENTS.

FEB 08/99 BLACK, EDWARD B.              0.50 X 370.00 =   185.00 2874207-    5
          TELEPHONE CONVERSATION TO DUBAN AND NAUGHTON RE TULLETT
          CLAIM AND REVIEW MATERIALS RE SAME.

FEB 09/99 BLACK, EDWARD B.              2.00 X 370.00 =   740.00 2874212-    9
          COMMENCE REVIEW OF TULLETTS TAPES AND OTHER MATERIAL
          DISCUSSED BY TULLETTS COUNSEL.

FEB 11/99 BLACK, EDWARD B.              2.00 X 370.00 =   740.00 2874217-    3
          RE TULLETTS; CONFERENCE WITH T. WIGGLESWORTH; TELEPHONE
          CONVERSATION WITH SFA  RE LETTER TO SFA RE TNT; REVIEW
          DOCUMENTS AND TELEPHONE CONVERSATION WITH CUNDY RE SAME
          AND LETTER TO SFA AND LETTERS OUT RE TULLETTS.

FEB 12/99 BLACK, EDWARD B.              4.00 X 370.00 =  1480.00 2875036-    6
          TNT: REVIEW BERNON LEIGHTON CORRESPONDENCE PRIOR TO
          MEETING WITH TULLETT & TOYKO. MEETING WITH TULLETTS,
          REVIEW PAPERS TELECONFERENCES WITH MCDONNELL RE TNT
          MATERIAL.

FEB 15/99 BLACK, EDWARD B.              0.70 X 370.00 =   259.00 2872312-   12
          TULLETT CLAIM:  RE DISCLOSURE OF TRANSCRIPT (0.2);
          TELEPHONE CONVERSATION WITH MEES COUNSEL RE: CLAIM (0.5)
          AND REVIEW OF PAPERS RECEIVED FROM TNT (0.5).

FEB 16/99 BLACK, EDWARD B.              8.50 X 370.00 =  3145.00 2872313-    1
          REVIEW TULLETT TAPES (1.0); CONTINUE REVIEW OF MATERIAL
          FROM TULLETTS (1.0); PREPARATION FOR MEETING WITH M.

MAYER, BROWN & PLATT

FEBRUARY 17, 1999

PAGE:3

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99526428   TULLETT AND TOKYO (OPTIONS) LIMITED
OPERATOR:                                          DENIS PETKOVIC
PREBILL #      0.00

DESCRIPTION OF LEGAL SERVICES
==============================

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | JOB-SEQ |
|------|-----------|-------|------|--------|---------|
| | MCDONNELL RE: TULLETS (4.5); TO AND FROM AND AT GRANT THORNTON FOR MEETING RE: TULLETTS WITH GRANT THORNTON (2.0). | | | | |
| FEB 17/99 | BLACK, EDWARD B. | 1.00 X | 370.00 = | 370.00 | 2872314-  7 |
| | CONSIDER LEGAL ISSUES RE: TULLETT'S CLAIM AND LEGAL RESEARCH. | | | | |
| | TOTAL | 32.85 | | 12,154.50 | |

FEBRUARY 17, 1999

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99526428   TULLETT AND TOKYO (OPTIONS) LIMITED
OPERATOR:                                    DENIS PETKOVIC
PREBILL #     0.00

OTHER CHARGES
=============

| DATE | DESCRIPTION | CATG | AMOUNT | JOB-SEQ |
|------|-------------|------|--------|---------|
|  | VAT TAX - LONDON | VAT | 2127.04 | 119706-1 |
|  | O'CONNELL FINBARR RE: TULLETT AND TOKYO |  |  |  |
|  | (VAT - DEP) |  |  |  |

TOTAL OTHER CHARGES    $2,127.04

# Exhibit G

MAYER BROWN & PLATT

BUCKLERSBURY HOUSE

3, QUEEN VICTORIA STREET

LONDON, EC4N 8EL, ENGLAND

DENIS PETKOVIC
Direct Dial 0171-246-6207
dpetkovic@mayerbrown.com

## INVOICE

Our Ref: 9986870                                          Accounting Date: December 21, 1999
VAT Registration No: 24407053070                          Bill Date: December 21, 1999
File No: 99526428

Finbarr O'Connell
Joint Liquidator, Griffin Trading Company
c/o Grant Thornton
Grant Thornton House
Melton Street
Euston Square
London NW1 2EP

Re:    **Tullett and Tokyo (Options) Limited**

**FOR    PROFESSIONAL    SERVICES
RENDERED** in connection with the above referenced
matter for the period ending 21 December, 1999 including
meet with Magnin of Nicholson Graham and Jones re
TNT claim; letter to Magnin; review of papers re TNT
claim; review correspondence from Magnin; telephone
conversation with Rose and draft response (24 February);
complete instructions to counsel; telephone conversation
with counsel and client and commence review of tape
transcripts(26 February); conference with counsel and
internal discussion re same (1 March); review fax in from
client and review of transcripts (2 March, 1999); review
new spreadsheet; telephone conversation with McDonnell
(3 March); review counsel's advice; internal conferences;
amend counsel's advice (4 March); advice to client (8
March); internal conference re status (17 March);

36183273 1 122199 1842G 99526428

telephone conversation with Nicholson Graham and Jones
and internal conference to discuss outstanding issues (19
March); telephone call with Nicholson Graham and Jones
re current issues and status of Tullett claim (22 March);
consider issues re expert testimony (24 March); telephone
conversation Marg McDonnell; fax German counsel re
Eurex arbitration (30 March); external and internal
discussions re German arbitration issues (31 March);
general correspondence and internal discussions re same
(6 April); prepare for and meet NGJ and conference with
expert (9 April); consider expert witnesses (21 April);
review documents and papers on TNT claim and internal
discussions re same (19 May); telephone conversation
with Stephenson Harwood and internal discussion (20
May); telephone conversation with Berwin Leighton re
documents and faxes (25 May); arrange for Notices for JP
Miller and Paul Elflain; review affidavits of Gilbert and
Rose (9 June); review letters from Berwin Leighton and
Mischon de Reya and responding to same; telephone
conversations with Bettelheim, internal conference and
telecons re expert witness retention (11 June); telephone
conversations re expert and email to counsel (14 June);
telephone conversations with Bill Smit and Stephenson
Harwood re expert testimony (17 June); meeting with Bill
Smit (potential expert) and telecon with Stephenson
Harwood re same (18 June); telephone conversations re
expert witnesses (22 June); telephone conversation with
potential expert (30 June); travel to and attend upon Mr
Fox-Andrews; note re same (8 July); chronology (15
July); meet Bill Smit, (6 August); preparing questions for
interview of Bendali and Elflain (13, 14, 16, 17 August);
report to clients re interviews of Elflain and Bendali (20
August); preparation for interview of T&T Compliance
Officer (8 September); preparation for and attend
interview of GTC Compliance Officer (09 September);
lengthy letter to T&T's lawyers (4 October); faxes to
Berwin Leighton; review transcripts of interviews (25
October).                                                    £16,521.75

### Disbursements:

| | |
|---|---|
| Local Transportation | 18.14 |
| Business Meals | 66.62 |
| Professional Services of: | |
|   Mr. Laurence Rabinowitz | 2,621.41 |
| Document Preparation | 81.37 |
| Document Reproduction | 289.49 |

December 21, 1999
Page 3

| | | |
|---|---|---|
| Telephone | 13.78 | |
| Facsimile Transmissions | 102.41 | |
| | ---------- | |
| | | £3,193.22 |
| VAT @ 17.5% | | £3,450.12 |
| | | ------------ |
| **TOTAL** | | **£23,165.09** |

BILL# 9986870                   MAYER, BROWN & PLATT
                                 NOVEMBER 30, 1999

                                                              PAGE:1

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99526428   TULLETT AND TOKYO (OPTIONS) LIMITED

                                               DENIS PETKOVIC

                  DESCRIPTION OF LEGAL SERVICES

      DATE     TIMEKEEPER                                     HOURS

FEB 23/99 BLACK, EDWARD B.                                     0.30
          RE: TULLETT - TELEPHONE CONVERSATION WITH
          TNT; LETTER IN; TELEPHONE CONVERSATION WITH
          MEESPIERSON.

FEB 24/99 BLACK, EDWARD B.                                     3.60
          MEET WITH MAGNIN OF NGJ RE: TNT CLAIM (2.0);
          LETTER TO MAGNIN (0.1); REVIEW PAPERS RE:
          TNT CLAIM (0.2); LETTER IN FROM NGJ;
          TELEPHONE CONVERSATION WITH ROSE AND DRAFT
          RESPONSE (0.3); COMMENCE REVIEW OF
          TRANSCRIPT (0.3).

FEB 25/99 BLACK, EDWARD B.                                     2.50
          CONFERENCE WITH D. PETKOVIC AND M. PABST RE:
          TNT CLAIM (0.5); COMMENCE PREPARATION OF
          DRAFT INSTRUCTIONS TO COUNSEL (2.0).

FEB 26/99 BLACK, EDWARD B.                                     4.00
          COMPLETE INSTRUCTIONS TO COUNSEL RE TNT
          (3.6); TELEPHONE CONVERSATION WITH COUNSEL
          RE TNT; (0.2); TELEPHONE CONVERSATION WITH
          M. TAPPIN RE: TNT (0.2).

FEB 28/99 BLACK, EDWARD B.                                     1.00
          COMMENCE REVIEW OF TNT TAPE TRANSCRIPTS.

MAR 01/99 WIGGLESWORTH, TIMOTHY R.                             3.00
          CONFERENCE WITH COUNSEL RE: TULLETT & TOKYO
          CLAIM WITH DENIS PETKOVIC, EDWARD BLACK AND
          MICHAEL PABST.

MAR 01/99 PABST, MICHAEL J.                                    2.00
          TULLETT & TOKYO (FINBARR) : MEET COUNSEL IN
          CONFERENCE (2).

MAR 02/99 BLACK, EDWARD B.                                     0.70
          TULLETTS - FAX IN FROM GRANT THORNTON (0.2)
          AND REVIEW OF TRANSCRIPTS (0.5).

MAR 03/99 BLACK, EDWARD B.                                     0.60
          REVIEW NEW TNT SPREADSHEET (0.2); TELEPHONE
          CONVERSATION WITH MCDONNELL RE VARIOUS
          (0.1).

BILL#  9986870

MAYER, BROWN & PLATT
NOVEMBER 30, 1999

PAGE:2

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99526428   TULLETT AND TOKYO (OPTIONS) LIMITED

DENIS PETKOVIC

## DESCRIPTION OF LEGAL SERVICES

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|

MAR 04/99 BLACK, EDWARD B.                                    2.00
          MEMO RE: INVESTORS COMPENSATION SCHEME;
          CONFERENCE WITH F. O'CONNELL; M.T. AND R.C.
          RE: STATUS; CONFERENCE WITH D. PETKOVIC, M.
          PABST AND T. WIGGLESWORTH RE: TNT AND
          STATUS; CONFERENCE WITH M. PABST RE:
          NORVILLE, TNT, MEESPIERSON AND GENERALLY;
          FAX IN SLAUGHTER.

MAR 04/99 BLACK, EDWARD B.                                    2.00
          RE: TNT - REVIEW COUNSEL'S NOTE (0.5);
          INTERNAL CONFERENCES (1.0) FURTHER REVIEW OF
          TRANSCRIPT (0.5).

MAR 04/99 PABST, MICHAEL J.                                   1.00
          FINBAR (TNT), NEW - REVIEW COUNSELS ADVICE
          (.5), AMEND COUNSEL'S ADVICE (.5).

MAR 08/99 PABST, MICHAEL J.                                   0.50
          ADVICE TO CLIENT.

MAR 17/99 BLACK, EDWARD B.                                    0.20
          CONFERENCE WITH M. PABST (0.20).

MAR 19/99 BLACK, EDWARD B.                                    0.40
          TELEPHONE CONVERSATION WITH NICHOLSEN GRAHAM
          (0.20); CONFERENCE WITH M. PABST RE
          OUTSTANDING ISSUES (0.20).

MAR 22/99 BLACK, EDWARD B.                                    0.50
          TELEPHONE CALL WITH MEESPIERSON'S COUNSEL
          RE: CURRENT ISSUES AND STATUS OF TULLETT
          CLAIM.

MAR 23/99 BLACK, EDWARD B.                                    0.25
          AMEND M. PABST DRAFT AND DISCUSS WITH M.
          PABST (0.25).

MAR 24/99 BLACK, EDWARD B.                                    0.50
          CONSIDER ISSUES RE: EXPERT TESTIMONY (0.5).

MAR 25/99 BLACK, EDWARD B.                                    2.00
          RE EXPERT WITNESSES; TELEPHONE CONVERSATIONS

BILL#   9986870

NOVEMBER 30, 1999

PAGE:3

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99526428   TULLETT AND TOKYO (OPTIONS) LIMITED

DENIS PETKOVIC

DESCRIPTION OF LEGAL SERVICES

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| | WITH GRANT THORNTON AND STEPHENSON HARWOOD GENERALLY; DRAFT LETTER TO GRANT THORNTON AND MEMO TO FAHNER/HANBURY; MEMO TO KIRIAKOS. | |
| MAR 30/99 | BLACK, EDWARD B.<br>CONFERENCE WITH M. PABST; TELEPHONE CONVERSATION WITH MCDONNELL; FAX GERMAN COUNSEL RE EUREX ARBITRATION. | 0.50 |
| MAR 31/99 | BLACK, EDWARD B.<br>TELEPHONE CONVERSATIONS WITH HESS AND PABST RE: GERMAN ARBITRATION ISSUES. | 0.50 |
| APR 06/99 | BLACK, EDWARD B.<br>FAX IN AND OUT, TELECON M. PABST AND M. HESS AND CONFERENCE WITH D. PETKOVIC. | 0.50 |
| APR 09/99 | BLACK, EDWARD B.<br>PREPARE FOR AND MEET NGJ (1.5) AND CONFERENCE WITH M. PABST AND RE: EXPERT (0.5). | 2.00 |
| APR 21/99 | BLACK, EDWARD B.<br>RE EXPERT WITNESSES. | 0.50 |
| MAY 19/99 | BLACK, EDWARD B.<br>CONFER WITH MP AND REVIEW PAPERS RE: TNT CLAIM; REVIEW DOCUMENTS. | 0.75 |
| MAY 20/99 | BLACK, EDWARD B.<br>TELEPHONE CALL WITH SH AND CONFER WITH MP. | 0.50 |
| MAY 25/99 | BLACK, EDWARD B.<br>TELEPHONE CALL A GORDON OF BERWIN LEIGHTON RE: DOCUMENTS AND FAXES. | 0.25 |
| JUN 09/99 | PABST, MICHAEL J.<br>ARRANGE 236 NOTICES FOR JP MILLER AND PAUL ELFLAIN.  REVIEW AFFIDAVITS OF GILBERT AND ROSE. | 3.00 |
| JUN 11/99 | PABST, MICHAEL J.<br>REVIEW LETTERS FROM BERWIN LEIGHTON AND MISCHON DE REYA AND RESPONDING TO SAME. | 2.00 |

BILL#  9986870

MAYER, BROWN & PLATT
NOVEMBER 30, 1999

PAGE:4

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99526428   TULLETT AND TOKYO (OPTIONS) LIMITED

DENIS PETKOVIC

### DESCRIPTION OF LEGAL SERVICES

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| JUN 11/99 | BLACK, EDWARD B.<br>TCS BETTELHEIM, CONFERENCE PABST AND TCS AND<br>FAXES RE EXPERT WITNESS RETENTION. | 1.00 |
| JUN 14/99 | BLACK, EDWARD B.<br>TCS EXPERT AND E-MAIL TO CO. COUNSEL. | 1.00 |
| JUN 17/99 | BLACK, EDWARD B.<br>T/CS BILL SMIT AND STEPHENSON HARWOOD RE<br>EXPERT TESTIMONY. | 0.50 |
| JUN 18/99 | BLACK, EDWARD B.<br>MEETING WITH BILL SMIT (POTENTIAL EXPERT)<br>AND TELECON MICHAEL PABST AND ZARA<br>REMPRAKASH RE SMIT. | 1.25 |
| JUN 22/99 | PABST, MICHAEL J.<br>TELECON WITH MDR AND S&H RE EXPERT<br>WITNESSES. | 0.25 |
| JUN 30/99 | PABST, MICHAEL J.<br>TELECON WITH POTENTIAL EXPERT. | 0.50 |
| JUL 08/99 | PABST, MICHAEL J.<br>TRAVEL TO AND ATTEND UPON MR FOX-ANDREWS.<br>NOTE RE SAME. | 1.50 |
| JUL 15/99 | PABST, MICHAEL J.<br>CHRONOLOGY. | 1.00 |
| AUG 06/99 | PABST, MICHAEL J.<br>MEET BILL SMIT. | 1.50 |
| AUG 13/99 | PABST, MICHAEL J.<br>PREPARING QUESTIONS FOR INTERVIEW OF BENDALI<br>AND ELFLAIN. | 4.00 |
| AUG 16/99 | PABST, MICHAEL J.<br>PREPARATION FOR INTERVIEW WITH ELFLAIN. | 4.00 |
| AUG 17/99 | PABST, MICHAEL J.<br>PREPARE FOR ELFLAIN INTERVIEW. | 3.00 |
| AUG 18/99 | PABST, MICHAEL J. | 1.00 |

BILL# 9986870

MAYER, BROWN & PLATT
NOVEMBER 30, 1999

PAGE:5

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99526428   TULLETT AND TOKYO (OPTIONS) LIMITED

DENIS PETKOVIC

DESCRIPTION OF LEGAL SERVICES

| DATE | TIMEKEEPER | HOURS |
|------|-----------|-------|
| | PREPARE QUESTIONS. | |
| AUG 19/99 | PABST, MICHAEL J. | 5.00 |
| | PREPARATION FOR AND INTERVIEW OF ELFLAIN AND BANDALI. | |
| AUG 20/99 | PABST, MICHAEL J. | 2.00 |
| | REPORT TO CLIENTS RE INTERVIEWS OF ELFLAIN AND BANDALI. | |
| SEP 08/99 | PABST, MICHAEL J. | 2.50 |
| | PREPARATION FOR INTEREVIEW OF T&T COMP OFFICER. | |
| SEP 09/99 | PABST, MICHAEL J. | 3.00 |
| | PREPARATION FOR AND ATTEND INTEREVIEW OF GTC COMPLIANCE OFFICER. | |
| OCT 04/99 | PABST, MICHAEL J. | 1.00 |
| | LENGTHY LETTER TO T&T'S LAWYERS. | |
| OCT 25/99 | PABST, MICHAEL J. | 2.00 |
| | FAXES TO BERWIN LEIGHTON; REVIEWING TRANSCRIPTS FOR INTERVIEWS. | |
| NOV 01/99 | PABST, MICHAEL J. | 2.00 |
| | CONFERENCE WITH COUNSEL. | |

TOTAL     75.55

BILL# 9986870                    MAYER, BROWN & PLATT
                              NOVEMBER 30, 1999

                                                              PAGE:6

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99526428    TULLETT AND TOKYO (OPTIONS) LIMITED

                                           DENIS PETKOVIC

                        OTHER CHARGES
                        ═════════════

    DATE                    DESCRIPTION                      AMOUNT

MAR 05/99 PROFESSIONAL SERVICES-LONDON                      4187.71
          INV#: 45240   VENDOR:MR LAURENCE RABINOWITZ
          (EB)

MAR 18/99 FACSIMILE TRANSMISSION - LONDON                     40.57
          CALL PLACED TO  3834077

MAR 29/99 FACSIMILE TRANSMISSION - LONDON                      5.27
          CALL PLACED TO  004969746539

MAR 30/99 DOCUMENT PREPARATION-LONDON                         10.00
          PERFORMED BY SMITH, DEBBIE FOR BLACK,
          EDWARD B.

