IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRIFFIN TRADING COMPANY, | ) | 98 B 41742 |
| | ) | |
| Debtor. | ) | Hon. Erwin I. Katz |

## ORDER

**IT IS HEREBY ORDERED** that, Mayer, Brown & Platt's final application for allowance of compensation and reimbursement of expenses is set for status on July 18, 2001 at 10:30 a.m.

**IT IS FURTHER ORDERED** that, any trial exhibits not reclaimed from chambers by July 20, 2001 will be considered abandoned and will be discarded.

ENTER:

*[signature]*

ERWIN I. KATZ
United States Bankruptcy Judge

DATE: July 3, 2001

# United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

### Transmittal Sheet for Opinions for Posting on Bulletin Board

| | |
|---|---|
| **Will this opinion be Published?** | YES |
| **Bankruptcy Caption: In re** | GRIFFIN TRADING COMPANY |
| **Bankruptcy No.** | 98 B 41742 |
| **Date of Issuance:** | |
| **Judge:** | ERWIN I. KATZ |

**Appearance of Counsel:**

**Attorney for Movant or Plaintiff:**

William Campbell
Piper Marbury Rudnick & Wolfe
203 N. LaSalle St., #1800
Chicago, IL 60601

Gregory N. Kazarian
Pedersen & Houpt
161 N. Clark St., #3100
Chicago, IL 60601-3224

Timothy J. Carey
Lovells
One IBM Plaza
330 N. Wabash Ave., #1900
Chicago, IL 60611

Felice Berkman Brewer
Lovells
900 Third Ave., 16th Fl
New York, NY 10022

Continued...

**Attorney for Respondent or Defendant:** Catherine Steege
Jenner & Block
One IBM Plaza
Chicago, IL 60611

**Trustee or Other Attorneys:** Leroy G. Inskeep
Piper Marbury Rudnick & Wolfe
203 N. LaSalle St., #1800
Chicago, IL 60601