EOD   OCT 01 2002

FILED
SEP 30 2002
KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7 Case** |
| | ) | |
| **GRIFFIN TRADING COMPANY,** | ) | **Case No. 98 B 41742** |
| | ) | |
| | ) | Judge Bruce W. Black |
| Debtor. | ) | Hearing Date: October 7, 2002 |
| | ) | at 10:00 a.m. |

### SECOND AND FINAL APPLICATION FOR ALLOWANCE OF
### COMPENSATION TO NICHOLSON GRAHAM & JONES

Leroy G. Inskeep, as Chapter 7 Trustee (the "Trustee") of Griffin Trading Company (the "Debtor"), by David N. Missner and Janice L. Duban of Piper Rudnick, his attorneys, and pursuant to sections 330 and 331 of the United States Bankruptcy Code, requests that this Court enter an order approving the allowance of £14,033.00 (or $21,911.13 at a conversion rate of $1.56140 per pound sterling) in final compensation and £172.96 (or $270.06) in expense reimbursement to Nicholson Graham & Jones ("NGJ") for that firm's legal services rendered the Trustee from October 6, 2001 through September 20, 2002, and authorizing the Trustee to pay those amounts to NGJ. In support thereof, the Trustee states as follows:

1.      By order dated May 23, 2001, Judge Erwin I. Katz granted the Trustee's application to retain NGJ as special counsel in this case, pursuant to Section 327(e) of the Bankruptcy Code, to assist the Trustee's primary counsel in its prosecution of the Trustee's claims against Tullett & Tokyo (Futures and Trades Options) Limited ("TNT").

2.      Attached hereto as Exhibit A is NGJ's detailed accounting of the time expended on the Trustee's behalf from October 6, 2001 through September 20, 2002, together with a breakdown of the attorneys who performed such services, their hourly billing rates, and the time

expended by each. Attached hereto as Exhibit B is the Affidavit of Mr. John D. Magnin in support of this application.

3.    Based upon representations from and the affidavit of Mr. Magnin attached hereto as Exhibit B, all professional services for which compensation is requested herein were performed by NGJ for and on behalf of the Trustee, and not for or on behalf of any other person.

4.    Based upon representations from Mr. Magnin, and as disclosed in the Trustee's motion requesting authority to retain NGJ as his special counsel, NGJ has charged the Trustee its normal and customary hourly rates for similar services rendered in like circumstances to other clients. The Trustee believes that those rates are in line with and comparable to the rates charged by other legal professionals in the position of Mr. Magnin and his colleagues, with similar experience, competence and standing.

5.    Based upon the representations of Mr. Magnin, no agreement exists between NGJ and any third person for the sharing of compensation received by NGJ in this case, except as allowed by the exception set forth in Section 504 and Bankruptcy Rule 2016 with respect to the sharing of compensation among members of NGJ.

6.    Concurrently herewith, the Trustee is seeking authority to settle the TNT matter for $900,000.

7.    NGJ devoted more than 55 hours of time to the TNT matter, and valued that time at the normal hourly rates of those attorneys working thereon. Using a conversion rate of 1.56140 to U.S. dollars, NGJ is seeking final compensation of $21,911.13. NGJ is also seeking final reimbursement of expenses of $270.06, for a combined total of fees and expenses of $22,181.19.

2

8.    By order dated January 29, 2002, the Court allowed NGJ initial interim compensation in the amount of $18,374.51 for services rendered the Trustee through October 5, 2001, and reimbursement of expenses in the amount of $93.46.

9.    Seven (7) days' notice of this Application has been served on all parties on the official general service list in this case, including the Office of the United States Trustee, and the Trustee requests the Court deem such notice adequate and sufficient under the circumstances of this case.

**WHEREFORE**, on behalf of NGJ, the Trustee requests the entry of an order:

A.    Allowing to NGJ $21,911.13 in final compensation in this bankruptcy proceeding for the actual, necessary and valuable professional services rendered to the Trustee by that firm through September 20, 2002; and

B.    Allowing to NGJ $270.06 in final reimbursement of expenses incurred in connection with the actual, necessary and valuable professional services NGJ rendered to the Trustee through September 20, 2002; and

C.    Authorizing the Trustee immediately to pay the total of $22,181.19 to NGJ.

**LEROY G. INSKEEP, as Chapter 7
Trustee of the Estate of Griffin Trading
Company**

By: _____
                One of his attorneys

David N. Missner (ARDC No. 01928988)
Janice L. Duban (ARDC No. 06206874)
**Piper Rudnick**
203 North LaSalle Street
Suite 1800
Chicago, Illinois 60601-1293
(312) 368-4000

