UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 98-41742
GRIFFIN TRADING COMPANY,  )
  )  Chapter: 7
  )  Honorable Bruce W. Black
  )
  )
Debtor(s)  )

**ORDER**
**GRANTING JENNER & BLOCK'S FOURTH AND FINAL APPLICATION**
**FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER COMING TO BE HEARD upon Jenner & Block's Fourth and Final Application For Interim Compensation and Reimbursement of Expenses; due and proper notice of the application having been given in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure, the Court having heard from all interested parties; and the Court having jurisdiction over this core proceeding and being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Jenner & Block is hereby awarded $ 68,969.00 for actual, necessary legal services rendered between September 2012 and the present.

2. Jenner & Block is hereby awarded $ 5,713.30 as reimbursement for its actual, necessary expenses incurred in the service of this estate between September 2012 and the present.

3. The Court's prior interim fee orders (Dkt. Nos. 621, 624 and 664) are hereby approved as final awards of compensation.

4. The Trustee is hereby authorized and directed to pay the amounts awarded herein.

Enter:   *[signature: Bruce W. Black]*

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: August 12, 2015

**Prepared by:**

Catherine Steege (6183529)
Melissa Root (6288246)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
PH: 312/923-2952
FX: 312/840-7352