**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 98-41742 |
| | ) | |
| GRIFFIN TRADING COMPANY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable David D. Cleary |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Leroy G. Inskeep, as chapter 7 trustee for the bankruptcy estate of Griffin Trading Company (the "Trustee"), hereby issues payment to the Clerk of the United States Bankruptcy Court for the Norther District of Illinois, as reflected below, pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. § 347 and § 726. Such funds are subject to withdrawal as provided by 28 U.S.C. § 2042 and shall not escheat under any state law. The Trustee submits the sum of $45,222.35 to the Court registry representing the following unclaimed funds:

| Claim No. | Payee | Last Known Address | Amount to be Turned Over to Court |
|---|---|---|---|
| 24 | Michael Carrington | Larchwood Clease Way<br>Compton, Winchester 5021<br>2AL, England | $9,992.32 |
| 30 | Stephen Humphries | c/o Kikis Kallis Kallis & Company<br>Mountain Court<br>1148 High Road, Whetstone<br>N20 ORA, London, UK | $24,305.92 |
| 57 | Kharim Chabane | 316 East Block<br>Forum Magnum Square<br>SE1 7GN, London, UK | $10,802.47 |
| 73 | New York Stock Exchange | 11 Wall Street<br>New York, NY 10005 | $121.64 |
| **TOTAL** | | | **$45,222.35** |

[*Remainder of Page Intentionally Left Blank*]

EAST\178872432.1

Dated: January 21, 2021
      Chicago, IL

Respectively submitted,

 /s/  Richard A. Chesley
Richard A. Chesley (Bar No. 6240877)
Oksana Koltko Rosaluk (Bar No. 6303739)
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Telephone:    (312) 368-4000
Facsimile:    (312) 236-7516
Email: richard.chesley@us.dlapiper.com
        oksana.koltkorosaluk@us.dlapiper.com

*Counsel to Leroy G. Inskeep, As Trustee for Griffin Trading Company*

**CERTIFICATE OF SERVICE**

       I hereby certify that, on January 21, 2020, I caused a true copy of the foregoing *Notice of Deposit of Unclaimed Funds* to be filed electronically and served by operation of the Court's CM/ECF electronic filing system on all parties receiving CM/ECF notices in this case, including the United States Trustee.

Date: January 21, 2020

*/s/ Oksana Koltko Rosaluk*
Oksana Koltko Rosaluk
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone:  (312) 368-4000
Facsimile:   (312) 236-7516
Email: oksana.koltkorosaluk@us.dlapiper.com

*Counsel to the Chapter 7 Trustee*

EAST\178872432.1