# EXHIBIT C

# (Proposed Order)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>GRIFFIN TRADING COMPANY<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 98-41742<br><br>Chapter: 7<br><br>Honorable David D. Cleary |

ORDER GRANTING COMBINED APPLICATION (I) TO RETAIN SCHULTZ & CHEZ L.L.P. AS TRUSTEE'S ACCOUNTANT AND (II) FOR ALLOWANCE OF COMPENSATION TO ACCOUNTANT ON FINAL BASIS

This matter came before the Court on the Trustee's Combined Application (I) to Retain Schultz & Chez, L.L.P. as Trustee's Accountant and (II) for Allowance of Compensation to Accountant on a Final Basis (the "Application") filed by Leroy G. Inskeep, Chapter 7 Trustee for the Bankruptcy Estate of Griffin Trading Company, due written notice having been given, and the Court being otherwise fully advised in the premises, it is hereby:

1. ORDERED, that the Application is GRANTED as set forth in this Order; and it is further

2. ORDERED, that the employment of Shultz & Chez L.L.P. shall continue with respect to the preparation of the Debtor's federal and state corporate tax returns for tax year 2021; and it is further

3. ORDERED, that the Trustee is authorized to pay to Schultz & Chez L.L.P. an advance payment retainer in the amount of $2,000.00 to be applied to fees to be incurred by Schultz & Chez in the preparation and filing of the final federal and state tax returns for tax year 2021, without further order of this Court.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:

Prepared by:

Oksana Koltko (IL ARDC No. 6303739)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: (312) 368-4000
Facsimile: (312) 630-2787
Email: oksana.koltkorosaluk@dlapiper.com