MAR 30/99 FACSIMILE TRANSMISSION - LONDON                      8.02
          CALL PLACED TO  004969746539

MAR 30/99 DOCUMENT REPRODUCTION - LONDON                       1.43

APR 06/99 FACSIMILE TRANSMISSION - LONDON                      9.88
          CALL PLACED TO  0013129171707

APR 14/99 DOCUMENT REPRODUCTION - LONDON                       0.72

APR 22/99 TELEPHONE - LONDON                                  13.41
          31.03.99

MAY 26/99 DOCUMENT REPRODUCTION - LONDON                       7.46

JUN 10/99 FACSIMILE TRANSMISSION - LONDON                      3.40
          CALL PLACED TO  7601111

JUN 11/99 FACSIMILE TRANSMISSION - LONDON                      1.78
          CALL PLACED TO  01932242170

JUN 14/99 FACSIMILE TRANSMISSION - LONDON                      7.17
          CALL PLACED TO  0013127017711

JUN 14/99 FACSIMILE TRANSMISSION - LONDON                      1.78
          CALL PLACED TO  01932242170

JUN 15/99 FACSIMILE TRANSMISSION - LONDON                     13.17
          CALL PLACED TO  0013127017711

BILL#  9986870

MAYER, BROWN & PLATT
NOVEMBER 30, 1999

PAGE:7

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99526428   TULLETT AND TOKYO (OPTIONS) LIMITED

DENIS PETKOVIC

OTHER CHARGES
======================

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUL 05/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3834715 | 11.91 |
| AUG 04/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY SMITH, DEBBIE FOR PABST,<br>MICHAEL J. | 10.00 |
| AUG 04/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  7601111 | 5.23 |
| AUG 04/99 | DOCUMENT REPRODUCTION - LONDON | 0.72 |
| AUG 06/99 | BUSINESS MEALS - LONDON<br>LUNCH VENDOR:CASH | 32.82 |
| AUG 09/99 | TELEPHONE - LONDON<br>06.08.99 | 5.98 |
| AUG 09/99 | TELEPHONE - LONDON<br>06.08.99 | 2.61 |
| AUG 09/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  3309999 | 5.18 |
| AUG 17/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY WRIGHT, AMANDA J. FOR PABST,<br>MICHAEL J. | 40.00 |
| AUG 19/99 | DOCUMENT REPRODUCTION - LONDON | 92.02 |
| AUG 19/99 | DOCUMENT REPRODUCTION - LONDON | 157.04 |
| SEP 07/99 | DOCUMENT REPRODUCTION - LONDON | 184.05 |
| SEP 08/99 | DOCUMENT REPRODUCTION - LONDON | 9.68 |
| SEP 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01713834077 | 8.48 |
| SEP 08/99 | DOCUMENT REPRODUCTION - LONDON | 0.35 |
| SEP 08/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  01716060822 | 8.64 |
| SEP 08/99 | FACSIMILE TRANSMISSION - LONDON | 22.56 |

Case 98-41742   Doc 472-1   Filed 12/22/00   Entered 12/26/00 00:00:00   Desc
BILL#   9986870        PLEADING, FROM 125 of 184
                        NOVEMBER 30, 1999

PAGE:9

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99526428   TULLETT AND TOKYO (OPTIONS) LIMITED

                                        DENIS PETKOVIC

| TIMEKEEPER & COST SUMMARY | HOURS | AMOUNT | OTHER CHARGES |
|---|---|---|---|
| BLACK, EDWARD B. | 29.80 | 11,026.00 | |
| WIGGLESWORTH, TIMOTHY R | 3.00 | 405.00 | |
| PABST, MICHAEL J. | 42.75 | 14,962.50 | |
| TOTAL TIME | 75.55 | $26,393.50 | |

| | |
|---|---|
| LOCAL TRANSPORTATION - LOND | 28.98 |
| BUSINESS MEALS - LONDON | 106.44 |
| PROFESSIONAL SERVICES-LONDO | 4,187.71 |
| DOCUMENT PREPARATION-LONDON | 130.00 |
| DOCUMENT REPRDCT - LONDON | 462.44 |
| TELEPHONE - LONDON | 22.00 |
| FACSIMILE TRANS.-LONDON | 163.60 |
| ITEMIZED DETAIL | $10,612.74 |
| NET COMBINED TIME & OTHER CHARGES | $37,006.24 |

# Exhibit H

MAYER, BROWN & PLATT

BUCKLERSBURY HOUSE

3, QUEEN VICTORIA STREET

LONDON, EC4N 8EL, ENGLAND

**DENIS PETKOVIC**
DIRECT DIAL 0171-246-6207
dpetkovic@mayerbrown.com

MAIN TELEPHONE
0171-246-6200
MAIN FAX
0171-329-4465

# INVOICE

Our Ref: 9986909
VAT Registration No: 24407053070
File No: 99563066

Accounting Date: December 21, 1999
Bill Date: December 21, 1999

Finbarr O'Connell
Joint Liquidator, Griffin Trading Company
c/o Grant Thornton
Grant Thornton House
Melton Street
Euston Square
London NW1 2EP

Re:   **GLH (Derviatives) Ltd. and Park, John**

**FOR   PROFESSIONAL   SERVICES
RENDERED** in connection with the above referenced
matter for the period ending 21 December, 1999 including
internal meeting re claim against Park and general status
of matter and advice to client (25 February); review letter
from GLH's lawyers denying liability; discussion with
client re same; preparation for meeting and attending
client's offices for meeting with client and GLH; internal
conference discussing same (19 March); telephone
conversation with Park's solicitors re undertakings
regarding sale proceeds; correspondence to client re same
(25 March); review comments on letter to GLH's lawyer
and amend same; review fax from liquidator and draft
reply to same (14 April); review draft IVA proposal from
Park and telephone conversation with client re same.(16
April); considering fax from Foort Mercer; telephone

36183275 1 122199 1913G 99526410

CHICAGO  BERLIN  CHARLOTTE  COLOGNE  HOUSTON  LONDON  LOS ANGELES  NEW YORK  WASHINGTON
REPRESENTATIVE OFFICES:  ALMATY, ASHGABAT, BISHKEK, TASHKENT
INDEPENDENT MEXICO CITY CORRESPONDENT:  JAUREGUI, NAVARRETE, NADER Y ROJAS
INDEPENDENT PARIS CORRESPONDENT:  LAMBERT & LEE

A PARTNERSHIP OF ENGLISH SOLICITORS AND REGISTERED FOREIGN LAWYERS
LIST OF PARTNERS' NAMES OPEN TO INSPECTION AT THE OFFICE STATED ABOVE

December 21, 1999
Page 2

conversation with Foort Mercer; fax to client (15 June); meeting with client (19 July); review submission to supervisor; telephone conversation with client regarding same (08 September); preparing submission to IVA supervisor (4 October); drafting submission to IVA supervisor (25 October).                                    £4,046.94

### Disbursements:

Professional fees of:
| | |
|---|---|
| Harry Counsell & Co. | 596.93 |
| Document Reproduction | 11.90 |
| Facsimile Transmissions | 70.08 |

£678.91

VAT @ 17.5%                                                   £827.02

**TOTAL**                                                   **£5,552.87**

```
                           MAYER, BROWN & PLATT
```

Client ID. : 108080      O'CONNELL, FINBARR


Prebill No.: 92.002                    Bill Date    : Dec 21/99
Operator   : 30NOV                     Cut-off Date: Nov 30/99


Matter ID. : 99563066   GLH (DERIVATIVES) LTD. AND PARK, JOHN
============================================================


------------------------- MATTER INFORMATION -------------------------

Opened  : Jul 19/99
Closed  :

Bill Atty: 2457 PETKOVIC DENIS            (11)
Resp Atty: 4341 PABST MICHAEL J.          (11)

Office  : 50   MAYER, BROWN & PLATT - LONDON  Matter Status: O
Departmnt: FIN  FINANCE

Contact  : FINBARR O'CONNELL
           O'CONNELL, FINBARR

Addr Code: MAIN


           FINBARR O'CONNELL
           GRANT THORNTON HOUSE
           MELTON STREET
           EUSTON SQUARE
           LONDON NW1 2EP,     UNIK


------------------------- UNBILLED TIME -------------------------

| Date | TKPR Name | Hours | Rate | Job-Seq | Amount |
|------|-----------|-------|------|---------|--------|
| Feb 25/99 | BLACK, EDWARD B. <br> Internal meeting with D. Petkovic and M. Pabst re claim against Park and general status. | 1.25 | 370.00 | 2878924-3 | 462.50 |
| Feb 25/99 | WIGGLESWORTH, TIMOTHY R. <br> Meeting with Michael Pabst, Edward Black and Denis Petkovic re: advice to Finbarr O'Connell. | 1.00 | 135.00 | 2883237-3 | 135.00 |
| Mar 19/99 | PABST, MICHAEL J. <br> Review letter from GLH's lawyers denying liability (1). Discuss with client (.2). Preparation for meeting with client (1.5). Travel to client's offices (.5).  Meet client and GLH's lawyers (2.5). | 5.75 | 350.00 | 2905275-1 | 2,012.50 |
| Mar 19/99 | BLACK, EDWARD B. | 0.25 | 370.00 | 2920684-4 | 92.50 |

MAYER, BROWN & PLATT

Client ID. : 108080    O'CONNELL, FINBARR
Matter ID. : 99563066    GLH (DERIVATIVES) LTD. AND PARK, JOHN

| Date | TKPR Name | Hours | Rate | Job-Seq | Amount |
|------|-----------|-------|------|---------|--------|
| | Conference with M. Pabst re GLH. | | | | |
| Mar 22/99 | PABST, MICHAEL J. | 0.50 | 350.00 | 2907747-4 | 175.00 |
| | Meet Foort Mercer. | | | | |
| Mar 25/99 | PABST, MICHAEL J. | 0.75 | 350.00 | 2912586-1 | 262.50 |
| | Telecon with Park's solcitiors re undertakings re sale proceeds; fax to Mike Tappin re same. | | | | |
| Apr 14/99 | PABST, MICHAEL J. | 0.50 | 350.00 | 2939899-2 | 175.00 |
| | Review comments on letter to GLH's lawyer and amend same.  Review fax from liquidator and draft reply to same. | | | | |
| Apr 16/99 | PABST, MICHAEL J. | 0.25 | 350.00 | 2955102-1 | 87.50 |
| | Review draft IVA proposal from Park and telecon with client re same (.3). | | | | |
| May 24/99 | PABST, MICHAEL J. | 0.25 | 350.00 | 2991177-2 | 87.50 |
| | Park : fax to client updating position. | | | | |
| Jun 15/99 | PABST, MICHAEL J. | 0.50 | 350.00 | 3023468-1 | 175.00 |
| | GLH (new file) : consdiering fax from Foort Mercer.  Telecon with Mercer.  Fax client. | | | | |
| Jul 19/99 | PABST, MICHAEL J. | 3.00 | 350.00 | 3060737-1 | 1,050.00 |
| | Meet client and GLH. | | | | |
| Sep 08/99 | PABST, MICHAEL J. | 1.00 | 350.00 | 3104195-1 | 350.00 |
| | Review submission to supervisor.  Telecon with client (cum). | | | | |
| Oct 04/99 | PABST, MICHAEL J. | 1.00 | 350.00 | 3111743-33 | 350.00 |
| | Preparing submission to IVA supervisor. | | | | |
| Oct 25/99 | PABST, MICHAEL J. | 2.00 | 350.00 | 3114193-93 | 700.00 |
| | Drafting submission to supervisor. | | | | |
| Nov 19/99 | PABST, MICHAEL J. | 1.00 | 350.00 | 3115930-508 | 350.00 |
| | Submission to supervisor. | | | | |
| | TOTAL | 19.00 | | | 6,465.00 |

```
Client ID. : 108080    O'CONNELL, FINBARR
Matter ID. : 99563066  GLH (DERIVATIVES) LTD. AND PARK, JOHN
```

------------------------- UNBILLED COST -------------------------

| Date | Cost | Type | Ref or Check# | TKPR | Job-Seq | Qty | Amount |
|------|------|------|---------------|------|---------|-----|--------|
| Jan 14/99 | 12L | PROFESSIONAL SE | 462548 | | 130111-119 | | 953.61 |
| | | Supplying transcript of interview with John | | | | | |
| | | Ho Park Inv#: 26156  Vendor:HARRY COUNSELL & | | | | | |
| | | CO | | | | | |
| Aug 24/99 | 84 | FACSIMILE TRANS | | 5634 | 127051-226 | 30 | 49.83 |
| | | Call placed to  3834077 | | | | | |
| Sep 08/99 | 84 | FACSIMILE TRANS | | 5634 | 127477-73 | 13 | 21.84 |
| | | Call placed to  3834077 | | | | | |
| Sep 08/99 | 84 | FACSIMILE TRANS | | 5811 | 127477-118 | 3 | 7.20 |
| | | Call placed to  0013127017711 | | | | | |
| Sep 08/99 | 44 | DOCUMENT REPRDC | | 4341 | 127477-72 | 11 | 3.94 |
| Sep 08/99 | 44 | DOCUMENT REPRDC | | 6492 | 127477-69 | 27 | 9.68 |
| Sep 09/99 | 44 | DOCUMENT REPRDC | | 4341 | 127479-67 | 11 | 3.97 |
| Sep 15/99 | 84 | FACSIMILE TRANS | | 5648 | 128445-42 | 2 | 3.56 |
| | | Call placed to  01713834715 | | | | | |
| Sep 15/99 | 84 | FACSIMILE TRANS | | 5648 | 128445-41 | 4 | 6.80 |
| | | Call placed to  01714109217 | | | | | |
| Sep 15/99 | 84 | FACSIMILE TRANS | | 5648 | 128445-39 | 2 | 3.56 |
| | | Call placed to  01722338902 | | | | | |
| Sep 15/99 | 84 | FACSIMILE TRANS | | 5648 | 128445-38 | 4 | 8.78 |
| | | Call placed to  0013127017711 | | | | | |
| Sep 15/99 | 44 | DOCUMENT REPRDC | | 4341 | 128445-25 | 2 | 0.71 |
| Sep 15/99 | 44 | DOCUMENT REPRDC | | 4341 | 128445-24 | 2 | 0.71 |
| Sep 15/99 | 84 | FACSIMILE TRANS | | 5648 | 128445-49 | 2 | 3.56 |
| | | Call placed to  01714109217 | | | | | |
| Sep 15/99 | 84 | FACSIMILE TRANS | | 5648 | 128445-45 | 2 | 3.40 |
| | | Call placed to  01713834077 | | | | | |
| Sep 17/99 | 84 | FACSIMILE TRANS | | 4341 | 128745-19 | 2 | 3.42 |
| | | Call placed to  3834077 | | | | | |
| Dec 21/99 | VAT | VAT tax - Londo | | | 132444-1 | | 1,321.18 |
| | | O'Connell Finbarr Re: GLH (Derviatives) Ltd. | | | | | |
| | | and Park, John (VAT - DEP) | | | | | |

                          TOTAL                          2,405.75

Client ID. : 108080        CONNELL, FINBARR
Matter ID. : 99563066    GLH (DERIVATIVES) LTD. AND PARK, JOHN

| Attorney & Cost Summary | Hours | Amount | Variance (+ or -) |
|---|---|---|---|
| EDWARD B. BLACK | 1.50 | 555.00 | _____ |
| TIMOTHY R. WIGGLESWORTH | 1.00 | 135.00 | _____ |
| MICHAEL J. PABST | 16.50 | 5,775.00 | _____ |
| TOTAL TIME | 19.00 | 6,465.00 | |

| | | Amount | Variance |
|---|---|---|---|
| 12L | PROFESSIONAL SERVICES-LONDON | 953.61 | _____ |
| 44 | DOCUMENT REPRDCT - LONDON | 19.01 | _____ |
| 84 | FACSIMILE TRANS.-LONDON | 111.95 | _____ |
| VAT | VAT tax - London | 1,321.18 | _____ |
| | ITEMIZED DETAIL | 2,405.75 | |

NET COMBINED TIME & OTHER CHARGES                    8,870.75

# Exhibit I

# MAYER, BROWN & PLATT

BUCKLERSBURY HOUSE

3, QUEEN VICTORIA STREET

LONDON, EC4N 8EL, ENGLAND

DENIS PETKOVIC
DIRECT DIAL 0171-246-6207
dpetkovic@mayerbrown.com

MAIN TELEPHONE
0171-246-6200
MAIN FAX
0171-329-4465

## INVOICE

Our Ref: 9925849
VAT Registration No: 24407053070
File No: 99526410

Accounting Date: April 9, 1999
Bill Date: June 2, 1999

Finbarr O'Connell
Joint Liquidator, Griffin Trading Company
c/o Grant Thornton
Grant Thornton House
Melton Street
Euston Square
London NW1 2EP

**Re:**   **Meespierson N.V. Frankfurt**

**FOR     PROFESSIONAL     SERVICES
RENDERED** in connection with the above referenced
matter for the period ending 17 February, 1999 including
considering further and reviewing documents (17
February).

|  | £457.49 |
|---|---|
| VAT @ 17.5% | £80.06 |
| **TOTAL** | **£537.55** |

45158683.1 60299 1700G 99526410

CHICAGO  BERLIN  CHARLOTTE  COLOGNE  HOUSTON  LONDON  LOS ANGELES  NEW YORK  WASHINGTON
REPRESENTATIVE OFFICES:  ALMATY, ASHGABAT, BISHKEK, MOSCOW, TASHKENT
INDEPENDENT MEXICO CITY CORRESPONDENT:  JAUREGUI, NAVARRETE, NADER Y ROJAS
INDEPENDENT PARIS CORRESPONDENT:  LAMBERT ARMENIADES & LEE

A PARTNERSHIP OF ENGLISH SOLICITORS AND REGISTERED FOREIGN LAWYERS

MAYER, BROWN & PLA

FEBRUARY 17, 1999

PAGE: 1.