3



# NICHOLSON GRAHAM & JONES

### SOLICITORS

Piper Marbury Rudnick & Wolfe
203 North la Salle Street
Suite 1800
Chicago
Illinois
60601-1293

For the attention of Janice Duban/Elissa Isaacs

VAT Invoice
Our Ref  PRM/JDM/jsg/P.599-1
Date & Tax Point  4 April 2002

V.A.T. No. GB 244 0466 80

Professional Services

| | Costs | Rate | VAT |
|---|---|---|---|
| **GRIFFIN TRADING COMPANY (US BANKRUPTCY)** **RE: TULLETT & TOKYO** | | | |
| INTERIM ACCOUNT 6 OCTOBER 2001- 31 MARCH 2002 | | | |
| Our professional charges for acting on your behalf in relation to the claim on behalf of the bankruptcy estate against Tullett & Tokyo as per the attached narrative. | 3,124.00 | - | 0.00 |
| **Disbursements** | | | |
| Photocopies | 4.65 | - | 0.00 |
| Couriers | 25.30 | - | 0.00 |
| Faxes | 32.65 | - | 0.00 |
| | 3,186.60 | | 0.00 |
| | Total | | £ 3,186.60 |

110 CANNON STREET, LONDON EC4N 6AR  Telephone 020 7648 9000 Fax 020 7648 9001 LDE No 58

A list of partners is available at the above address

Please see terms and notices overleaf

## REMITTANCE ADVICE

Please detach and return this slip with your cheque to:-
Nicholson Graham & Jones, 110 Cannon Street, London EC4N 6AR
Receipts will not be issued unless requested.

Client

Piper Marbury Rudnick & Wolfe

Our Ref  PRM/JDM/jsg/P.599-1
Date & Tax Point  4 April 2002

| | |
|---|---|
| Total Less Credit | 3,186.60 |
| Amount Due | £ 3,186.60 |

**US Trustee Piper Marbury Rudnick & Wolfe**

**Griffin Trading Company (US Bankruptcy) - Re: Tullett & Tokyo**

**Summary of work done and time recorded**

**6 October 2001 to 31 March 2002**

**(P599-1)**

| Fee Earner | Position | Time (Hr/Min) | Hourly Rate (£/hour) | Charge (£) |
|---|---|---|---|---|
| John Magnin | Partner | 5.48 | 330 | 1,914.00 |
| Peter Morton | Solicitor | 5.30 | 220 | 1,210.00 |
| TOTAL: | | | | £3,124.00 |

1

# Nicholson Graham & Jones

Client ID:      P.599
Matter No.      1
Date range:      23/10/2001 to 31/03/2002

**TOTAL TIME WORKED =**      | 11:18 |

| Date | Work Done | Fee Earner | Time (hh:mm) |
|------|-----------|------------|--------------|
| | | | 11:18 |
| P.599 | | | |
| 1 | | | |
| 23/10/2001 | Review email in from Janice Duban (forwarded by JDM) | MORTON P R | 00:06 |
| 05/11/2001 | Dictating draft fax to Alex Gordon and draft fax to clients | MORTON P R | 00:06 |
| 06/11/2001 | Considering and amending letter out to AG. | MAGNIN J D | 00:06 |
| 06/11/2001 | Check and amend and send fax to Alex Gordon and fax to client team (in JDM's name); fax in from A Gordon; fax out to CB/EI re the same | MORTON P R | 00:12 |
| 19/11/2001 | Fax in from BLP. | MAGNIN J D | 00:06 |
| 20/11/2001 | Email from PRM re BLP letter. | MAGNIN J D | 00:06 |
| 20/11/2001 | Reading long letter in from Alex Gordon of BLP (12); email JDM re the same and proposed action (2); email in Janice D and reply (4); dictating fax out JD / EI / CB; JM and BK etc and arranging to be sent (24 to here) | MORTON P R | 00:24 |
| 21/11/2001 | Fax in from TSP and commenting on email out from PRM. Email in from Elissa. | MAGNIN J D | 00:12 |
| 21/11/2001 | Review fax in from Jochen M; spkg JDM re the same and proposed email to team (6); drafting email to PMRW team re letter in from JM and amend and send (6) | MORTON P R | 00:12 |
| 22/11/2001 | Reviewing and amending up draft letter to AG at BLP. | MAGNIN J D | 00:24 |
| 22/11/2001 | Dictating draft letter to Alex Gordon, and check and amend and passing to JDM for comment (30); taking in JDM's comments and email out to EI/CB etc re the same (6) | MORTON P R | 00:36 |
| 26/11/2001 | Considering comments on draft letter to BLP. Amending up draft letter in light thereof. Emails back and forth and finalising the letter. | MAGNIN J D | 00:18 |