CLIENT:108080    O'CONNELL, FINBARR
MATTER:99526410    MEESPIERSON N.V. FRANKFURT
OPERATOR:                                        DENIS PETKOVIC
PREBILL #        0.00

## DESCRIPTION OF LEGAL SERVICES
==============================

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | JOB-SEQ | |
|------|-----------|-------|------|--------|---------|---|
| FEB 05/99 | BLACK, EDWARD B. | 0.50 | X 370.00 = | 185.00 | 2872311- | 5 |

MEET ZARA RAMPRAKASH RE: VARIOUS ISSUES; TELEPHONE
CONVERSATIONS WITH MEESPIERSON (KRAKAUER & MAGNIN);
TELEPHONE CONVERSATION WITH T. KIRIAKOS & DUBAN.

| FEB 15/99 | BLACK, EDWARD B. | 0.50 | X 370.00 = | 185.00 | 2872312- | 13 |

TULLETT CLAIM: RE DISCLOSURE OF TRANSCRIPT (0.2);
TELEPHONE CONVERSATION WITH MEES COUNSEL RE: CLAIM (0.5)
AND REVIEW OF PAPERS RECEIVED FROM TNT (0.5).

| FEB 17/99 | BLACK, EDWARD B. | 1.00 | X 370.00 = | 370.00 | 2872314- | 4 |

RE: CLAIM AGAINST MEES.

TOTAL        2.00                740.00

CLIENT:108080    O'CONNELL, FINBARR                          PAGE:2
MATTER:99526410    MEESPIERSON N.V. FRANKFURT
OPERATOR:                                    DENIS PETKOVIC
PREBILL #        0.00

OTHER CHARGES
============

| DATE | DESCRIPTION | CATG | AMOUNT | JOB-SE[ |
|------|-------------|------|--------|---------|
|      | VAT TAX - LONDON<br>O'CONNELL FINBARR RE: MEESPIERSON N.V.<br>FRANKFURT (VAT - DEP) | VAT | 129.50 | 120182-1 |

                          TOTAL OTHER CHARGES      $129.50

# Exhibit J

# MAYER, BROWN & PLATT

BUCKLERSBURY HOUSE

3, QUEEN VICTORIA STREET

LONDON, EC4N 8EL, ENGLAND

DENIS PETKOVIC
DIRECT DIAL 0171-246-6207
dpetkovic@mayerbrown.com

MAIN TELEPHONE
0171-246-6200
MAIN FAX
0171-329-4465

## INVOICE

Our Ref: 9924856
VAT Registration No: 24407053070
File No: 99512287

Accounting Date: April 9, 1999
Bill Date: June 2, 1999

Finbarr O'Connell
Joint Liquidator, Griffin Trading Company
c/o Grant Thornton
Grant Thornton House
Melton Street
Euston Square
London NW1 2EP

**Re:    Griffin Trading Company - Client Monies**

**FOR    PROFESSIONAL    SERVICES
RENDERED** in connection with the above referenced
matter for the period ending 17 February, 1999 including
attending meetings with Grant Thornton relating to client
money issues, conduct of claims and administration of
assets (6, 7, 8, 9, 12 January), with the SFA and
Stephenson Harwood to discuss client money issues (7
and 12 January), with GLH (11 January), with
Stephenson Harwood and E. Bettelheim (11 January),
with Mr. Clutterbuck of Counsel (3 February), with
Stephenson Harwood relating to the letter sent to
customers and to review and redraft the affidavit (5, 10
February), with Williamson & Horrocks (10 February),
with Mary McDonnell to discuss client money issues (16
February) and internal meetings relating to customer
agreement issues, client set off letter and client money

45158681.1 60299 1658G 99512287

CHICAGO  BERLIN  CHARLOTTE  COLOGNE  HOUSTON  LONDON  LOS ANGELES  NEW YORK  WASHINGTON
REPRESENTATIVE OFFICES:  ALMATY, ASHGABAT, BISHKEK, MOSCOW, TASHKENT
INDEPENDENT MEXICO CITY CORRESPONDENT:  JAUREGUI, NAVARRETE, NADER Y ROJAS
INDEPENDENT PARIS CORRESPONDENT:  LAMBERT ARMENIADES & LEE

A PARTNERSHIP OF ENGLISH SOLICITORS AND REGISTERED FOREIGN LAWYERS
LIST OF PARTNERS' NAMES OPEN TO INSPECTION AT THE OFFICE STATED ABOVE

issues (25 and 28 January, 3, 4 February); telephone conversations with Stephenson Harwood regarding client money issues (28 January), with the SFA regarding client money issues (28 January), with Grant Thornton regarding documentation required (29 January), with Williamson & Horrocks (10 February), with Grant Thornton regarding customer agreements (10 February); reviewing files of customer agreement documentation provided by GLH and production and review of table detailing the documentation reviewed (7, 8, 11, 12 and 29 January, 1, 2, 8, 9, 11, 16 and 17 February); reviewing and commenting on draft Affidavit of Finbarr O'Connell for Court application (2, 4, 5 and 9 February); research into trust treatment of client money (27 January), customer agreement issues (3 February) and issues raised by the affidavit (9 February); drafting and reviewing correspondence relating to the affidavit, to Williamson & Horrocks and to Mary McDonnell.                    £18,000.77

### Disbursements:

| | |
|---|---|
| Local Transportation | 354.63 |
| Document Preparation | 43.27 |
| Document Reproduction | 510.31 |
| Document Delivery | 11.16 |
| Business Meals | 6.48 |
| Facsimile Transmissions | 72.63 |

|  |  |
|---|---|
|  | £998.48 |
| VAT @ 17.5% | £3,324.87 |
| **TOTAL** | **£22,324.12** |

PAGE: 1

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512287   GRIFFIN TRADING COMPANY - CLIENT MONIES
OPERATOR:                                          DENIS PETKOVIC
PREBILL #      0.00

## DESCRIPTION OF LEGAL SERVICES
================================

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | JOB-SEQ | |
|------|-----------|-------|------|--------|---------|---|
| JAN 06/99 | BLACK, EDWARD B. | 2.00 X | 350.00 = | 700.00 | 2829125- | 5 |

RE:  MEETINGS WITH GRANT THORNTON AND INTERNALLY RE:
CLIENT MONEY ISSUES.

| JAN 07/99 | WIGGLESWORTH, TIMOTHY R. | 7.50 X | 135.00 = | 1012.50 | 2815278- | 1 |

COMPANY SEARCH ON GLH (DERIVATIVES) LTD.; ATTENDING
MEETING AT SFA; ATTENDING AT OFFICES OF GRIFFIN WITH
EDWARD BLACK AND OTHERS; VARIOUS ADMINISTRATION;
ATTENDING FURTHER MEETINGS.

| JAN 07/99 | BLACK, EDWARD B. | 3.00 X | 350.00 = | 1050.00 | 2829126- | 2 |

MEETING AT SFA AND MEETINGS WITH GRANT THORNTON AND
CO-COUNSEL AT MBP RE: CLIENT MONEY ISSUES.

| JAN 08/99 | WIGGLESWORTH, TIMOTHY R. | 7.00 X | 135.00 = | 945.00 | 2817492- | 3 |

ATTENDING AT GRIFFIN OFFICES WITH EDWARD BLACK AND
MICHAEL PABST; RESEARCH FOR DENIS PETKOVIC IN CONNECTION
WITH TRACING AND SET OFF; VARIOUS ADMINISTRATIVE TASKS;
EXAMINING CLIENT AGREEMENTS.

| JAN 08/99 | PETKOVIC, DENIS | 5.50 X | 475.00 = | 2612.50 | 2823656- | 3 |

CONFERENCE WITH LIQUIDATOR ET AL AND REVIEW DOCUMENTS.

| JAN 08/99 | BLACK, EDWARD B. | 2.00 X | 350.00 = | 700.00 | 2829127- | 4 |

MEETINGS AND RESEARCH AT MBP & CLIENT RE: CONDUCT OF
CLAIMS AND ADMINISTRATION OF ASSETS RE: CLIENT MONEY.

| JAN 11/99 | PABST, MICHAEL J. | 1.50 X | 300.00 = | 450.00 | 2823584- | 2 |

MEET GLH.

| JAN 11/99 | BLACK, EDWARD B. | 2.50 X | 350.00 = | 875.00 | 2829129- | 2 |

MEETING GRANT THORNTON AND GLH, MEETING STEPHENSON
HARWOOD, MEETING E. BETTELHEIM, GRANT THORNTON RE: CLIENT
MONEY ISSUES.

| JAN 12/99 | BLACK, EDWARD B. | 2.50 X | 350.00 = | 875.00 | 2829130- | 3 |

MEETING SFA, STEPHENSON HARWOOD, GRANT THORNTON RE:
CLIENT MONEY ISSUES.

| JAN 13/99 | BLACK, EDWARD B. | 1.25 X | 350.00 = | 437.50 | 2829131- | 4 |

FURTHER WORK ON ISSUES RELATING TO GRIFFIN CONTRACTUAL
RELATIONSHIPS RE: CLIENT MONEY.

MAYER BROWN & PLATT
FEBRUARY 17, 1999

PAGE:2

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512287   GRIFFIN TRADING COMPANY - CLIENT MONIES
OPERATOR:                                       DENIS PETKOVIC
PREBILL #      0.00

DESCRIPTION OF LEGAL SERVICES
==============================

| DATE | TIMEKEEPER | HOURS | RATE | | AMOUNT | JOB-SEQ | |
|------|-----------|-------|------|---|--------|---------|---|

JAN 25/99 WIGGLESWORTH, TIMOTHY R.   1.50  X 135.00 =   202.50 2842528-   4
          GRIFFIN MEETING RE: BILLS/STATUS WITH DENIS PETKOVIC,
          EDWARD BLACK AND MICHAEL PABST.


JAN 25/99 PETKOVIC, DENIS            1.00  X 500.00 =   500.00 2842934-   6
          INTERNAL MEETING.

JAN 27/99 BLACK, EDWARD B.           1.50  X 370.00 =   555.00 2842511-   4
          RESEARCH RE: LEGAL ISSUES - CLIENT MONEY TRUST TREATMENT.

JAN 28/99 PABST, MICHAEL J.          1.00  X 315.00 =   315.00 2842932-   4
          INTERNAL MEETING RE: FILES.

JAN 28/99 BLACK, EDWARD B.           2.00  X 370.00 =   740.00 2842518-   3
          TELEPHONE CONVERSATION WITH S.H. AND SFA RE: CLIENT MONEY
          ISSUES.

JAN 28/99 BLACK, EDWARD B.           1.50  X 370.00 =   555.00 2842518-   2
          CLIENT MONEY - MEETING WITH M. PABST AND T. WIGGLESWORTH
          RE: CUSTOMER AGREEMENT ISSUES AND COMMENCE REVIEW OF
          CUSTOMER AGREEMENTS.

JAN 28/99 WIGGLESWORTH, TIMOTHY R.   0.75  X 135.00 =   101.25 2842531-   2
          MEETING WITH EDWARD BLACK/MICHAEL PABST RE: CUSTOMER
          AGREEMENTS.

JAN 29/99 BLACK, EDWARD B.           2.00  X 370.00 =   740.00 2842512-   1
          REVIEW OF CUSTOMER AGREEMENTS AND INSTRUCT T.
          WIGGLESWORTH; REVIEW REPORT OF G.T.; TELEPHONE
          CONVERSATION WITH G.T. RE: REQUIRED DOCUMENTS.

FEB 01/99 WIGGLESWORTH, TIMOTHY R.   3.50  X 135.00 =   472.50 2848450-   6
          CONTINUED EXAMINATION OF CUSTOMER AGREEMENTS.

FEB 02/99 PABST, MICHAEL J.          0.50  X 350.00 =   175.00 2849685-   4
          REVIEWING DRAFT AFFIDAVIT AND COMMENTING ON SAME.

FEB 02/99 WIGGLESWORTH, TIMOTHY R.   3.00  X 135.00 =   405.00 2850673-   1
          CONTRACTUAL EXAMINATION OF CUSTOMER AGREEMENTS;
          MEMORANDA.

FEB 02/99 BLACK, EDWARD B.           1.50  X 370.00 =   555.00 2874201-   5
          LETTER IN AND MEMO OUT RE CLIENT MONEY AND RE AFFIDAVIT

MATER/BROWN PLATT
FEBRUARY 19, 1999

PAGE:3

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512287   GRIFFIN TRADING COMPANY - CLIENT MONIES
OPERATOR:                                           DENIS PETKOVIC
PREBILL #      0.00

DESCRIPTION OF LEGAL SERVICES
==============================

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | JOB-SEQ | |
|------|-----------|-------|------|--------|---------|---|

FOR APPLICATION.

FEB 03/99 WIGGLESWORTH, TIMOTHY R.     1.50 X 135.00 =   202.50 2850674-   3
          MEETING WITH EDWARD BLACK & MICHAEL PABST RE: CUSTOMER
          AGREEMENTS.

FEB 03/99 PABST, MICHAEL J.            0.25 X 350.00 =    87.50 2850783-   1
          MEET EBB & TW TO DISCUSS PROVISION OF CLIENT CONTRACTS.

FEB 03/99 BLACK, EDWARD B.             6.00 X 370.00 =  2220.00 2874202-   1
          PREPARE FOR AND TRAVEL TO AND FROM CONFERENCE WITH
          COUNSEL (5.0); CONFER WITH T. WIGGLESWORTH AND M. PABST;
          AND RESEARCH RE: CUSTOMER AGREEMENT ISSUES (1.0).

FEB 04/99 PABST, MICHAEL J.            1.50 X 350.00 =   525.00 2852664-   2
          INTERNAL DISCUSSIONS RE; GLH CUSTOMER AGREEMENT AND
          CLIENT SET OFF LETTER (1.5).

FEB 04/99 BLACK, EDWARD B.             1.75 X 370.00 =   647.50 2874203-   7
          CONFER WITH D. PETKOVIC AND M. PABST RE: CLIENT MONEY
          ISSUES; CONTINUE REVIEW OF DRAFT AFFIDAVIT FOR CLIENT
          MONEY APPLICATION.

FEB 05/99 BLACK, EDWARD B.             4.00 X 370.00 =  1480.00 2872311-   2
          REVIEW AFFIDAVIT OF FINBARR O'CONNELL; DISCUSS LETTER TO
          CUSTOMERS AND OTHER ISSUES AT STEPHENSON HARWOOD.

FEB 08/99 WIGGLESWORTH, TIMOTHY R.     2.50 X 135.00 =   337.50 2855663-   4
          CONTINUING WITH CUSTOMER AGREEMENT DOCUMENTATION.

FEB 09/99 WIGGLESWORTH, TIMOTHY R.     2.00 X 135.00 =   270.00 2861762-   4
          CONTINUING CUSTOMER AGREEMENT REVIEW; DISCUSSING
          MEMORANDUM WITH EDWARD BLACK.

FEB 09/99 BLACK, EDWARD B.             2.00 X 370.00 =   740.00 2874212-   7
          RESEARCH RE ISSUES RAISED BY AFFIDAVIT AND AMENDING SAME.

FEB 10/99 WIGGLESWORTH, TIMOTHY R.     2.50 X 135.00 =   337.50 2861763-   2
          MEMORANDUM IN CONNECTION WITH CUSTOMER AGREEMENTS
          CONTINUED.