| Date | Description | Fee earner | Time |
|---|---|---|---|
| 26/11/2001 | Review emails in from Bryan K and then Janice duban and C Steege with comments on draft letter to A Gordon; making draft amendments (12) discussing with JDM and finalising draft and then email to Janice D and BK re the same (12); email in from E Isaacs with further comment / addition and inserting (30 to here); emails with EI / JD re comments on draft and Chris B input; finalising letter to AG with JDM and sending; fax to client with copy letter as sent (42 to here) | MORTON P R | 00:42 |
| 07/12/2001 | Tele conv with AG at BLP. Email to clients reporting on disc. | MAGNIN J D | 00:54 |
| 07/12/2001 | Review JDM email re telephone conversation with Alex Gordon | MORTON P R | 00:06 |
| 18/12/2001 | Voicemail in from AG. Voicemail message to AG. | MAGNIN J D | 00:06 |
| 19/12/2001 | Tele conv with AG at BLP.12. Email out to clients. | MAGNIN J D | 00:30 |
| 19/12/2001 | Review JDM email / att note of telephone conversation with AG and briefly spkg JDM | MORTON P R | 00:06 |
| 04/01/2002 | peruse email in from Janice D re costs application | MORTON P R | 00:06 |
| 07/01/2002 | Dealing with application for costs affidavit; fax and letter out to Janice D of PMRW (12) | MORTON P R | 00:12 |
| 22/01/2002 | Spkg JDm and dictating draft letter to Alex Gordon | MORTON P R | 00:06 |
| 24/01/2002 | Message in from AG at BLP. Returning call and leaving message. | MAGNIN J D | 00:06 |
| 28/01/2002 | Voicemail in and voicemail out to AG. Email in from Jm and response to JM and others. | MAGNIN J D | 00:06 |
| 30/01/2002 | Tele call to AG. | MAGNIN J D | 00:06 |
| 01/02/2002 | Fax to AG. Fax in from AG and fax out to clients. | MAGNIN J D | 00:12 |
| 12/02/2002 | Considering fax in from BLP re without prejudice proposal. | MAGNIN J D | 00:12 |
| 12/02/2002 | Review fax in from A Gordon (with offer) and circulating to team | MORTON P R | 00:06 |
| 13/02/2002 | Discussing with JDM proposed email; email out to team | MORTON P R | 00:06 |
| 19/02/2002 | Discussion JDM and email out to Elissa Isaacs (6) | MORTON P R | 00:06 |
| 20/02/2002 | Email in from Elissa issac. Voicemail in from JM.6. Tele conv with JM. Disc with PRM re letter to send out ahead of tele conf call. | MAGNIN J D | 00:42 |
| 20/02/2002 | Spkg JDM and email out to Janice D (6); spkg JDM re his call with Jochen M and proposed letter (6) | MORTON P R | 00:12 |

| | | | |
|---|---|---|---|
| 22/02/2002 | Emails re arrangements re tele confer call and proposed letter (24); dictating draft letter to Berwin Leighton Paisner (18) | MORTON P R | 00:24 |
| 25/02/2002 | Considering and amending up draft letter prepared by PRM. | MAGNIN J D | 00:12 |
| 25/02/2002 | Check and amend draft letter to Berwin / Alex G and spkg JDM re the same (30); email out to team with letter | MORTON P R | 00:36 |
| 26/02/2002 | Email in from JM and further considering draft letter to BLP. Conference call with Piper Marbury. S&A, Walsh and JM. Finalising draft letter. | MAGNIN J D | 00:42 |
| 26/02/2002 | Telephone conversation Jochen M (6); telephone conference call with team (30); amend and agreeing with JDM and sending letter to Berwin Leighton (6) | MORTON P R | 00:42 |
| 26/02/2002 | Dictating attendance note of today's telephone conference call (12) | MORTON P R | 00:12 |
| 27/02/2002 | Fax in from BLP. | MAGNIN J D | 00:06 |
| 27/02/2002 | Review fax in from Berwins; spkg JDM; fax out to team re the same | MORTON P R | 00:06 |
| 15/03/2002 | Tele conv with AG. 12. Email to clients to keep them posted. | MAGNIN J D | 00:36 |
| 15/03/2002 | Review JDM email re telephone conversation with A Gordon | MORTON P R | 00:06 |
| 18/03/2002 | Email in from JM re possible meeting. | MAGNIN J D | 00:06 |