FEB 10/99 BLACK, EDWARD B.             8.50 X 370.00 =  3145.00 2874216-   2
          TELEPHONE CONVERSATION AND MEET WITH BRYANT OF WILLIAMSON

Case 98-41742   Doc 472-1   Filed 12/22/00   Entered 12/26/00 00:00:00   Desc
Pleading   Page 233 of 181 ATT
MAYER, BROWN & PLATT
FEBRUARY 17, 1999

PAGE:4

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512287   GRIFFIN TRADING COMPANY - CLIENT MONIES
OPERATOR:                                        DENIS PETKOVIC
PREBILL #      0.00

DESCRIPTION OF LEGAL SERVICES
==============================

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | JOB-SEQ |
|------|-----------|-------|------|--------|---------|

& HORROCKS (AND TRAVEL TO AND FROM) AND MEET WITH ZARA
RAMPRAKASH AT STEPHENSON HARWOOD AND CONTINUE REVIEW OF
AFFIDAVIT BEFORE MEETING AND REDRAFT AFFIDAVIT AFTER
MEETING; AND RE CUSTOMER AGREEMENT REVIEW IN RESPONSE TO
PHONE CALL FROM FINBARR O'CONNELL.


FEB 11/99 WIGGLESWORTH, TIMOTHY R.      2.00 X 135.00 =   270.00 2861766-   2
          CONTINUING WITH CUSTOMER AGREEMENT REVIEW; DISCUSSING
          WITH EDWARD BLACK.

FEB 12/99 WIGGLESWORTH, TIMOTHY R.      0.50 X 135.00 =    67.50 2861768-   3
          FAX TO MARY MCDONNELL; TELEPHONE CALLS WITH MARY
          MCDONNELL; DISCUSSING WITH EDWARD BLACK.

FEB 12/99 BLACK, EDWARD B.              0.50 X 370.00 =   185.00 2875036-   3
          CONSIDER CUSTOMER AGREEMENT ISSUES IN LIGHT OF CLIENT
          MONEY APPLICATION.


FEB 15/99 WIGGLESWORTH, TIMOTHY R.      0.50 X 135.00 =    67.50 2862743-   4
          MESSAGE FROM ZARA RAMPRAKASH; DISCUSSING WITH EDWARD
          BLACK; COPY OF WALSH FILE.

FEB 15/99 BLACK, EDWARD B.              2.00 X 370.00 =   740.00 2872312-   4
          RE CLIENT MONEY:  CONSIDER POINTS MADE BY W & H AND DRAFT
          LETTER TO W & H; REVIEW CASE CITED BY W & H.

FEB 15/99 BLACK, EDWARD B.              2.00 X 370.00 =   740.00 2872312-   8
          REVIEW AND REVISE T.W. MEMO RE: CUSTOMER AGREEMENTS.

FEB 16/99 WIGGLESWORTH, TIMOTHY R.      3.00 X 135.00 =   405.00 2865253-   6
          DISCUSSIONS WITH EDWARD BLACK; FURTHER WORK ON CUSTOMER
          AGREEMENTS TABLE/MEMORANDUM.

FEB 16/99 BLACK, EDWARD B.              1.00 X 370.00 =   370.00 2872313-   3
          RE: CLIENT MONEY ISSUES - VARIOUS TELEPHONE CONVERSATIONS
          AND FAXES IN AND OUT.

FEB 16/99 BLACK, EDWARD B.              0.75 X 370.00 =   277.50 2872313-   4
          MEETING WITH M. MCDONNELL RE: CLIENT MONEY ISSUES.

FEB 17/99 WIGGLESWORTH, TIMOTHY R.      3.50 X 135.00 =   472.50 2866223-   1
          COMPLETION OF CUSTOMER AGREEMENT REVIEW AND MEMORANDA;

MAYER, BROWN & PLATT
FEBRUARY 17, 1999

PAGE:5

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512287   GRIFFIN TRADING COMPANY - CLIENT MONIES
OPERATOR:                                          DENIS PETKOVIC
PREBILL #      0.00

DESCRIPTION OF LEGAL SERVICES
==============================

| DATE | TIMEKEEPER | HOURS | RATE | AMOUNT | JOB-SEQ |
|------|-----------|-------|------|--------|---------|

DISCUSSIONS WITH EDWARD BLACK.

FEB 17/99 BLACK, EDWARD B.              1.50  X 370.00 =   555.00 2872314-    3
          CLIENT MONEY: RE: CUSTOMER AGREEMENTS MEMO.

                    TOTAL    104.25           29,116.25

MAYER, BROWN & PLATT
FEBRUARY 19, 1999

CLIENT:108080   O'CONNELL, FINBARR                              PAGE:6
MATTER:99512287   GRIFFIN TRADING COMPANY - CLIENT MONIES
OPERATOR:
                                                    DENIS PETKOVIC
PREBILL #     0.00

OTHER CHARGES
=============

| DATE | DESCRIPTION | CATG | AMOUNT | JOB-SEQ |
|------|-------------|------|--------|---------|
| JAN 14/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 4645   VENDOR:CITY CAR SERVICES TO<br>TEDDINGTON | 09LT | 63.70 | 118152-7 |
| JAN 14/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 4645   VENDOR:CITY CAR SERVICES TO<br>CAMBRIDGE | 09L | 127.43 | 118152-8 |
| JAN 14/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 4645   VENDOR:CITY CAR SERVICES TO W1 | 09LT | 20.94 | 118152-9 |
| JAN 14/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 4645   VENDOR:CITY CAR SERVICES TO<br>ORPINGTON CHATHAM KENT | 09LT | 104.73 | 118152-10 |
| JAN 15/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 810589   VENDOR:COMPUTER CAB TO SW1 | 09LT | 25.17 | 117417-153 |
| JAN 27/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY BROOME, SARA M. FOR BLACK,<br>EDWARD B. | 30L | 20.00 | 116618-23 |
| JAN 28/99 | DOCUMENT REPRODUCTION - LONDON | 44 | 8.76 | 116572-48 |
| JAN 28/99 | DOCUMENT REPRODUCTION - LONDON<br>TIW | 44 | 12.78 | 116572-114 |
| JAN 28/99 | DOCUMENT REPRODUCTION - LONDON<br>TIW | 44 | 53.32 | 116572-264 |
| FEB 01/99 | DOCUMENT PREPARATION-LONDON<br>PERFORMED BY SMITH, DEBBIE FOR<br>WIGGLESWORTH, TIMOTHY R. | 30L | 50.00 | 116590-3 |
| FEB 01/99 | DOCUMENT REPRODUCTION - LONDON | 44 | 2.55 | 116815-238 |
| FEB 02/99 | DOCUMENT REPRODUCTION - LONDON | 44 | 83.14 | 116842-115 |
| FEB 02/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0012028610472 | 84 | 79.94 | 116842-221 |
| FEB 03/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO   0013127069105 | 84 | 13.39 | 117517-233 |

MAYER, BROWN & PLATT
FEBRUARY 9, 1999

CLIENT:108080   O'CONNELL, FINBARR                                    PAGE:7
MATTER:99512287   GRIFFIN TRADING COMPANY - CLIENT MONIES
OPERATOR:
PREBILL #      0.00                                      DENIS PETKOVIC

OTHER CHARGES
=============

| DATE | DESCRIPTION | CATG | AMOUNT | JOB-SEQ |
|---|---|---|---|---|
| FEB 03/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 84 | 13.39 | 117517-10 |
| FEB 03/99 | DOCUMENT REPRODUCTION - LONDON | 44 | 1.81 | 117517-97 |
| FEB 03/99 | DOCUMENT REPRODUCTION - LONDON | 44 | 4.35 | 117517-85 |
| FEB 04/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 818442   VENDOR:COMPUTER CAB<br>TO NBW11 | 09LT | 42.80 | 119383-24 |
| FEB 04/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 818442   VENDOR:COMPUTER CAB<br>TO SW1 | 09LT | 29.85 | 119383-23 |
| FEB 05/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 818442   VENDOR:COMPUTER CAB<br>TO NW11 | 09L | 64.25 | 119383-33 |
| FEB 09/99 | FACSIMILE TRANSMISSION - LONDON<br>CALL PLACED TO  0013127017711 | 84 | 8.96 | 117210-63 |
| FEB 10/99 | DOCUMENT REPRODUCTION - LONDON | 44 | 0.36 | 117210-88 |
| FEB 11/99 | LOCAL TRANSPORTATION - LONDON<br>INV#: 818442   VENDOR:COMPUTER CAB<br>TO NW11 | 09LT | 50.36 | 119383-72 |
| FEB 11/99 | DOCUMENT REPRODUCTION - LONDON<br>TIW | 44 | 32.06 | 117211-29 |
| FEB 11/99 | DOCUMENT REPRODUCTION - LONDON<br>TIW | 44 | 26.66 | 117211-13 |
| FEB 11/99 | DOCUMENT REPRODUCTION - LONDON | 44 | 14.41 | 117211-81 |
| FEB 11/99 | DOCUMENT DELIVERY-LONDON<br>INV#: 30523   VENDOR:BONDS PLC TO EC4 | 54 | 6.57 | 117802-93 |
| FEB 11/99 | DOCUMENT DELIVERY-LONDON<br>INV#: 30523   VENDOR:BONDS PLC TO E14 | 54 | 11.49 | 117802-98 |
| FEB 12/99 | FACSIMILE TRANSMISSION - LONDON | 84 | 1.80 | 117211-44 |

PAGE:8

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99512287   GRIFFIN TRADING COMPANY - CLIENT MONIES
OPERATOR:
                                              DENIS PETKOVIC
PREBILL #      0.00

OTHER CHARGES
============

| DATE | DESCRIPTION | CATG | AMOUNT | JOB-SEQ |
|------|-------------|------|--------|---------|
| | CALL PLACED TO 4055693 | | | |
| FEB 12/99 | DOCUMENT REPRODUCTION - LONDON TIW | 44 | 21.94 | 117211-37 |
| FEB 12/99 | DOCUMENT REPRODUCTION - LONDON TIW | 44 | 31.29 | 117211-370 |
| FEB 15/99 | BUSINESS MEALS - LONDON INV#: CHIT 48  VENDOR:EDWARD BLACK (DINNER) | 10L | 10.49 | 119818-6 |
| FEB 15/99 | DOCUMENT REPRODUCTION - LONDON | 44 | 13.75 | 117211-90 |
| FEB 15/99 | DOCUMENT REPRODUCTION - LONDON TIW | 44 | 51.03 | 117211-84 |
| FEB 16/99 | LOCAL TRANSPORTATION - LONDON INV#: 4920  VENDOR:CITY CAR SERVICES TO NW2 | 09LT | 34.33 | 118152-27 |
| FEB 16/99 | LOCAL TRANSPORTATION - LONDON INV#: 818442  VENDOR:COMPUTER CAB TO EC4 | 09L | 10.07 | 119383-11 |
| FEB 16/99 | DOCUMENT REPRODUCTION - LONDON KB | 44 | 164.05 | 117700-22 |
| FEB 16/99 | DOCUMENT REPRODUCTION - LONDON | 44 | 5.06 | 117700-24 |
| FEB 16/99 | DOCUMENT REPRODUCTION - LONDON | 44 | 1.08 | 117700-24 |
| FEB 16/99 | DOCUMENT REPRODUCTION - LONDON | 44 | 49.14 | 117700-33 |
| FEB 16/99 | DOCUMENT REPRODUCTION - LONDON | 44 | 247.89 | 117700-34 |
| | VAT TAX - LONDON O'CONNELL FINBARR RE: GRIFFIN TRADING COMPANY (VAT - DEP) | VAT | 5377.94 | 120387-1 |

TOTAL OTHER CHARGES   $6,993.03

CLIENT:108080    O'CONNELL, FINBARR
MATTER:99512287   GRIFFIN TRADING COMPANY - CLIENT MONIES
OPERATOR:                                          DENIS PETKOVIC
PREBILL #      0.00

|                                  |         |           | VARIANCE |
| TIMEKEEPER & COST SUMMARY        | HOURS   | AMOUNT    | (+ OR -) |
|----------------------------------|---------|-----------|----------|
| BLACK, EDWARD B.                 | 51.75   | 18,882.50 | _____  |
| PETKOVIC, DENIS                  | 6.50    | 3,112.50  | _____  |
| WIGGLESWORTH, TIMOTHY R          | 41.25   | 5,568.75  | _____  |
| PABST, MICHAEL J.                | 4.75    | 1,552.50  | _____  |
|                                  |         |           |          |
| TOTAL TIME                       | 104.25  | 29,116.25 |          |

| 09L   | LOCAL TRANSPORTATION - LOND  | 201.75   | _____ |
| 09LT  | LOCAL TRANSPORTATION - LOND  | 371.88   | _____ |
| 10L   | BUSINESS MEALS - LONDON      | 10.49    | _____ |
| 30L   | DOCUMENT PREPARATION-LONDON  | 70.00    | _____ |
| 44    | DOCUMENT REPRDCT - LONDON    | 825.43   | _____ |
| 54    | DOCUMENT DELIVERY-LONDON     | 18.06    | _____ |
| 84    | FACSIMILE TRANS.-LONDON      | 117.48   | _____ |
| ITEMIZED DETAIL               |                  | 6,993.03 |         |

NET COMBINED TIME & OTHER CHARGES                     $36,109.28

                          ----------- DATE OF -----------
     AVERAGE TIME RATE     LAST BILLING        LAST PAYMENT
        $279.29             DEC 21/99           AUG 27/99

                               BALANCES
==================================================================
     MATTER A/R     CLIENT UNAPPLIED    MATTER UNAPPLIED    RETAINER
        0.00              0.00               0.00             0.00

                                              ---------
                    TOTAL ACCOUNTS RECEIVABLE:     $0.00

# Exhibit K

MAYER BROWN & PLATT

BUCKLERSBURY HOUSE

3. QUEEN VICTORIA STREET

LONDON, EC4N 8EL. ENGLAND

DENIS PETKOVIC
Direct Dial 0171-246-6207
dpetkovic@mayerbrown.com

# INVOICE

Our Ref: 9986857                                    Accounting Date: December 21, 1999
VAT Registration No: 24407053070                    Bill Date: December 21, 1999
File No: 99512287

Finbarr O'Connell
Joint Liquidator, Griffin Trading Company
c/o Grant Thornton
Grant Thornton House
Melton Street
Euston Square
London NW1 2EP

Re:   **Griffin Trading Company - Client Monies**

**FOR   PROFESSIONAL   SERVICES
RENDERED** in connection with the above referenced
matter for the period ending 21 December, 1999 including
telephone conversations with Mishcon de Reya,
Stephenson Harwood and client re client money
application (18 February); meeting at client's offices (19
February); commence review of Finbarr O'Connell
affidavit (22 February); review draft affidavit of Finbarr
O'Connell; further correspondence with Williamson &
Horrocks (24 February); review and comment on draft
affidavit of Finbarr O'Connell; telephone conversation
with Clutterbuck re same and review opinion of Saini and
discuss with Clutterbuck; internal meeting re same;
telephone conference with German counsel (25 February);
consider documents; reviewing faxes from Williamson &
Horrocks; telephone conversations with German counsel

36183270 1 122199 1827G 99512287

December 21, 1999
Page 2

(26 February); brief review of Heuking Kuhn opinion and
Finbarr O'Connell affidavit (28 February); conference and
conversations with Rabinowitz - confer before and after
conference; consider preliminary note of Rabinowitz;
telephone conversation with Hanbury; telephone
conversations with German counsel; review and
comments on draft affidavit; telephone conversation with
Stephenson Harwood (1 March); internal discussion re
status (3 March); telephone conference with client to
update on present position (4 March); travel to and attend
meeting of clients at Stephenson Harwood (22 March);
review papers in from Stephenson Harwood (10 May).                     £7,551.01

### Disbursements:

| | |
|---|---|
| Local Transportation | 82.25 |
| Automated Research | 29.75 |
| Document Preparation | 25.03 |
| Document Reproduction | 78.50 |
| Telephone | 28.94 |
| Facsimile Transmissions | 69.23 |

                                                                        £313.70

VAT @ 17.5%
                                                                      £1,376.32

**TOTAL**
                                                                    **£9,241.03**

MAYER, BROWN & PLATT

Client ID. : 108080   O'CONNELL, FINBARR

Prebill No.: 168.002                     Bill Date   : Dec 20/99
Operator  : OCT31A                       Cut-off Date: Oct 31/99

Matter ID. : 99512287   GRIFFIN TRADING COMPANY - CLIENT MONIES
====================================================================

------------------------ MATTER INFORMATION ------------------------

Opened  : Jan 07/99
Closed  :

Bill Atty: 2457 PETKOVIC DENIS          (11)
Resp Atty: 4341 PABST MICHAEL J.        (11)

Office  : 50   MAYER, BROWN & PLATT - LONDON  Matter Status: O
Departmnt: FIN   FINANCE

Contact : FINBARR O'CONNELL
          O'CONNELL, FINBARR

Addr Code: MAIN

          FINBARR O'CONNELL
          GRANT THORNTON HOUSE
          MELTON STREET
          EUSTON SQUARE
          LONDON NW1 2EP,     UNIK

------------------------ UNBILLED TIME ------------------------

| Date | TKPR Name | Hours | Rate | Job-Seq | Amount |
|------|-----------|-------|------|---------|--------|
| Feb 18/99 | BLACK, EDWARD B. | 1.00 | 370.00 | 2872319-5 | 370.00 |
| | Telephone conversations with Mishcons and Stephenson Harwood and Grant Thornton re: client money application. | | | | |
| Feb 18/99 | BLACK, EDWARD B. | 0.50 | 370.00 | 2872319-8 | 185.00 |
| | General issues re: treatment of creditors claims. | | | | |
| Feb 19/99 | BLACK, EDWARD B. | 2.00 | 370.00 | 2874218-3 | 740.00 |
| | Meeting at Grant Thornton re: client money and other matters (client money portion and commence review of draft application (including travel time). | | | | |
| Feb 19/99 | BLACK, EDWARD B. | 0.75 | 370.00 | 2874218-4 | 277.50 |
| | Meeting at Grant Thornton re: client money and other matters (Tullett and Park claim | | | | |