# NICHOLSON GRAHAM & JONES

## SOLICITORS

Piper Marbury Rudnick & Wolfe
203 North la Salle Street
Suite 1800
Chicago
Illinois
60601-1293

VAT Invoice
Our Ref PRM/JDM/sos/P599-1
Date & Tax Point 5 July 2002

V.A.T. No. GB 244 0466 80

For the attention of Janice Duban/Elissa Isaacs

Professional Services

| | Costs | Rate | VAT |
|---|---|---|---|
| **GRIFFIN TRADING COMPANY (US BANKRUPTCY) RE TULLETT & TOKYO** | | | |
| Interim Account 1 April to 28 June 2002 | 8,766.50 | | 0.00 |
| **Disbursements** | | | |
| Faxes | 4.36 | - | 0.00 |
| Photocopies | 30.75 | - | 0.00 |
| Taxis | 53.25 | - | 0.00 |
| | 8,854.86 | | 0.00 |
| Total | | | £ 8,854.86 |

110 CANNON STREET, LONDON EC4N 6AR  Telephone 020 7648 9000 Fax 020 7648 9001  LDE No 58

A list of partners is available at the above address          Please see terms and notice overleaf

## REMITTANCE ADVICE

Please detach and return this slip with your cheque to:-
Nicholson Graham & Jones, 110 Cannon Street, London EC4N 6AR
Receipts will not be issued unless requested.

Client

**Piper Marbury Rudnick & Wolfe**

Our Ref PRM/JDM/sos/P599-1
Date & Tax Point 5 July 2002

| | |
|---|---|
| Total Less Credit | 8,854.86 |
| Amount Due | £ 8,854.86 |

# FEE EARNER TIME SUMMARY

## PIPER MARBURY RUDNICK & WOLFE

### Re: Griffin Trading Company

| | | |
|---|---|---|
| J D Magnin | 11 hrs 12 mins @ £350 per hour | 3,920.00 |
| P R Morton | 16 hrs 12 mins @ £245 per hour | 3,969.00 |
| H Nelson (Trainee) | 11 hrs 42 mins @ £75 per hour | 877.50 |
| | | **£8,766.50** |

NB: *Figure exclusive of VAT.*

1

# Nicholson Graham & Jones

| | |
|---|---|
| Client ID: | P.599 (Piper Marbury) |
| Matter No. | 1 (Griffin Trading Company) |
| Date range: | 01/04/2002 to 28/06/2002 |

**TOTAL TIME WORKED =** | 39:06 |

| Date | Work Done | Fee Earner | Time (hh:mm) |
|---|---|---|---|
| | | | 39:06 |
| P.599 | | | |
| 1 | | | |
| 05/04/2002 | Drafting letter to A Gordon (6) | MORTON P R | 00:06 |
| 09/04/2002 | Email in from JM. Emails with PRM re chasing. Voicemail in from AG at BLP. | MAGNIN J D | 00:12 |
| 09/04/2002 | Email in Jochen M; email exchange with JDM re the same and email out to Jochen | MORTON P R | 00:06 |
| 11/04/2002 | Tele call to AG. Tele conv with AG. | MAGNIN J D | 00:12 |
| 12/04/2002 | Email out to clients. | MAGNIN J D | 00:30 |
| 15/04/2002 | Tele conv with JM in relation to email of last week to trustee in b and others. | MAGNIN J D | 00:12 |
| 17/04/2002 | Email in from JDuban in Chicago. Email response re meeting attendees and arrangements. | MAGNIN J D | 00:30 |
| 18/04/2002 | Email from J Duban and from D Misner. | MAGNIN J D | 00:06 |
| 19/04/2002 | Emails out to D Misner and JM. | MAGNIN J D | 00:06 |
| 25/04/2002 | Emails to client and Dr Mittag re meeting dates, confirming NGJ available dates. | NELSON H (7) | 00:18 |
| 29/04/2002 | Telecon with D Missner re meeting dates and attendance note; two letters to BLP re meetings; scheduling meeting | NELSON H (7) | 01:24 |
| 29/04/2002 | Liaising with Hilary N re fixing of meeting. | MAGNIN J D | 00:06 |
| 03/05/2002 | draft Letter and fax to BLP re party to party meeting | NELSON H (7) | 00:12 |
| 07/05/2002 | Fax and letter to BLP re party to party meeting (18) | NELSON H (7) | 00:18 |
| 10/05/2002 | Emails to J Mittag, D Missner re meeting and co-ordinating dates. Telecon with BLP Arranging meeting. Emails to Dr Mittag and D Missner. Telecon with BLP | NELSON H (7) | 00:42 |
| 10/05/2002 | Considering emails out to TSP & PM. | MAGNIN J D | 00:06 |
| 13/05/2002 | Email re meeting to J Mittag (6) | NELSON H (7) | 00:06 |
| 14/05/2002 | Telecon with thuemmel schultz and attendance note; telecon with A Gordon and att. note | NELSON H (7) | 00:18 |