MAYER, BROWN & PLATT

Client ID. : 108080    O'CONNELL, FINBARR
Matter ID. : 99512287    GRIFFIN TRADING COMPANY - CLIENT MONIES

| Date | TKPR Name | Hours | Rate | Job-Seq | Amount |
|------|-----------|-------|------|---------|--------|
| | portion). | | | | |
| Feb 19/99 | BLACK, EDWARD B. | 0.75 | 370.00 | 2874218-5 | 277.50 |
| | Meeting at Grant Thornton re: client money and other matters: general matters. | | | | |
| Feb 22/99 | BLACK, EDWARD B. | 2.00 | 370.00 | 2877097-5 | 740.00 |
| | Commence review of Finbarr O'Connell affidavit. | | | | |
| Feb 24/99 | BLACK, EDWARD B. | 1.50 | 370.00 | 2878923-6 | 555.00 |
| | Review draft affidavit of Finbarr O'Connell re client money and further correspondence with Williamson & Horrocks. | | | | |
| Feb 25/99 | PABST, MICHAEL J. | 2.00 | 350.00 | 2877065-1 | 700.00 |
| | Draft memo to German counsel (1.5). Review background materials (.5) | | | | |
| Feb 25/99 | BLACK, EDWARD B. | 2.00 | 370.00 | 2878924-1 | 740.00 |
| | Review and comment on draft affidavit of Finbarr O'Connell. Telephone conversation with Clulteruck re same and review opinion of Saini and discuss with Clulterbuck. | | | | |
| Feb 25/99 | BLACK, EDWARD B. | 2.75 | 370.00 | 2878924-2 | 1,017.50 |
| | Internal meeting with D. Petkovic and M. Pabst re client money application and Mees claim; conference with M. Pabst and telephone conversation with German counsel re: Mees claim; review and amend memo of M. Pabst to German counsel. | | | | |
| Feb 26/99 | PETKOVIC, DENIS | 1.00 | 500.00 | 2911283-8 | 500.00 |
| | Consider documents. | | | | |
| Feb 26/99 | PABST, MICHAEL J. | 1.75 | 350.00 | 2878895-2 | 612.50 |
| | Reviewing faxes from Williamson & Horrocks re: German claim. | | | | |
| Feb 26/99 | BLACK, EDWARD B. | 0.75 | 370.00 | 2878925-2 | 277.50 |
| | Conference with M. Pabst and amend memo re Mees claim; telephone conversations with German counsel and telephone conversation with M. Tappin re Mees. | | | | |
| Feb 28/99 | BLACK, EDWARD B. | 0.50 | 370.00 | 2878926-2 | 185.00 |
| | Brief review of Heuking Kuhn opinion and F. O'Connell affidavit. | | | | |
| Mar 01/99 | BLACK, EDWARD B. | 4.25 | 370.00 | 2890060-2 | 1,572.50 |
| | Conference with Rabinowitz and telephone conversations with Rabinowitz re TNT claim. Confer before and after conference. Consider preliminary note of Rabinowitz; telephone conversation with Hanbury re: issues. | | | | |
| Mar 01/99 | BLACK, EDWARD B. | 1.25 | 370.00 | 2890060-1 | 462.50 |
| | Telecons with German counsel re: advice | | | | |

MAYER, BROWN & PLATT

Client ID. : 108080    O'CONNELL, FINBARR
Matter ID. : 99512287    GRIFFIN TRADING COMPANY - CLIENT MONIES

| Date | TKPR Name | Hours | Rate | Job-Seq | Amount |
|------|-----------|-------|------|---------|--------|
| | concerning claim against MPD. | | | | |
| Mar 01/99 | BLACK, EDWARD B. | 0.75 | 370.00 | 2890060-6 | 277.50 |
| | Review and comments on draft affidavit. | | | | |
| Mar 01/99 | WIGGLESWORTH, TIMOTHY R. | 0.25 | 135.00 | 2897684-5 | 33.75 |
| | Telephone call with Zara Ramprakash; copy of GLH Agreement to Zara, | | | | |
| Mar 03/99 | BLACK, EDWARD B. | 0.25 | 370.00 | 2890062-4 | 92.50 |
| | Conference with D. Petkovic re client money application and MeesPierson issue. | | | | |
| Mar 04/99 | PABST, MICHAEL J. | 0.25 | 350.00 | 2888944-1 | 87.50 |
| | Teleconference with client to update (.25). | | | | |
| Mar 22/99 | PABST, MICHAEL J. | 2.50 | 350.00 | 2907747-2 | 875.00 |
| | Travel to attend meeting of clients at Stephenson Harwood. | | | | |
| Mar 23/99 | BLACK, EDWARD B. | 0.20 | 370.00 | 2920682-5 | 74.00 |
| | Re Tulletts export issues - fax out and confer with Anthony Belchambers (.20). | | | | |
| Apr 20/99 | PABST, MICHAEL J. | 0.50 | 350.00 | 2955111-1 | 175.00 |
| | Review draft application re UK client moneys (.3).   Internal memo to MBP chicgao re same (.2). | | | | |
| May 10/99 | BLACK, EDWARD B. | 0.50 | 370.00 | 2990012-3 | 185.00 |
| | Papers in from SH. | | | | |
| Jul 28/99 | PABST, MICHAEL J. | 3.00 | 350.00 | 3077633-1 | 1,050.00 |
| | Attend meeting at SH with client moneys representative.   Conversation with client re same. | | | | |
| | TOTAL | 32.95 | | | 12,062.75 |

Dec 21/99    MAYER, BROWN & PLATT
Case 98-41742   Doc 472-1  Filed 12/21/00  Entered 12/26/00 00:00:00  Desc  Page:4
Pleading  Page 155 of 184

Client ID. : 108080   O'CONNELL, FINBARR
Matter ID. : 99512287   GRIFFIN TRADING COMPANY - CLIENT MONIES

-------------------------- UNBILLED COST --------------------------

| Date | Cost Type | Ref or Check# | TKPR | Job-Seq | Qty | Amount |
|------|-----------|---------------|------|---------|-----|--------|
| Feb 18/99 | 09L  LOCAL TRANSPORT 416650 Inv#: 818442  Vendor:COMPUTER CAB to SW13 | | | 119383-131 | | 64.45 |
| Feb 18/99 | 30L  DOCUMENT PREPAR PERFORMED BY WRIGHT, AMANDA J. FOR WIGGLESWORTH, TIMOTHY R. | | 3717 | 117323-41 | 60 | 40.00 |
| Feb 18/99 | 44   DOCUMENT REPRDC TIW | | 4114 | 117538-283 | 22 | 7.99 |
| Feb 19/99 | 74   TELEPHONE - LON 421183 Inv#: CHIT 50  Vendor:EDWARD BLACK (TELEPHONE CALLS) | | 2419 | 120384-28 | | 11.70 |
| Feb 19/99 | 44   DOCUMENT REPRDC TIW | | 4114 | 117753-10 | 24 | 8.71 |
| Feb 19/99 | 44   DOCUMENT REPRDC | | 4114 | 117753-108 | 28 | 10.16 |
| Feb 19/99 | 44   DOCUMENT REPRDC TIW | | 4114 | 117753-115 | 53 | 19.24 |
| Feb 20/99 | 24   AUTOMATED RESEA 411738 Inv#: 6424368  Vendor:CRONER PUBLICATIONS | | 0374 | 118152-39 | | 35.84 |
| Feb 24/99 | 09LT LOCAL TRANSPORT 416650 Inv#: 818442  Vendor:COMPUTER CAB to NW11 | | | 119383-161 | | 66.94 |
| Feb 25/99 | 84   FACSIMILE TRANS Call placed to  8317907 | | 5654 | 117792-65 | 18 | 30.25 |
| Feb 25/99 | 44   DOCUMENT REPRDC | | 2419 | 117792-102 | 60 | 21.35 |
| Feb 25/99 | 44   DOCUMENT REPRDC | | 2419 | 117792-108 | 12 | 4.27 |
| Feb 25/99 | 84   FACSIMILE TRANS Call placed to  3834077 | | 5647 | 117792-140 | 2 | 3.40 |
| Feb 25/99 | 44   DOCUMENT REPRDC | | 2419 | 117792-146 | 2 | 0.71 |
| Feb 25/99 | 44   DOCUMENT REPRDC | | 4341 | 117792-163 | 20 | 7.12 |
| Feb 25/99 | 84   FACSIMILE TRANS Call placed to  004969746539 | | 5560 | 117792-229 | 26 | 48.01 |
| Feb 25/99 | 44   DOCUMENT REPRDC | | 2419 | 117792-254 | 11 | 3.91 |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 2419 | 117918-186 | 18 | 6.38 |
| Feb 28/99 | 24   AUTOMATED RESEA 413407 Inv#: 9902011745  Vendor:LEXIS-NEXIS | | 0374 | 118518-6 | | 11.67 |
| Mar 01/99 | 84   FACSIMILE TRANS Call placed to  2483206 | | 5647 | 118410-91 | 7 | 11.79 |
| Mar 01/99 | 44   DOCUMENT REPRDC | | 3955 | 118410-87 | 6 | 2.13 |
| Mar 01/99 | 84   FACSIMILE TRANS Call placed to  4109217 | | 5647 | 118410-94 | 7 | 11.95 |
| Mar 04/99 | 84   FACSIMILE TRANS Call placed to  3834077 | | 5647 | 118435-213 | 3 | 5.20 |
| Mar 08/99 | 44   DOCUMENT REPRDC | | 4114 | 118459-53 | 9 | 3.20 |
| Mar 08/99 | 44   DOCUMENT REPRDC | | 4114 | 118459-95 | 25 | 8.88 |

Client ID. : 108080      O'CONNELL, FINBARR
Matter ID. : 99512287    GRIFFIN TRADING COMPANY - CLIENT MONIES

| Date | Cost Type | Ref or Check# | TKPR | Job-Seq | Qty | Amount |
|------|-----------|---------------|------|---------|-----|--------|
| Mar 10/99 | 74   TELEPHONE - LON 1.3.99 | | 2917 | 118668-212 | | 1.27 |
| Mar 10/99 | 74   TELEPHONE - LON 16.2.99 | | 2917 | 118668-220 | | 4.65 |
| Mar 10/99 | 74   TELEPHONE - LON 1.3.99 | | 2917 | 118668-216 | | 15.90 |
| Mar 10/99 | 74   TELEPHONE - LON 1.3.99 | | 2917 | 118668-215 | | 9.40 |
| Mar 29/99 | 44   DOCUMENT REPRDC TIW | | 4114 | 119315-35 | 35 | 12.61 |
| Mar 29/99 | 74   TELEPHONE - LON 26.03.99 | | 5913 | 119315-228 | | 3.31 |
| Apr 14/99 | 44   DOCUMENT REPRDC | | 3955 | 120164-43 | 3 | 1.07 |
| Oct 11/99 | 44   DOCUMENT REPRDC | | 3717 | 129989-180 | 21 | 7.68 |
| Dec 21/99 | VAT   VAT tax - Londo | | | 132436-1 | | 2,198.68 |

O'Connell Finbarr re: Griffin Trading Company
- Client Monies (VAT - DEP)

                          TOTAL                                2,699.82

# Exhibit L

# MAYER, BROWN & PLATT

BUCKLERSBURY HOUSE

3, QUEEN VICTORIA STREET

LONDON, EC4N BEL, ENGLAND

DENIS PETKOVIC
DIRECT DIAL 0171-246-6207
dpetkovic@mayerbrown.com

MAIN TELEPHONE
0171-246-6200
MAIN FAX
0171-329-4465

## INVOICE

Our Ref: 9986898
VAT Registration No: 24407053070
File No: 99526410

Accounting Date: December 21, 1999
Bill Date: December 21, 1999

Finbarr O'Connell
Joint Liquidator, Griffin Trading Company
c/o Grant Thornton
Grant Thornton House
Melton Street
Euston Square
London NW1 2EP

Re: **Meespierson N.V. Frankfurt**

**FOR PROFESSIONAL SERVICES
RENDERED** in connection with the above referenced
matter for the period ending 21 December, 1999 including
visit to counsel and study instructions; telephone
conference with German counsel; letter of advice to client
(1 March); review draft letter and associated
correspondence and internal discussion re same (8
March); letter to liquidators re German claim (11 March,
1999); letters to Williamson & Horrocks re MeesPierson
(22 March); letter to Williamson & Horrocks (23 March);
fax updating current status to client (24 May).

£3,888.88

**Disbursements:**

| | |
|---|---|
| Document Preparation | 6.25 |
| Document Reproduction | 2.48 |

36183274 1 122199 1906G 99526410

CHICAGO  BERLIN  CHARLOTTE  COLOGNE  HOUSTON  LONDON  LOS ANGELES  NEW YORK  WASHINGTON
REPRESENTATIVE OFFICES:  ALMATY, ASHGABAT, BISHKEK, TASHKENT
INDEPENDENT MEXICO CITY CORRESPONDENT:  JAUREGUI, NAVARRETE, NADER Y ROJAS
INDEPENDENT PARIS CORRESPONDENT:  LAMBERT & LEE

A PARTNERSHIP OF ENGLISH SOLICITORS AND REGISTERED FOREIGN LAWYERS
LIST OF PARTNERS' NAMES OPEN TO INSPECTION AT THE OFFICE STATED ABOVE

December 21, 1999
Page 2

| | | |
|---|---|---|
| Document Delivery | 3.53 | |
| Facsimile Transmissions | 3.30 | |

£15.56

VAT @ 17.5%

£683.28

**TOTAL**

**£4,587.72**

36183274 1 122199 1906G 99526410

Dec 21/99                    MAYER BROWN & PLATT
                              P R E B I L L                              Page:1

Client ID. : 108080     O'CONNELL, FINBARR


Prebill No.: 93.002                    Bill Date   : Dec 21/99
Operator   : 30NOV                     Cut-off Date: Nov 30/99


Matter ID. : 99526410   MEESPIERSON N.V. FRANKFURT
===============================================


------------------------ MATTER INFORMATION ------------------------

Opened  : Mar 05/99
Closed  :

Bill Atty: 2457 PETKOVIC DENIS          (11)
Resp Atty: 4341 PABST MICHAEL J.        (11)

Office   : 50   MAYER, BROWN & PLATT - LONDON  Matter Status: O
Departmnt: FIN  FINANCE

Contact  : FINBARR O'CONNELL
           O'CONNELL, FINBARR

Addr Code: MAIN


           FINBARR O'CONNELL
           GRANT THORNTON HOUSE
           MELTON STREET
           EUSTON SQUARE
           LONDON NW1 2EP,     UNIK


------------------------ UNBILLED TIME ------------------------

| Date | TKPR Name | Hours | Rate | Job-Seq | Amount |
|------|-----------|-------|------|---------|--------|
| Mar 01/99 | PETKOVIC, DENIS | 3.50 | 500.00 | 2896308-2 | 1,750.00 |
| | Visit to counsel and study instructions. | | | | |
| Mar 01/99 | PABST, MICHAEL J. | 2.50 | 350.00 | 2883234-1 | 875.00 |
| | MeesPierson (Finbar) : telephone conference with German counsel (1); letter of advice to client (1.5). | | | | |
| Mar 07/99 | PABST, MICHAEL J. | 0.25 | 350.00 | 2891704-4 | 87.50 |
| | Memos to MBP Chicago seeking comments on advice re; TNT and Meespieson (.3). | | | | |
| Mar 08/99 | PETKOVIC, DENIS | 1.50 | 500.00 | 2896326-3 | 750.00 |
| | Review draft letter for M.Pabst and associated correspondence and discuss same with M.Pabst. | | | | |
| Mar 08/99 | PABST, MICHAEL J. | 1.00 | 350.00 | 2891705-4 | 350.00 |
| | Advice to client. | | | | |

Client ID. : 108080    O'CONNELL, FINBARR
Matter ID. : 99526410   MEESPIERSON N.V. FRANKFURT

| Date | TKPR Name | Hours | Rate | Job-Seq | Amount |
|------|-----------|-------|------|---------|--------|
| Mar 11/99 | PETKOVIC, DENIS | 2.00 | 500.00 | 2896321-1 | 1,000.00 |
| | Letter to liquidators re German claim. | | | | |
| Mar 22/99 | PABST, MICHAEL J. | 2.00 | 350.00 | 2907747-1 | 700.00 |
| | Drafting letters to W&H re MPD and to Foort Mercer re GLH.  Internal memo re same. | | | | |
| Mar 23/99 | PABST, MICHAEL J. | 0.25 | 350.00 | 2911271-2 | 87.50 |
| | LEtter to Williamson & Horrocks. | | | | |
| May 24/99 | PABST, MICHAEL J. | 0.25 | 350.00 | 2991177-1 | 87.50 |
| | Fax to client updating position. | | | | |
| Aug 11/99 | PABST, MICHAEL J. | 1.00 | 350.00 | 3091858-2 | 350.00 |
| | Letter to Berwin Leighton. | | | | |
| Nov 11/99 | PABST, MICHAEL J. | 0.50 | 350.00 | 3115411-95 | 175.00 |
| | Fax from Berwin Leighton. Fax to BL and SH and discuss same with BL. | | | | |
| | TOTAL | 14.75 | | | 6,212.50 |