| | | | |
|---|---|---|---|
| 16/05/2002 | Email to D Missner re meeting (6); telecon with A Gordon re same (6) | NELSON H (7) | 00:12 |
| 20/05/2002 | Telecon w/BLP and note (6); | NELSON H (7) | 00:48 |
| 20/05/2002 | Email to Jochen Mittag re arrangements for 11 June. | MAGNIN J D | 00:06 |
| 23/05/2002 | Voicemail message to A.Gordon (6) Email to J Mittag and to D Missner and arranging meeting venue/time (30) | NELSON H (7) | 00:36 |
| 23/05/2002 | Tele call from JM's office re arrangements for 10/11 June. Liaising with Hilary Nelson re arrangements for DMisner and with T&T. | MAGNIN J D | 00:12 |
| 24/05/2002 | Review email from HN re meeting arrangments (on 11th June) and diarising | MORTON P R | 00:06 |
| 29/05/2002 | Disc with PRM re proposed conf call and re possible stratacgy for meeting. | MAGNIN J D | 00:12 |
| 29/05/2002 | Spkg JM re proposed tele confer call and general approach and spkg HN re email out to team (12) | MORTON P R | 00:12 |
| 05/06/2002 | Various emails to JM and DM re meeting and arranging conference call; Telecons with Alex Gordon; emails re meeting to J Duban; | NELSON H (7) | 02:48 |
| 05/06/2002 | Emails in re meeting etc and spkg HN re arrangments (6); check and amend HN draft email and spkg HN re further arrangments (6) | MORTON P R | 00:12 |
| 06/06/2002 | Reading in file for purposes of email; email to BLP; discussing with PRM (48) | NELSON H (7) | 00:48 |
| 06/06/2002 | Spkg HN re request by M Walsh to be conferenced in and check and amend HN email to A Gordon re the same (6); review papers (previous corr with A Gordon) in prep for confer call (and meeting next week) and noting items to be raised (1hr 12mins); tele conference call with Jochen M and David Missner (40 mins); dictating email confirming items agreed from meeting and check JDM diary for Monday and check and amend and send (24) (2hr 22 to here); dictating file note (for JDM) of other matters dicussed in the conference call (18); email Janice D re fee application (2) (2hr 42 to here) | MORTON P R | 02:42 |
| 07/06/2002 | Telecon with A Gordon of BLP re Walsh's attendance at meeting: attendance note and discussion with PRM (18) Photocopying correspondence for meeting (42) | NELSON H (7) | 01:00 |

| Date | Description | Fee Earner | Time |
|---|---|---|---|
| 07/06/2002 | Review email in David Missner re proposed further call; reply to DM, and to Jochen M; (12); checking file for proof of debt; tel call to Grant Thornton; tel convn with Beth Rees at Grant Thornton; att note and email summarising the position to team; email in Jochen re tele confer call; email in David M re gist of our case (36 to here); further email in DM re Walsh's position; forwarding emails to JM (42 to here); conference call DM / CB / (48 mins); tel call Jochen M (6) dictating note of tele confer call (30 mins) (2hr 6 to here) | MORTON P R | 02:06 |
| 10/06/2002 | Bundle of correspondence (12) | NELSON H (7) | 00:18 |
| 10/06/2002 | Review of papers ahead of meeting, 60. Meeting with DM JM and Heike, 1,30. | MAGNIN J D | 02:24 |
| 10/06/2002 | Spkg JDM re developments; check and amend att note of long confer call Friday; check inter-solr corr file and identifying recent items for JDM to review in prep for meetings (24 to here); meeting with David M and Jichen M at these offices, inclusing call to Walsh (5pm to 6.50pm) | MORTON P R | 02:18 |
| 11/06/2002 | Prep for meeting 8-9. Meeting with Misner and the Fortis folk at 9 and travelling to T&T for meeting at 9.30. Meeting through till 12.45 and leaving T&T and colleagues at 1. | MAGNIN J D | 05:00 |
| 11/06/2002 | Prep for meeting 8.15am to 9.15am, in particlaur reading new papers provided by David Missner (1hr); attending meeting at T&T's offices (9.15am to 12.35pm) | MORTON P R | 04:24 |
| 12/06/2002 | Co search - T&T Liberty plc (6) | NELSON H (7) | 00:06 |
| 12/06/2002 | Note of meeting at T&T. Letter in from BLP and discussing the same with PRM and the scope of settlement wording. | MAGNIN J D | 00:48 |
| 12/06/2002 | Work on 1st draft agt, including review of bankruptcy papers (in US and UK for that purpose) (1hr approx); dicussion with JDm re issue of how to deal with non -compliance of UK Liquidator and considering nature of ancillarly liquidn and previous advice on that issue and speaking JDM re proposed response to alex Gordon letter in (1hr 48 to here) | MORTON P R | 01:48 |
| 13/06/2002 | Search for Co Numbers and email to PRM re same (12) | NELSON H (7) | 00:12 |