Dec 21/99                        MAYER, BROWN & PLATT
                                   P R E B I L L

Client ID. : 108080     O'CONNELL, FINBARR
Matter ID. : 99526410   MEESPIERSON N.V. FRANKFURT


          ------------------------- UNBILLED COST -------------------------

| Date | Cost Type | Ref or Check# | TKPR | Job-Seq | Qty | Amount |
|------|-----------|---------------|------|---------|-----|--------|
| Mar 23/99 | 44  DOCUMENT REPRDC | | 2419 | 119269-233 | 8 | 2.89 |
| Mar 23/99 | 30L  DOCUMENT PREPAR | | 0325 | 118914-5 | 15 | 10.00 |

PERFORMED BY SMITH, DEBBIE FOR PABST, MICHAEL
J.

| Mar 24/99 | 84  FACSIMILE TRANS | | 5647 | 119281-51 | 3 | 5.27 |

Call placed to  3834077

| May 21/99 | 54  DOCUMENT DELIVE 429678 | | | 122670-60 | | 5.65 |

Inv#: 36524  Vendor:C.F.P. COURIERS LTD TO
EC2

| May 21/99 | 44  DOCUMENT REPRDC | | 6373 | 122208-119 | 2 | 0.71 |
| May 24/99 | 44  DOCUMENT REPRDC | | 4341 | 122211-148 | 1 | 0.35 |
| Dec 21/99 | VAT  VAT tax - Londo | | | 132438-1 | | 1,091.54 |

O'Connell Finbarr re: Meespierson N.V.
Frankfurt (VAT - DEP)

                              TOTAL                              1,116.41

Client ID. : 108080 CONNELL, FINBARR
Matter ID. : 99526410  MEESPIERSON N.V. FRANKFURT

| Attorney & Cost Summary | Hours | Amount | Variance (+ or -) |
|---|---|---|---|
| DENIS PETKOVIC | 7.00 | 3,500.00 | |
| MICHAEL J. PABST | 7.75 | 2,712.50 | _____ |
| TOTAL TIME | 14.75 | 6,212.50 | |

| | | Amount | |
|---|---|---|---|
| 30L | DOCUMENT PREPARATION-LONDON | 10.00 | |
| 44 | DOCUMENT REPRDCT - LONDON | 3.95 | _____ |
| 54 | DOCUMENT DELIVERY-LONDON | 5.65 | _____ |
| 84 | FACSIMILE TRANS.-LONDON | 5.27 | _____ |
| VAT | VAT tax - London | 1,091.54 | _____ |
| | ITEMIZED DETAIL | 1,116.41 | |

NET COMBINED TIME & OTHER CHARGES          7,328.91

MAYER, BROWN & PLATT
NOVEMBER 30, 1999

PAGE: 1

CLIENT:108080   O'CONNELL, FINBARR
MATTER:99526410   MEESPIERSON N.V. FRANKFURT
OPERATOR:30NOV                                    DENIS PETKOVIC
PREBILL #   93.002


```
                    ------------- DATE OF -------------
  AVERAGE TIME RATE      LAST BILLING        LAST PAYMENT
      $421.18             APR 09/99           AUG 27/99


                         BALANCES
================================================================
  MATTER A/R    CLIENT UNAPPLIED   MATTER UNAPPLIED   RETAINER
     0.00            0.00              0.00             0.00
```


--------------BILLING INSTRUCTIONS TO ACCOUNTING---------------

FEES BILLED                          $_____

OTHER CHARGES BILLED                 $_____

HOLD ITEMS MARKED "H" FOR FUTURE BILL                  _____

APPLY $_____ FROM CLIENT UNAPPLIED TO BILL         _____

APPLY $_____ FROM MATTER UNAPPLIED TO BILL         _____

APPLY $_____ RETAINER TO BILL                      _____

TRANSFER BALANCE OF TIME TO MATTER        #_____   _____

TRANSFER BALANCE OF OTHER CHARGES TO MATTER #_____ _____

WRITE-OFF BALANCE OF UNBILLED TIME                     _____

WRITE-OFF BALANCE OF UNBILLED OTHER CHARGES            _____

ALLOCATE VARIANCES (INDICATE HOURS OR RATE)            _____

EXCESS FEE AND/OR OTHER CHARGES TO UNAPPLIED           _____

THIS IS A FINAL BILL - CLOSE OUT MATTER                _____

OTHER INSTRUCTIONS:                                    _____

# Exhibit M

**MAYER, BROWN & PLATT**

BUCKLERSBURY HOUSE

3, QUEEN VICTORIA STREET

LONDON, EC4N 8EL, ENGLAND

MAIN TELEPHONE
0171-246-6200
MAIN FAX
0171-329-4465

DENIS PETKOVIC
DIRECT DIAL 0171-246-6207
dpetkovic@mayerbrown.com

## INVOICE

Our Ref: 9986948
VAT Registration No: 24407053070
File No: 99512261

Accounting Date: December 21, 1999
Bill Date: December 21, 1999

Finbarr O'Connell
Joint Liquidator, Griffin Trading Company
c/o Grant Thornton
Grant Thornton House
Melton Street
Euston Square
London NW1 2EP

Re:   <u>General Advice</u>

**FOR   PROFESSIONAL   SERVICES
RENDERED** in connection with the above referenced
matter for the period ending 21 December, 1999 including
internal meeting to review documents;   telephone
conversation with client to discuss Norville claim (18
February); general correspondence and discussions with
client re Norville claim.(24 February); research re claim
against SFA (25 February); internal conference to discuss
correspondence (26 February); draft letter to Liquidator
regarding role of Mayer, Brown & Platt. (1 March);
telephone conversations, amendment to waiver letter and
general correspondence on Norville claim (2 March);
internal conference on customer categories and brief
research of Investment Compensation Scheme; telephone
conference with client on Norville claim (3 March);
internal meeting to discuss developments;   revision

36183278 1 122199 1943G 99512261

CHICAGO  BERLIN  CHARLOTTE  COLOGNE  HOUSTON  LONDON  LOS ANGELES  NEW YORK  WASHINGTON
REPRESENTATIVE OFFICES:  ALMATY, ASHGABAT, BISHKEK, TASHKENT
INDEPENDENT MEXICO CITY CORRESPONDENT:  JAUREGUI, NAVARRETE, NADER Y ROJAS
INDEPENDENT PARIS CORRESPONDENT:  LAMBERT & LEE

A PARTNERSHIP OF ENGLISH SOLICITORS AND REGISTERED FOREIGN LAWYERS
LIST OF PARTNERS' NAMES OPEN TO INSPECTION AT THE OFFICE STATED ABOVE

searches.(4 March); internal conference and telephone conversation with client (17 March); telephone conversations with client and Rushworth re Norville; finalise text of letter to Goldman Sachs (18 March); review material received and internal conference to discuss same (23 March); letter to client re margin call (24 March); telephone conversations and correspondence re Norville (29 March); conference with client (30 March); review correspondence and internal discussions re same (15 April); travel to and attend creditors meeting at offices of liquidators (23 April); internal conference re status (26 April)                                                                £4,162.75

### Disbursements:

| | |
|---|---:|
| Local Transportation | 141.29 |
| Business Meals | 32.42 |
| Professional fees of: | |
|   The NER Yisrael Community | 98.25 |
| Document Preparation | 219.10 |
| Document Reproduction | 692.90 |
| Document Delivery | 125.96 |
| Telephone | 115.37 |
| Facsimile Transmissions | 357.12 |
| Sundry | 11.26 |

£1,793.67

VAT @ 17.5%                                                              £1,042.37

**TOTAL**                                                                **£6,998.79**

Dec 21/99
MAYER, BROWN & PLATT
P R E B I L L
Page:1
Case 98-41742   Doc 472-1   Filed 12/22/00   Entered 12/26/00 00:00:00   Desc
Pleading   Page 168 of 184
Client ID. : 108080
CONNELL, FINBARR

Prebill No.: 167.002     Bill Date   : Dec 21/99
Operator   : OCT31A      Cut-off Date: Oct 31/99


Matter ID. : 99512261   PROVISIONAL LIQUIDATOR (GENERAL ADVICE)
========================================================================


```
----------------------- MATTER INFORMATION -----------------------
```

Opened   : Jan 07/99
Closed   :

Bill Atty: 2457 PETKOVIC DENIS    (11)
Resp Atty: 4341 PABST MICHAEL J.   (11)

Office   : 50   MAYER, BROWN & PLATT - LONDON  Matter Status: O
Departmnt: FIN  FINANCE

Contact  : FINBARR O'CONNELL
     O'CONNELL, FINBARR

Addr Code: MAIN

     FINBARR O'CONNELL
     GRANT THORNTON HOUSE
     MELTON STREET
     EUSTON SQUARE
     LONDON NW1 2EP,  UNIK


```
-------------------------- UNBILLED TIME --------------------------
```

| Date | TKPR Name | Hours | Rate | Job-Seq | Amount |
|------|-----------|-------|------|---------|--------|
| Feb 18/99 | BLACK, EDWARD B. | 0.75 | 370.00 | 2872319-7 | 277.50 |
| | Review papers and telephone conversation with<br>Cundy re: Norville claim. | | | | |
| Feb 24/99 | BLACK, EDWARD B. | 0.75 | 370.00 | 2878923-3 | 277.50 |
| | Telephone conversations with Norville & Cundy<br>and review file and fax out re: Norville<br>claim. | | | | |
| Feb 25/99 | BLACK, EDWARD B. | 0.50 | 370.00 | 2878924-6 | 185.00 |
| | Research and draft letter to F. O'Connell re<br>claim against SFA. | | | | |
| Feb 26/99 | PETKOVIC, DENIS | 0.25 | 500.00 | 2911283-2 | 125.00 |
| | Conference with Michael Pabst. | | | | |
| Mar 01/99 | BLACK, EDWARD B. | 0.50 | 370.00 | 2890060-7 | 185.00 |
| | Draft letter to liquidator re: role of MBP. | | | | |
| Mar 02/99 | BLACK, EDWARD B. | 0.75 | 370.00 | 2890061-10 | 277.50 |

| Date | TKPR Name | Hours | Rate | Job-Seq | Amount |
|------|-----------|-------|------|---------|--------|
| | Re Norville claim; telephone conversations with S&M and Grant Thornton and amend waiver letter and fax to Slaughter & May and Grant Thornton. | | | | |
| Mar 03/99 | BLACK, EDWARD B. | 1.25 | 370.00 | 2890062-3 | 462.50 |
| | Conference with T. Wigglesworth and amend his memo re customer categories and brief research Investment Compensation Scheme. | | | | |
| Mar 03/99 | BLACK, EDWARD B. | 0.75 | 370.00 | 2890062-6 | 277.50 |
| | Telephone conference with Grant Thornton re Norville and conference with M. Pabst re various issues; telephone conversation with Grant Thornton and Norville re Norville claim. | | | | |
| Mar 04/99 | PETKOVIC, DENIS | 1.00 | 500.00 | 2896311-1 | 500.00 |
| | Meeting with M.Pabst and others. | | | | |
| Mar 04/99 | WIGGLESWORTH, TIMOTHY R. | 3.00 | 135.00 | 2897687-2 | 405.00 |
| | Memo to Edward Black; discussing with Edward Black; revision searches. | | | | |
| Mar 17/99 | BLACK, EDWARD B. | 0.25 | 370.00 | 2920679-7 | 92.50 |
| | Conference with M. Pabst and telephone conversation with M. Pabst and M. Tappin. | | | | |
| Mar 18/99 | BLACK, EDWARD B. | 0.50 | 370.00 | 2920680-5 | 185.00 |
| | Telephone conversations with Rushworth and Cundy re: Norville and finalise text of letter to Goldman Sachs. | | | | |
| Mar 19/99 | PETKOVIC, DENIS | 0.50 | 500.00 | 2914804-4 | 250.00 |
| | Review advice. | | | | |
| Mar 23/99 | BLACK, EDWARD B. | 0.75 | 370.00 | 2920682-4 | 277.50 |
| | Review material and confer with M. Pabst. | | | | |
| Mar 24/99 | BLACK, EDWARD B. | 0.50 | 370.00 | 2920683-10 | 185.00 |
| | Letter to F. O'Connell re: Margin call. | | | | |
| Mar 29/99 | PETKOVIC, DENIS | 0.25 | 500.00 | 2916738-6 | 125.00 |
| | Conference with M.Pabst. | | | | |
| Mar 29/99 | PABST, MICHAEL J. | 0.50 | 350.00 | 2916729-2 | 175.00 |
| | Billing. | | | | |
| Mar 30/99 | BLACK, EDWARD B. | 0.25 | 370.00 | 2920688-5 | 92.50 |
| | Telephone conversation with Slaughter & May and Goldman Sachs re Norville; letter to F. O'Connell. | | | | |
| Mar 31/99 | PETKOVIC, DENIS | 0.50 | 500.00 | 2920698-7 | 250.00 |
| | Conference with Finbarr O'Connell. | | | | |
| Apr 15/99 | BLACK, EDWARD B. | 0.75 | 370.00 | 2952330-3 | 277.50 |
| | Review Pabst memo and confer generally. | | | | |
| Apr 23/99 | PABST, MICHAEL J. | 4.00 | 350.00 | 2955110-1 | 1,400.00 |
| | Travel to and attend creditors meeting at offices of liquidators. | | | | |

Dec 21/99       MAYER, BROWN & PLATT
Case 98-41742    Doc 472-1    Filed 12/22/00    Entered 12/26/00 00:00:00    Desc Page:3
Pleading   Page 170 of 184
CONNELL, FINBARR
Client ID. : 108080
Matter ID. : 99512261    PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

| Date | TKPR Name | Hours | Rate | Job-Seq | Amount |
|------|-----------|-------|------|---------|--------|
| Apr 26/99 | BLACK, EDWARD B. | 0.25 | 370.00 | 2957849-4 | 92.50 |
| | Conf M. Pabst re status. | | | | |
| Jul 05/99 | COLES, IAN R. | 0.50 | 550.00 | 3048130-8 | 275.00 |
| | Review Bettelheim correspondence; discussions with MP re same (accumulated time). | | | | |
| | TOTAL | 19.00 | | | 6,650.00 |

Client ID. : 108080       CONNELL, FINBARR
Matter ID. : 99512261    PROVISIONAL LIQUIDATOR (GENERAL ADVICE)


-------------------------- UNBILLED COST --------------------------

| Date | Cost Type | Ref or Check# | TKPR Job-Seq | Qty | Amount |
|------|-----------|---------------|--------------|-----|--------|
| Jan 06/99 | 74 TELEPHONE - LON 5.1.99 | | 2917 115522-118 | | 0.97 |
| Jan 20/99 | 44 DOCUMENT REPRDC | | 3955 116089-113 | 4 | 1.46 |
| Jan 20/99 | 44 DOCUMENT REPRDC | | 3955 116089-160 | 2 | 0.73 |
| Jan 20/99 | 84 FACSIMILE TRANS Call placed to 4267251 | | 5647 116089-175 | 2 | 3.49 |
| Jan 25/99 | 44 DOCUMENT REPRDC | | 3955 116516-75 | 6 | 2.20 |
| Feb 04/99 | 44 DOCUMENT REPRDC | | 3717 117113-1 | 2 | 0.73 |
| Feb 04/99 | 84 FACSIMILE TRANS Call placed to 004969746539 | | 3717 117113-2 | 2 | 4.07 |
| Feb 05/99 | 44 DOCUMENT REPRDC | | 3955 117210-104 | 4 | 1.46 |
| Feb 12/99 | 44 DOCUMENT REPRDC FAX | | 3955 117211-461 | 20 | 7.19 |
| Feb 12/99 | 44 DOCUMENT REPRDC | | 3955 117211-440 | 2 | 0.72 |
| Feb 14/99 | 74 TELEPHONE - LON 421183 Inv#: CHIT 50 Vendor:EDWARD BLACK (TELEPHONE CALLS) | | 2419 120384-27 | | 105.68 |
| Feb 17/99 | 84 FACSIMILE TRANS Call placed to 4046764 | | 2419 117738-165 | 1 | 1.98 |
| Feb 18/99 | 44 DOCUMENT REPRDC TIW | | 4114 117538-19 | 19 | 6.90 |
| Feb 18/99 | 44 DOCUMENT REPRDC | | 3955 117538-30 | 1 | 0.36 |
| Feb 18/99 | 44 DOCUMENT REPRDC | | 3955 117538-31 | 2 | 0.73 |
| Feb 18/99 | 84 FACSIMILE TRANS Call placed to 3834077 | | 5634 117538-36 | 2 | 3.47 |
| Feb 18/99 | 84 FACSIMILE TRANS Call placed to 4109217 | | 5634 117538-39 | 2 | 3.47 |
| Feb 18/99 | 44 DOCUMENT REPRDC | | 4940 117538-224 | 580 | 210.54 |
| Feb 18/99 | 44 DOCUMENT REPRDC | | 4940 117538-238 | 2 | 0.73 |
| Feb 18/99 | 44 DOCUMENT REPRDC RMH | | 4940 117538-278 | 3 | 1.09 |
| Feb 18/99 | 44 DOCUMENT REPRDC TIW | | 4114 117538-279 | 2 | 0.73 |
| Feb 18/99 | 44 DOCUMENT REPRDC | | 4940 117538-289 | 35 | 12.71 |
| Feb 18/99 | 44 DOCUMENT REPRDC | | 4940 117538-290 | 75 | 27.23 |
| Feb 18/99 | 44 DOCUMENT REPRDC | | 4940 117538-297 | 105 | 38.12 |
| Feb 18/99 | 44 DOCUMENT REPRDC RMH | | 4940 117538-311 | 37 | 13.43 |
| Feb 18/99 | 44 DOCUMENT REPRDC | | 4940 117538-317 | 161 | 58.44 |
| Feb 18/99 | 44 DOCUMENT REPRDC RMH | | 4940 117538-320 | 7 | 2.54 |
| Feb 18/99 | 44 DOCUMENT REPRDC RMH | | 4940 117538-322 | 76 | 27.59 |
| Feb 19/99 | 54 DOCUMENT DELIVE 411754 | | 118152-58 | | 34.13 |