| 13/06/2002 | Company search on T&T futures limited, research on ownership of TTFH Ltd and memo to PRM re same; document download from CHouse very slow. (1:24)Second report and memo following fresh information re swardgreen limited (12) | NELSON H (7) | 01:36 |
|---|---|---|---|
| 13/06/2002 | Discs with PRM re terms of settlement | MAGNIN J D | 00:24 |
| 13/06/2002 | Check and amend draft letter to Alex G and spkg JDM and dictating fax cover to Jochen M and David M; work on draft agreement / schedule and spkg JDM re the same (42 to here) | MORTON P R | 00:42 |
| 14/06/2002 | drafting email to Piper Rudnick and amending draft schedule /agreement ro reflect JDM comments made in discussion yesterday and sending and receiving reply from Janice D (1hr 12 to here) | MORTON P R | 01:12 |
| 14/06/2002 | Check and amend JDM draft note of tuesday's settlement meeting, and briefly sorting notes of meeting / ancillary papers (12) | MORTON P R | 00:12 |
| 27/06/2002 | Chasing re response from Piper Marbury | MAGNIN J D | 00:06 |
| 27/06/2002 | Email out to Janice ; reply in | MORTON P R | 00:06 |

# NICHOLSON GRAHAM & JONES

### SOLICITORS

Piper Rudnick
203 North la Salle Street
Suite 1800
Chicago
Illinois
60601-1293

VAT Invoice
Our Ref  **PRM/JDM/sos/P599-1**
Date & Tax Point    24 September 2002

V.A.T. No. GB 244 0466 80

For the attention of Janice Duban

| Professional Services | Costs | Rate | VAT |
|---|---|---|---|
| **GRIFFIN TRADING COMPANY (US BANKRUPTCY)** | | | |
| Period: 29 June to 20 September 2002 | 2,142.50 | - | 0.00 |
| **Disbursements** | | | |
| Faxes | 8.23 | - | 0.00 |
| Photocopies | 1.35 | - | 0.00 |
| Company Search | 8.00 | - | 0.00 |
| Couriers | 4.42 | - | 0.00 |
| | 2,164.50 | | 0.00 |
| Total | | | £ 2,164.50 |

110 CANNON STREET LONDON EC4N 6AR  Telephone 020 7648 9000 Fax 020 7648 9001  LDE No 58

A list of partners is available at the above address          Please see terms and notice overleaf

## REMITTANCE ADVICE

Please detach and return this slip with your cheque to:-
Nicholson Graham & Jones, 110 Cannon Street, London EC4N 6AR
Receipts will not be issued unless requested

Client
**Piper Rudnick**

Our Ref **PRM/JDM/sos/P599-1**
Date & Tax Point 24 September 2002

| | |
|---|---|
| Total | 2,164.50 |
| Less Credit | |
| Amount Due | £ 2,164.50 |

# FEE EARNER TIME SUMMARY

## PIPER RUDNICK

### Re: Griffin Trading Company

### Period 29 June to 20 September 2002

| | | |
|---|---|---|
| J D Magnin | 3 hrs  18 mins @ £350 per hour | 1,155.00 |
| P R Morton | 3 hrs  @ £245 per hour | 735.00 |
| H Nelson (Trainee) | 6 mins @ £75 per hour | 7.50 |
| | | **£1,897.50** |
| | PLUS 1 further hour of PRM's time dealing with settlement logistics and payment transfers | 245.00 |
| | **TOTAL** | **£2,142.50** |