| Date | Cost Type | Ref or Check# | TKPR | Job-Seq | Qty | Amount |
|------|-----------|---------------|------|---------|-----|--------|
| | Inv#: 2011959  Vendor:MPC LOGISTICS TO CHICAGO | | | | | |
| Feb 19/99 | 54   DOCUMENT DELIVE | 411754 | | 118152-56 | | 84.58 |
| | Inv#: 2011959  Vendor:MPC LOGISTICS TO BERMUDA | | | | | |
| Feb 19/99 | SUN  SUNDRY-LONDON | | | 117350-1 | | 13.20 |
| | MBP GREEN FILES | | | | | |
| Feb 19/99 | 44   DOCUMENT REPRDC | | 4114 | 117753-16 | 9 | 3.27 |
| | TIW | | | | | |
| Feb 19/99 | 44   DOCUMENT REPRDC | | 4940 | 117753-44 | 99 | 35.94 |
| | RMH | | | | | |
| Feb 19/99 | 44   DOCUMENT REPRDC | | 4114 | 117753-56 | 9 | 3.27 |
| | TIW | | | | | |
| Feb 19/99 | 44   DOCUMENT REPRDC | | 4114 | 117753-72 | 5 | 1.82 |
| | TIW | | | | | |
| Feb 19/99 | 84   FACSIMILE TRANS | | 5634 | 117753-83 | 3 | 5.28 |
| | Call placed to  7601111 | | | | | |
| Feb 19/99 | 44   DOCUMENT REPRDC | | 4940 | 117753-186 | 9 | 3.27 |
| | RMH | | | | | |
| Feb 19/99 | SUN  SUNDRY-LONDON | 409918 | | 117802-5 | | 4.79 |
| | Vendor:CASH (TAPES) | | | | | |
| Feb 22/99 | 12L  PROFESSIONAL SE | 408913 | | 117417-37 | | 156.96 |
| | Vendor:THE NER YISRAEL COMMUNITY (TAPE DUPLICATION RE: TULLETT & TOKYO INVESTIGATION) (EB) | | | | | |
| Feb 22/99 | 44   DOCUMENT REPRDC | | 3955 | 117762-103 | 2 | 0.72 |
| Feb 22/99 | 44   DOCUMENT REPRDC | | 3955 | 117762-223 | 1 | 0.36 |
| Feb 22/99 | 74   TELEPHONE - LON | | 2917 | 117762-237 | | 4.12 |
| | 16.2.99 | | | | | |
| Feb 24/99 | 44   DOCUMENT REPRDC | | 3955 | 117785-178 | 27 | 9.62 |
| Feb 24/99 | 44   DOCUMENT REPRDC | | 4114 | 117785-189 | 10 | 3.56 |
| | TIW | | | | | |
| Feb 25/99 | 30L  DOCUMENT PREPAR | | 3717 | 117666-50 | 180 | 120.00 |
| | PERFORMED BY WRIGHT, AMANDA J. FOR BLACK, EDWARD B. | | | | | |
| Feb 25/99 | 30L  DOCUMENT PREPAR | | 3717 | 117666-53 | 120 | 80.00 |
| | PERFORMED BY WRIGHT, AMANDA J. FOR PABST, MICHAEL J. | | | | | |
| Feb 25/99 | 30L  DOCUMENT PREPAR | | 2349 | 117750-160 | 60 | 40.00 |
| | PERFORMED BY LATHAM, DONNA D. FOR PABST, MICHAEL J. | | | | | |
| Feb 25/99 | 84   FACSIMILE TRANS | | 5647 | 117792-41 | 2 | 3.56 |
| | Call placed to  6489001 | | | | | |
| Feb 25/99 | 44   DOCUMENT REPRDC | | 4114 | 117792-57 | 14 | 4.98 |
| Feb 25/99 | 44   DOCUMENT REPRDC | | 4114 | 117792-62 | 3 | 1.07 |
| Feb 25/99 | 84   FACSIMILE TRANS | | 5654 | 117792-63 | 2 | 3.40 |
| | Call placed to  6556501 | | | | | |

| Date | Cost Type | Ref or Check# | TKPR Job-Seq | Qty | Amount |
|------|-----------|---------------|--------------|-----|--------|
| Feb 25/99 | 84   FACSIMILE TRANS | | 5634 117792-131 | 3 | 5.18 |
|  | Call placed to  6000289 | | | | |
| Feb 25/99 | 44   DOCUMENT REPRDC | | 4341 117792-183 | 7 | 2.49 |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 3955 117918-87 | 4 | 1.42 |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 3955 117918-93 | 6 | 2.13 |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 3955 117918-168 | 4 | 1.42 |
| Feb 26/99 | 84   FACSIMILE TRANS | | 5647 117918-146 | 4 | 7.92 |
|  | Call placed to  004969746539 | | | | |
| Feb 26/99 | 84   FACSIMILE TRANS | | 5634 117918-147 | 3 | 5.15 |
|  | Call placed to  3834077 | | | | |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 5648 117918-108 | 80 | 28.34 |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 2419 117918-78 | 3 | 1.06 |
| Feb 26/99 | 84   FACSIMILE TRANS | | 5654 117918-207 | 11 | 21.41 |
|  | Call placed to  004969746539 | | | | |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 3955 117918-121 | 92 | 32.59 |
|  | KB | | | | |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 2419 117918-64 | 218 | 77.22 |
|  | EBB | | | | |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 3955 117918-30 | 22 | 7.79 |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 2419 117918-10 | 21 | 7.44 |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 4341 117918-120 | 1 | 0.35 |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 3955 117918-106 | 4 | 1.42 |
| Feb 26/99 | 84   FACSIMILE TRANS | | 5634 117918-99 | 3 | 5.15 |
|  | Call placed to  3834077 | | | | |
| Feb 26/99 | 44   DOCUMENT REPRDC | | 4341 117918-203 | 74 | 26.21 |
| Feb 26/99 | 09LT LOCAL TRANSPORT 416650 | | 119383-169 | | 28.77 |
|  | Inv#: 818442  Vendor:COMPUTER CAB to SW1 | | | | |
| Feb 26/99 | 09LT LOCAL TRANSPORT 416650 | | 119383-170 | | 59.14 |
|  | Inv#: 818442  Vendor:COMPUTER CAB to NW11 | | | | |
| Feb 26/99 | 10L  BUSINESS MEALS  412934 | | 118331-13 | | 16.32 |
|  | Vendor:CASH (DINNER) | | | | |
| Feb 26/99 | 54   DOCUMENT DELIVE 412304 | | 118207-86 | | 6.66 |
|  | Inv#: 30900  Vendor:BONDS PLC TO EC4 | | | | |
| Feb 28/99 | 54   DOCUMENT DELIVE 412304 | | 118207-89 | | 17.06 |
|  | Inv#: 30900  Vendor:BONDS PLC TO NW11 | | | | |
| Mar 01/99 | 54   DOCUMENT DELIVE 419572 | | 120089-66 | | 6.53 |
|  | Inv#: 31296  Vendor:BONDS PLC TO EC4 | | | | |
| Mar 01/99 | 10L  BUSINESS MEALS  418047 | | 119818-9 | | 35.48 |
|  | Inv#: CHIT 48  Vendor:EDWARD BLACK (DINNERS) | | | | |
| Mar 01/99 | 09L  LOCAL TRANSPORT 418047 | | 119818-4 | | 8.07 |
|  | Inv#: CHIT 48  Vendor:EDWARD BLACK (TAXI) | | | | |
| Mar 01/99 | 09L  LOCAL TRANSPORT 426116 | | 121650-59 | | 37.00 |
|  | Inv#: 826093  Vendor:COMPUTER CAB TO ESSEX COURT | | | | |
| Mar 01/99 | 44   DOCUMENT REPRDC | | 4114 118410-78 | 8 | 2.84 |

| Date | Cost Type | Ref or Check# | TKPR | Job-Seq | Qty | Amount |
|------|-----------|---------------|------|---------|-----|--------|
| | TIW | | | | | |
| Mar 01/99 | 44  DOCUMENT REPRDC | | 4341 | 118410-26 | 35 | 12.44 |
| Mar 01/99 | 44  DOCUMENT REPRDC | | 2419 | 118410-19 | 1 | 0.36 |
| Mar 01/99 | 44  DOCUMENT REPRDC | | 3955 | 118410-47 | 8 | 2.84 |
| Mar 01/99 | 09LT LOCAL TRANSPORT 426116 | | | 121650-2 | | 58.84 |
| | Inv#: 826093  Vendor:COMPUTER CAB TO NW11 | | | | | |
| Mar 02/99 | 44  DOCUMENT REPRDC | | 4554 | 118417-212 | 4 | 1.43 |
| Mar 02/99 | 84  FACSIMILE TRANS | | 5648 | 118417-281 | 7 | 11.83 |
| | Call placed to  01716000289 | | | | | |
| Mar 02/99 | 84  FACSIMILE TRANS | | 5647 | 118417-225 | 7 | 11.83 |
| | Call placed to  3834077 | | | | | |
| Mar 02/99 | 44  DOCUMENT REPRDC | | 4554 | 118417-220 | 30 | 10.69 |
| Mar 03/99 | 54  DOCUMENT DELIVE 419572 | | | 120089-90 | | 6.53 |
| | Inv#: 31296  Vendor:BONDS PLC TO NW1 | | | | | |
| Mar 03/99 | 42  DOCUMENT REPRDC | | 0036 | 118426-287 | 439 | 65.85 |
| | KIRIGKOS | | | | | |
| Mar 03/99 | 84  FACSIMILE TRANS | | 5647 | 118425-274 | 12 | 20.34 |
| | Call placed to  3834077 | | | | | |
| Mar 03/99 | 44  DOCUMENT REPRDC | | 3955 | 118425-15 | 7 | 2.51 |
| Mar 03/99 | 42  DOCUMENT REPRDC | | 0036 | 118426-666 | 709 | 106.35 |
| | KIRIAKOS | | | | | |
| Mar 04/99 | 84  FACSIMILE TRANS | | 5654 | 118435-164 | 3 | 5.20 |
| | Call placed to  6000289 | | | | | |
| Mar 04/99 | 84  FACSIMILE TRANS | | 5654 | 118435-166 | 3 | 5.20 |
| | Call placed to  3834077 | | | | | |
| Mar 04/99 | 74  TELEPHONE - LON | | 2917 | 118435-234 | | 8.13 |
| | 3.3.99 | | | | | |
| Mar 04/99 | 84  FACSIMILE TRANS | | 5654 | 118435-188 | 2 | 3.41 |
| | Call placed to  3834077 | | | | | |
| Mar 04/99 | 84  FACSIMILE TRANS | | 5654 | 118435-174 | 2 | 3.41 |
| | Call placed to  3834077 | | | | | |
| Mar 04/99 | 84  FACSIMILE TRANS | | 5654 | 118435-172 | 2 | 3.58 |
| | Call placed to  6000289 | | | | | |
| Mar 04/99 | 84  FACSIMILE TRANS | | 5634 | 118435-66 | 2 | 3.41 |
| | Call placed to  3834077 | | | | | |
| Mar 05/99 | 44  DOCUMENT REPRDC | | 3955 | 118443-77 | 26 | 9.27 |
| Mar 08/99 | 84  FACSIMILE TRANS | | 5560 | 118459-138 | 9 | 15.18 |
| | Call placed to  3834077 | | | | | |
| Mar 08/99 | 44  DOCUMENT REPRDC | | 4341 | 118459-128 | 7 | 2.49 |
| Mar 08/99 | 84  FACSIMILE TRANS | | 5560 | 118459-93 | 26 | 42.96 |
| | Call placed to  5830118 | | | | | |
| Mar 09/99 | 84  FACSIMILE TRANS | | 5647 | 118466-80 | 2 | 3.41 |
| | Call placed to  3834077 | | | | | |
| Mar 09/99 | 74  TELEPHONE - LON | | 2917 | 118466-77 | | 10.27 |
| | 25.2.99 | | | | | |
| Mar 09/99 | 74  TELEPHONE - LON | | 2917 | 118466-76 | | 0.94 |
| | 4.3.99 | | | | | |

| Date | Cost | Type | Ref or Check# | TKPR | Job-Seq | Qty | Amount |
|------|------|------|---------------|------|---------|-----|--------|
| Mar 09/99 | 44 | DOCUMENT REPRDC AP | | 3958 | 118466-233 | 1 | 0.36 |
| Mar 09/99 | 74 | TELEPHONE - LON 11.2.99 | | 2917 | 118466-117 | | 0.89 |
| Mar 09/99 | 74 | TELEPHONE - LON 3.3.99 | | 2917 | 118466-116 | | 2.06 |
| Mar 10/99 | 74 | TELEPHONE - LON 8.2.99 | | 2917 | 118668-223 | | 2.66 |
| Mar 10/99 | 74 | TELEPHONE - LON 12.2.99 | | 2917 | 118668-222 | | 5.52 |
| Mar 10/99 | 74 | TELEPHONE - LON 26.2.99 | | 2917 | 118668-218 | | 5.21 |
| Mar 10/99 | 74 | TELEPHONE - LON 8.2.99 | | 2917 | 118668-227 | | 1.93 |
| Mar 10/99 | 44 | DOCUMENT REPRDC | | 0325 | 118668-260 | 13 | 4.67 |
| Mar 11/99 | 54 | DOCUMENT DELIVE | 419572 | | 120089-138 | | 6.53 |
|  |  | Inv#: 31296  Vendor:BONDS PLC TO NW1 | | | | | |
| Mar 11/99 | 74 | TELEPHONE - LON 05.03.99 | | 2917 | 118675-100 | | 34.28 |
| Mar 11/99 | 44 | DOCUMENT REPRDC | | 4341 | 118675-81 | 7 | 2.53 |
| Mar 19/99 | 44 | DOCUMENT REPRDC | | 4341 | 119239-131 | 27 | 9.74 |
| Mar 19/99 | 44 | DOCUMENT REPRDC | | 4341 | 119239-97 | 4 | 1.44 |
| Mar 19/99 | 44 | DOCUMENT REPRDC | | 4114 | 119239-89 | 4 | 1.44 |
| Mar 19/99 | 84 | FACSIMILE TRANS | | 5634 | 119239-75 | 21 | 35.92 |
|  |  | Call placed to  6060822 | | | | | |
| Mar 19/99 | 44 | DOCUMENT REPRDC | | 4341 | 119239-55 | 14 | 5.05 |
| Mar 23/99 | 44 | DOCUMENT REPRDC TIW | | 4114 | 119269-100 | 9 | 3.25 |
| Mar 23/99 | 44 | DOCUMENT REPRDC | | 2419 | 119269-93 | 30 | 10.82 |
| Mar 23/99 | 44 | DOCUMENT REPRDC | | 4341 | 119269-97 | 2 | 0.72 |
| Mar 23/99 | 44 | DOCUMENT REPRDC | | 4341 | 119269-169 | 24 | 8.66 |
| Mar 23/99 | 44 | DOCUMENT REPRDC | | 4341 | 119269-167 | 24 | 8.66 |
| Mar 24/99 | 84 | FACSIMILE TRANS | | 5560 | 119281-147 | 3 | 5.60 |
|  |  | Call placed to  01722410059 | | | | | |
| Mar 24/99 | 84 | FACSIMILE TRANS | | 5560 | 119281-146 | 3 | 5.60 |
|  |  | Call placed to  01722412978 | | | | | |
| Mar 25/99 | 44 | DOCUMENT REPRDC | | 4341 | 119287-96 | 3 | 1.09 |
| Mar 25/99 | 84 | FACSIMILE TRANS | | 4341 | 119287-100 | 2 | 3.47 |
|  |  | Call placed to  3834077 | | | | | |
| Mar 25/99 | 44 | DOCUMENT REPRDC | | 4341 | 119287-64 | 4 | 1.45 |
| Mar 25/99 | 30L | DOCUMENT PREPAR | | 0321 | 119050-13 | 30 | 20.00 |
|  |  | PERFORMED BY RICHARDS, WENDY M FOR BLACK, EDWARD B. | | | | | |
| Mar 26/99 | 84 | FACSIMILE TRANS | | 5634 | 119305-167 | 5 | 8.86 |
|  |  | Call placed to  6060822 | | | | | |
| Mar 26/99 | 84 | FACSIMILE TRANS | | 5634 | 119305-166 | 5 | 8.69 |
|  |  | Call placed to  3834077 | | | | | |