*NB:*    *Figure exclusive of VAT.*

# Nicholson Graham & Jones

Client ID:          **P.599 (Piper Rudnick)**
Matter No.        **1 (Griffin)**
Date range:       **29/06/2002 to 20/09/2002**

**TOTAL TIME WORKED**
=

| | 6:24 |
|---|---|

| Date | Work Done | Fee Earner | Time (hh:mm) |
|---|---|---|---|
| P.599 | | | 6:24 |
| *1* | | | |
| 04/07/2002 | Email exchange Janice D re progress (6) | MORTON P R | 00:06 |
| 09/07/2002 | Brief review of motion, order and agreement provided by Piper Marbury | MAGNIN J D | 00:06 |
| 09/07/2002 | Review email in from Janice D with draft notice of motion and settlement agreement and spkg JDM re the same; spkg JDM re drafts; email out to A gordon with the drafts; email to JD re the same (cc Jochen); review letter in reply in from AG (30 to here) | MORTON P R | 00:30 |
| 11/07/2002 | | NELSON H (7) | 00:06 |
| 19/07/2002 | Fax out to Janice D (6) | MORTON P R | 00:06 |
| 30/07/2002 | Email in from Jochen M; reply - updating hiim on latest position; reply from Jochen and email to JDM re the same and reply from JDM (12) | MORTON P R | 00:12 |
| 31/07/2002 | Approval of letter out to AG at BLP. | MAGNIN J D | 00:06 |
| 31/07/2002 | Email in Janice D; reply; email out to Jochen M; dictating draft fax to AG and check and amend; finalise letter out; email out to team (24 to here) | MORTON P R | 00:24 |
| 12/08/2002 | Dictating draft fax to Alex Gordon; spkg JDM and check and amend and send; email to team re the same (12) | MORTON P R | 00:12 |
| 13/08/2002 | Letter in from AG at BLP. | MAGNIN J D | 00:06 |
| 13/08/2002 | Fax in from Alex Gordon; email to team re the same | MORTON P R | 00:06 |
| 02/09/2002 | Review letter in A Gordon; email out to team re the same (6) | MORTON P R | 00:06 |
| 03/09/2002 | Tele message in from AG and fax in from AG. Tele call to AG. Exchange email with Pier Marbury. | MAGNIN J D | 00:18 |
| 03/09/2002 | Email in Janice D and reply | MORTON P R | 00:06 |
| 05/09/2002 | Call to AG. Message in from AG. Call out to AG. | MAGNIN J D | 00:06 |
| 06/09/2002 | Tele conv with AG. Email to Piper Rudnick.Email in from DM and discussing with PRM. Amending | MAGNIN J D | 01:06 |

| | | | |
|---|---|---|---|
| | letter and attachment to AG in disc with PRM. Email in from JD. | | |
| 06/09/2002 | Spkg JDM re call in from Alex G and review JDM email (6); review Missner response; spkg JDM re the same ; dictating draft letter and amending their proposed Para 13; further adjustment to para 13 and finalising mark up to send to AG; finalisng and sending fax with mark up and copy to team (54 to here) | MORTON P R | 00:54 |
| 09/09/2002 | Letter out to AG. Fax in from AG. | MAGNIN J D | 00:12 |
| 09/09/2002 | Review email in from Janice D re procedure and dictating draft fax to Alex G; finsling and sending; fax in from AG: forward to team with query for anice re procedire ; response in from JD and dictating fax to AG; check and amend the same (24 to here) | MORTON P R | 00:18 |
| 10/09/2002 | Tele call to AG. Tele conv with AG. Email to JD. Email from JD. Fax to AG. Email to JD. | MAGNIN J D | 00:42 |
| 12/09/2002 | Notice of Motion and Settlement Agreement in from Piper Rudnick. Letter out to AG with faxed copies to JD & JM. | MAGNIN J D | 00:12 |
| 16/09/2002 | Letter in from AG and email out to JD. | MAGNIN J D | 00:06 |
| 18/09/2002 | Liquidation Committee report in from GT. Reading the same and faxing it out. | MAGNIN J D | 00:18 |

□

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7 Case** |
| | ) | |
| **GRIFFIN TRADING COMPANY,** | ) | **Case No. 98 B 41742** |
| | ) | |
| | ) | Judge Bruce W. Black |
| Debtor. | ) | Hearing Date: October 7, 2002 |
| | ) | at 10:00 a.m. |

### AFFIDAVIT OF JOHN D. MAGNIN

Executed in London, England on September 30, 2002.