| Date | Cost | Type | Ref or Check# | TKPR | Job-Seq | Qty | Amount |
|------|------|------|---------------|------|---------|-----|--------|
| Mar 30/99 | 84 | FACSIMILE TRANS | | 0325 | 119412-241 | 3 | 5.22 |
| | | Call placed to  01713834077 | | | | | |
| Mar 30/99 | 44 | DOCUMENT REPRDC | | 0325 | 119412-240 | 4 | 1.43 |
| Mar 30/99 | 44 | DOCUMENT REPRDC | | 3955 | 119412-124 | 28 | 10.04 |
| | | FX | | | | | |
| Mar 30/99 | 44 | DOCUMENT REPRDC | | 4341 | 119412-105 | 18 | 6.45 |
| Mar 31/99 | 74 | TELEPHONE - LON | | 5913 | 119424-225 | | 1.64 |
| | | 30.03.99 | | | | | |
| Apr 06/99 | 44 | DOCUMENT REPRDC | | 3958 | 119900-90 | 13 | 4.61 |
| | | AP | | | | | |
| Apr 06/99 | 84 | FACSIMILE TRANS | | 5647 | 119900-99 | 2 | 3.39 |
| | | Call placed to  3834077 | | | | | |
| Apr 07/99 | 30L | DOCUMENT PREPAR | | 0325 | 119801-13 | 60 | 40.00 |
| | | PERFORMED BY SMITH, DEBBIE FOR PABST, MICHAEL J. | | | | | |
| Apr 14/99 | 30L | DOCUMENT PREPAR | | 0321 | 120038-6 | 30 | 20.00 |
| | | PERFORMED BY RICHARDS, WENDY M FOR PABST, MICHAEL J. | | | | | |
| Apr 14/99 | 44 | DOCUMENT REPRDC | | 3955 | 120164-41 | 3 | 1.07 |
| Apr 15/99 | 84 | FACSIMILE TRANS | | 5811 | 120329-193 | 6 | 10.39 |
| | | Call placed to  6060822 | | | | | |
| Apr 15/99 | 84 | FACSIMILE TRANS | | 5811 | 120329-192 | 6 | 10.23 |
| | | Call placed to  3834077 | | | | | |
| Apr 16/99 | 44 | DOCUMENT REPRDC | | 3955 | 120335-167 | 11 | 3.92 |
| Apr 16/99 | 44 | DOCUMENT REPRDC | | 4341 | 120335-138 | 10 | 3.56 |
| Apr 21/99 | 30L | DOCUMENT PREPAR | | 0325 | 120324-23 | 15 | 10.00 |
| | | PERFORMED BY SMITH, DEBBIE FOR PABST, MICHAEL J. | | | | | |
| Apr 22/99 | 84 | FACSIMILE TRANS | | 4341 | 120674-70 | 2 | 3.89 |
| | | Call placed to  01722412978 | | | | | |
| Apr 23/99 | 54 | DOCUMENT DELIVE | 425928 | | 121581-31 | | 9.76 |
| | | Inv#: 36124  Vendor:C.F.P. COURIERS LTD TO NW1 | | | | | |
| Apr 26/99 | 84 | FACSIMILE TRANS | | 4341 | 120684-91 | 5 | 8.46 |
| | | Call placed to  3834077 | | | | | |
| Apr 26/99 | 44 | DOCUMENT REPRDC | | 4341 | 120684-89 | 3 | 1.07 |
| Apr 27/99 | 44 | DOCUMENT REPRDC | | 4341 | 120689-53 | 2 | 0.71 |
| Apr 27/99 | 84 | FACSIMILE TRANS | | 5634 | 120689-142 | 4 | 7.14 |
| | | Call placed to  01722412978 | | | | | |
| Apr 28/99 | 44 | DOCUMENT REPRDC | | 4341 | 120825-70 | 1 | 0.36 |
| Apr 28/99 | 84 | FACSIMILE TRANS | | 4341 | 120825-71 | 2 | 3.91 |
| | | Call placed to  01722412978 | | | | | |
| Apr 29/99 | 84 | FACSIMILE TRANS | | 5634 | 120995-60 | 6 | 10.25 |
| | | Call placed to  6060822 | | | | | |
| Apr 29/99 | 84 | FACSIMILE TRANS | | 5634 | 120995-59 | 6 | 10.09 |
| | | Call placed to  3834077 | | | | | |
| Apr 29/99 | 44 | DOCUMENT REPRDC | | 4341 | 120995-53 | 4 | 1.43 |

CONNELL, FINBARR

| Attorney & Cost Summary | Hours | Amount | Variance (+ or -) |
|---|---|---|---|
| EDWARD B. BLACK | 8.50 | 3,145.00 | _____ |
| DENIS PETKOVIC | 2.50 | 1,250.00 | _____ |
| IAN R. COLES | 0.50 | 275.00 | _____ |
| TIMOTHY R. WIGGLESWORTH | 3.00 | 405.00 | _____ |
| MICHAEL J. PABST | 4.50 | 1,575.00 | _____ |
| TOTAL TIME | 19.00 | 6,650.00 | |

| | | Amount | Variance |
|---|---|---|---|
| 09L | LOCAL TRANSPORTATION - LONDON | 45.07 | _____ |
| 09LT | LOCAL TRANSPORTATION - LONDON | 180.64 | _____ |
| 10L | BUSINESS MEALS - LONDON | 51.80 | _____ |
| 12L | PROFESSIONAL SERVICES-LONDON | 156.96 | _____ |
| 30L | DOCUMENT PREPARATION-LONDON | 350.00 | _____ |
| 42 | DOCUMENT REPRDCT - CHICAGO | 172.20 | _____ |
| 44 | DOCUMENT REPRDCT - LONDON | 934.71 | _____ |
| 54 | DOCUMENT DELIVERY-LONDON | 201.23 | _____ |
| 74 | TELEPHONE - LONDON | 184.30 | _____ |
| 84 | FACSIMILE TRANS.-LONDON | 570.50 | _____ |
| SUN | SUNDRY-LONDON | 17.99 | _____ |
| VAT | VAT tax - London | 1,665.20 | _____ |
| | ITEMIZED DETAIL | 4,530.60 | |

NET COMBINED TIME & OTHER CHARGES                    11,180.60

| Date | Cost | Type | Ref or Check# | TKPR Job-Seq | Qty | Amount |
|------|------|------|---------------|--------------|-----|--------|
| May 05/99 | 44 | DOCUMENT REPRDC | | 2419 121495-99 | 2 | 0.72 |
| May 10/99 | 84 | FACSIMILE TRANS | | 4341 121944-49 | 3 | 5.25 |
| | | Call placed to  3834077 | | | | |
| May 11/99 | 44 | DOCUMENT REPRDC | | 4341 121947-159 | 41 | 14.77 |
| May 11/99 | 84 | FACSIMILE TRANS | | 5648 121947-170 | 42 | 71.07 |
| | | Call placed to  01713834077 | | | | |
| May 13/99 | 44 | DOCUMENT REPRDC | | 4341 121953-120 | 8 | 2.87 |
| May 13/99 | 84 | FACSIMILE TRANS | | 5647 121953-199 | 3 | 5.22 |
| | | Call placed to  5882009 | | | | |
| May 13/99 | 84 | FACSIMILE TRANS | | 5647 121953-124 | 3 | 5.22 |
| | | Call placed to  6060822 | | | | |
| May 13/99 | 84 | FACSIMILE TRANS | | 5647 121953-128 | 3 | 5.22 |
| | | Call placed to  3834077 | | | | |
| May 13/99 | 84 | FACSIMILE TRANS | | 5634 121953-125 | 4 | 6.85 |
| | | Call placed to  5882009 | | | | |
| May 17/99 | 44 | DOCUMENT REPRDC | | 3955 121963-115 | 2 | 0.72 |
| May 18/99 | 44 | DOCUMENT REPRDC | | 4341 121965-185 | 6 | 2.16 |
| May 19/99 | 84 | FACSIMILE TRANS | | 5634 121968-60 | 2 | 3.43 |
| | | Call placed to  3834077 | | | | |
| May 24/99 | 84 | FACSIMILE TRANS | | 5634 122211-161 | 6 | 10.16 |
| | | Call placed to  6060822 | | | | |
| May 24/99 | 84 | FACSIMILE TRANS | | 5634 122211-159 | 6 | 10.00 |
| | | Call placed to  3834077 | | | | |
| May 26/99 | 44 | DOCUMENT REPRDC | | 4341 122527-50 | 5 | 1.78 |
| May 26/99 | 44 | DOCUMENT REPRDC | | 4341 122527-45 | 19 | 6.75 |
| May 26/99 | 44 | DOCUMENT REPRDC | | 4341 122527-37 | 16 | 5.68 |
| Jun 04/99 | 44 | DOCUMENT REPRDC | | 4341 122881-189 | 113 | 40.15 |
| Jun 04/99 | 54 | DOCUMENT DELIVE | 432315 | 123227-25 | | 9.72 |
| | | Inv#: 36815  Vendor:C.F.P. COURIERS LTD TO NW1 | | | | |
| Jun 07/99 | 84 | FACSIMILE TRANS | | 4341 122886-36 | 3 | 5.18 |
| | | Call placed to  3834077 | | | | |
| Jun 07/99 | 84 | FACSIMILE TRANS | | 4341 122886-57 | 5 | 8.42 |
| | | Call placed to  3834077 | | | | |
| Jun 09/99 | 54 | DOCUMENT DELIVE | 435008 | 123859-52 | | 8.10 |
| | | Inv#: 36862  Vendor:C.F.P. COURIERS LTD TO EC4 | | | | |
| Jun 15/99 | 84 | FACSIMILE TRANS | | 0321 123218-205 | 5 | 8.59 |
| | | Call placed to  01716060822 | | | | |
| Jun 15/99 | 84 | FACSIMILE TRANS | | 0321 123218-204 | 5 | 8.42 |
| | | Call placed to  01713834077 | | | | |
| Jun 15/99 | 44 | DOCUMENT REPRDC | | 0321 123218-203 | 6 | 2.14 |
| | | MB | | | | |
| Jun 15/99 | 44 | DOCUMENT REPRDC | | 4341 123218-132 | 1 | 0.36 |
| Jun 15/99 | 44 | DOCUMENT REPRDC | | 4341 123218-125 | 4 | 1.43 |
| Jun 21/99 | 44 | DOCUMENT REPRDC | | 4341 123620-47 | 32 | 11.32 |
| Jun 23/99 | 84 | FACSIMILE TRANS | | 5648 123624-238 | 3 | 5.13 |

Client ID. : 108080    CONNELL, FINBARR
Matter ID. : 99512261    PROVISIONAL LIQUIDATOR (GENERAL ADVICE)

| Attorney & Cost Summary | Hours | Amount | Variance (+ or -) |
|---|---|---|---|
| EDWARD B. BLACK | 8.50 | 3,145.00 | _____ |
| DENIS PETKOVIC | 2.50 | 1,250.00 | _____ |
| IAN R. COLES | 0.50 | 275.00 | _____ |
| TIMOTHY R. WIGGLESWORTH | 3.00 | 405.00 | _____ |
| MICHAEL J. PABST | 4.50 | 1,575.00 | _____ |
| TOTAL TIME | 19.00 | 6,650.00 | |

| | | Amount | Variance |
|---|---|---|---|
| 09L | LOCAL TRANSPORTATION - LONDON | 45.07 | _____ |
| 09LT | LOCAL TRANSPORTATION - LONDON | 180.64 | _____ |
| 10L | BUSINESS MEALS - LONDON | 51.80 | _____ |
| 12L | PROFESSIONAL SERVICES-LONDON | 156.96 | _____ |
| 30L | DOCUMENT PREPARATION-LONDON | 350.00 | _____ |
| 42 | DOCUMENT REPRDCT - CHICAGO | 172.20 | _____ |
| 44 | DOCUMENT REPRDCT - LONDON | 934.71 | _____ |
| 54 | DOCUMENT DELIVERY-LONDON | 201.23 | _____ |
| 74 | TELEPHONE - LONDON | 184.30 | _____ |
| 84 | FACSIMILE TRANS.-LONDON | 570.50 | _____ |
| SUN | SUNDRY-LONDON | 17.99 | _____ |
| VAT | VAT tax - London | 1,665.20 | _____ |
| | ITEMIZED DETAIL | 4,530.60 | |

NET COMBINED TIME & OTHER CHARGES    11,180.60

| Date | Cost Type | | Ref or Check# | TKPR Job-Seq | Qty | Amount |
|------|-----------|--|---------------|--------------|-----|--------|
| | | Call placed to 5882009 | | | | |
| Jun 23/99 | 84 | FACSIMILE TRANS | | 5634 123624-224 | 3 | 5.13 |
| | | Call placed to 3834077 | | | | |
| Jun 23/99 | 84 | FACSIMILE TRANS | | 5634 123624-219 | 3 | 5.13 |
| | | Call placed to 6060822 | | | | |
| Jun 29/99 | 44 | DOCUMENT REPRDC | | 4341 124062-134 | 20 | 7.02 |
| Jun 29/99 | 44 | DOCUMENT REPRDC | | 4341 124062-133 | 1 | 0.35 |
| Jun 30/99 | 44 | DOCUMENT REPRDC | | 0902 124064-79 | 10 | 3.49 |
| | | IRC | | | | |
| Jul 09/99 | 84 | FACSIMILE TRANS | | 4341 125041-39 | 3 | 5.02 |
| | | Call placed to 3834077 | | | | |
| Jul 21/99 | 84 | FACSIMILE TRANS | | 5634 125237-166 | 5 | 10.18 |
| | | Call placed to 0013127017711 | | | | |
| Jul 21/99 | 44 | DOCUMENT REPRDC | | 4341 125237-128 | 3 | 1.05 |
| Aug 10/99 | 84 | FACSIMILE TRANS | | 5647 126120-578 | 3 | 5.18 |
| | | Call placed to 6060822 | | | | |
| Aug 10/99 | 44 | DOCUMENT REPRDC | | 4341 126120-572 | 2 | 0.71 |
| Aug 16/99 | 44 | DOCUMENT REPRDC | | 4341 126340-925 | 2 | 0.71 |
| Aug 17/99 | 84 | FACSIMILE TRANS | | 3717 127046-193 | 6 | 11.96 |
| | | Call placed to 0013127017711 | | | | |
| Aug 17/99 | 84 | FACSIMILE TRANS | | 3717 127046-191 | 6 | 10.16 |
| | | Call placed to 01716060822 | | | | |
| Aug 17/99 | 44 | DOCUMENT REPRDC | | 3717 127046-190 | 12 | 4.26 |
| Aug 17/99 | 84 | FACSIMILE TRANS | | 3717 127046-194 | 6 | 10.00 |
| | | Call placed to 01713834077 | | | | |
| Aug 17/99 | 30L | DOCUMENT PREPAR | | 3717 126305-288 | 30 | 20.00 |
| | | PERFORMED BY WRIGHT, AMANDA J. FOR PABST, MICHAEL J. | | | | |
| Aug 17/99 | 09LT | LOCAL TRANSPORT 457508 | | 128882-92 | | 33.89 |
| | | EC4-SW1 Inv#: 864237   Vendor:COMPUTER CAB | | | | |
| Aug 20/99 | 84 | FACSIMILE TRANS | | 4341 127047-33 | 3 | 5.18 |
| | | Call placed to 3834077 | | | | |
| Aug 24/99 | 44 | DOCUMENT REPRDC | | 4341 127051-169 | 30 | 10.61 |
| Sep 08/99 | 44 | DOCUMENT REPRDC | | 4341 127477-48 | 8 | 2.87 |
| Oct 05/99 | 54 | DOCUMENT DELIVE 464198 | | 130404-56 | | 11.63 |
| | | NW1 Inv#: 38397   Vendor:C.F.P. COURIERS LTD | | | | |
| Dec 21/99 | VAT | VAT tax - Londo | | 132445-1 | | 1,665.20 |
| | | O'Connell Finbarr re: Provisional Liquidator (General Advice) (VAT - DEP) | | | | |

TOTAL                                                    4,530.60

# Exhibit N

MAYER, BROWN & PLATT

CLIENT:108080    O'CONNOR, FINBARR
MATTER:99512261    PROVISIONAL LIQUIDATOR (GENERAL ADVICE)
OPERATOR:OCT31A                                    DENIS PETKOVIC
PREBILL #    167.002

```
                              ------------ DATE OF ------------
      AVERAGE TIME RATE          LAST BILLING        LAST PAYMENT
          $350.00                 APR 09/99           AUG 27/99


                                  BALANCES
======================================================================
      MATTER A/R    CLIENT UNAPPLIED    MATTER UNAPPLIED    RETAINER
        0.00             0.00               0.00             0.00
```

-------------BILLING INSTRUCTIONS TO ACCOUNTING---------------

FEES BILLED                             $_____

OTHER CHARGES BILLED                    $_____

HOLD ITEMS MARKED "H" FOR FUTURE BILL                    _____

APPLY $_____ FROM CLIENT UNAPPLIED TO BILL          _____

APPLY $_____ FROM MATTER UNAPPLIED TO BILL          _____

APPLY $_____ RETAINER TO BILL                       _____

TRANSFER BALANCE OF TIME TO MATTER          #_____  _____

TRANSFER BALANCE OF OTHER CHARGES TO MATTER #_____  _____

WRITE-OFF BALANCE OF UNBILLED TIME                       _____

WRITE-OFF BALANCE OF UNBILLED OTHER CHARGES              _____

ALLOCATE VARIANCES (INDICATE HOURS OR RATE)              _____

EXCESS FEE AND/OR OTHER CHARGES TO UNAPPLIED             _____

THIS IS A FINAL BILL - CLOSE OUT MATTER                  _____

OTHER INSTRUCTIONS:                                      _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRIFFIN TRADING COMPANY | ) | Case No.  98-41742 |
| | ) | |
| | ) | Hon.  Erwin I.  Katz |
| Debtor. | ) | Hearing Date: |
| | ) | Hearing Time: |

## ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MAYER, BROWN & PLATT AS SPECIAL UK COUNSEL AND SPECIAL INVESTIGATIVE COUNSEL

Upon the final application of Mayer, Brown & Platt (the "Applicant") for allowance and reimbursement of expenses as Special UK Counsel and Special Investigative Counsel for the Chapter 7 Trustee; appropriate notice having been given and an opportunity to object having been served on all creditors and other parties in interest; and the Court having been fully advised in the premises:

IT IS HEREBY ORDERED that:

1.      The Applicant is allowed $63,841 in fees (the "Fees") and $11,043.89 in expenses (the "Expenses") as final compensation for services performed as special UK Counsel and Special Investigative Counsel to the Chapter 7 Trustee for the period from December 30, 1998 through December 22, 2000.

2.      The Trustee is authorized and ordered to pay to the Applicant as its final compensation $74,884.89 from the assets of the Debtor's estate immediately upon the entry of this Order.

IT IS FURTHER ORDERED THAT this Order shall be effective immediately upon its

entry.

Dated: _____

_____

United States Bankruptcy Judge