I, John D. Magnin, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1.     I am a partner and solicitor of the law firm of Nicholson Graham & Jones ("NGJ") located at 110 Cannon Street, London, England. I am one of the attorneys that the Trustee in this bankruptcy case has had retained as special counsel under the applicable provisions of the United States Bankruptcy Code.

2.     Attached to the Trustee's Second and Final Application for Allowance of Compensation to Nicholson Graham & Jones (the "Trustee's Application") as Exhibit A is NGJ's detailed accounting of the time for professional services rendered on the Trustee's behalf from October 6, 2001 to September 20, 2002, together with a breakdown of the attorneys who performed such services, their hourly billing rates, and the time expended by each. Also attached is a breakdown of the expenses incurred by my firm on the Trustee's behalf and for which it seeks reimbursement from the bankruptcy estate.

CHGO1:30168494.v1

3.  All professional services for which NGJ seeks compensation in the Trustee's Application were performed by NGJ for and on behalf of the Trustee, and not for or on behalf of any other person.

4.  As disclosed in the Trustee's motion requesting authority to retain NGJ as his special counsel, NGJ has charged the Trustee its normal and customary hourly rates for similar services rendered in like circumstances to other clients.

5.  No agreement exists between NGJ and any third person for the sharing of compensation received by NGJ in this case, except as allowed by the exception set forth in Section 504 and Bankruptcy Rule 2016 with respect to the sharing of compensation among members of NGJ.

6.  NGJ devoted more than 55 hours of time to the Trustee's representation, and valued that time at the normal hourly rates of those attorneys working thereon. NGJ also incurred on the Trustee's behalf, and seeks reimbursement for, £172.96 in expenses.

_____

John D. Magnin

CHGO1:30168494.v1

## CERTIFICATE OF SERVICE

Patricia A. Ward, a non-attorney, certifies under penalty of perjury, that she served

Notice of, the foregoing SECOND AND FINAL APPLICATION FOR ALLOWANCE OF

COMPENSATION TO NICHOLSON GRAHAM & JONES, together with a proposed draft

order, by mailing a true and correct copy thereof to each party on the attached service list by first

class U.S. mail with proper postage pre-paid on September 30, 2002.


_____

Patricia A. Ward


I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

Office of the U.S. Trustee
Suite 3350
227 West Monroe Street
Chicago, IL 60606

Dianne E. Rist
Chapman & Cutler
18th Floor
111 West Monroe Street
Chicago, IL 60603

R. Scott Alsterda
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602

Bryan Krakauer
William Evanoff
Sidley Austin Brown & Wood
One First National Plaza
Chicago, IL 60603

Mark L. Prager
Frank W. DiCastri
Foley & Lardner
One IBM Plaza - Suite 3300
330 North Wabash Avenue
Chicago, IL 60611-3608

Thomas S. Kiriakos
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL 60603

Elizabeth M. Streit
Commodity Futures Trading Commission
Suite 1600 N
300 South Riverside Plaza
Chicago, IL 60606

London Clearing House
c/o Michael L. Molinaro
Katten, Muchin & Zavis
Suite 1600
525 West Monroe Street
Chicago, IL 60661

Anne Polaski
Chicago Board of Trade
141 W. Jackson Blvd., Suite 600
Chicago, IL 60604

Glynn L. Mays
Office of General Counsel
U.S. Commodity Futures Trading
    Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Catherine L. Steege
Jenner & Block
One IBM Plaza
38th Floor
Chicago, IL 60611

Matthias A. Lydon
Winston & Strawn
35 W. Wacker Dr.
Chicago, IL 60601

Stephen M. Szarmack
Chicago Mercantile Exchange
30 S. Wacker Drive, North Tower
7th Floor
Chicago, IL 60606

Griffin Trading Company
c/o Farrel J. Griffin
P.O. Box 545
Wayne, IL 60184-0545

Vincent Mercer
Foort Mercer
Warnford Court
Throgmorton Street
London EC2N 2AT
ENGLAND

Jamie MacLeod, Esq.
c/o Bryant Hamilton & Co.
17 Devonshire Square
London
EC2M 4SQ
ENGLAND

Michael J. Jervis
Grant Thornton House
Melton Street, Euston Square
London, NW1 2EP
ENGLAND

Peter Fidler
Stephenson Harwood
One, St. Paul's Churchyard
London, EC4M 85H
ENGLAND

Daniel J. Roth
National Futures Association
Suite 1600
200 West Madison Street
Chicago, IL 60606

Susan C. Ervin
Dechert Price & Rhoads
1775 Eye Street, N.W.
Washington, D.C. 20006